AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
JEREMY BROWN

_____
Defendant

) Case: 1:21-mj-00619
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 9/29/2021
) Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JEREMY BROWN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Date: 09/29/2021

2021.09.29
18:00:31 -04'00'

_Issuing officer's signature_

City and state:  Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 9/29/2021, and the person was arrested on (date) 9/30/2021
at (city and state) TAMPA FL

Date: 9/30/2021

Brett Lindsey
_Arresting officer's signature_

Brett Lindsey, TFA/SA HSI
_Printed name and title_