**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **No. 1:21-609-APM** |
| | : | |
| **JEREMY BROWN,** | : | |
| **Defendant.** | : | |

**NOTICE OF THE FILING DISCOVERY REQUEST**
**LETTER BY DEFENDANT JEREMY BROWN**

COMES NOW,  Allen H. Orenberg, counsel for the defendant, to respectfully

file this Notice of the Filing Discovery Request Letter By Defendant Jeremy Brown.

Said Discovery Request letter is attached as an Exhibit to this Notice.

Respectfully Submitted,


_____-*S*-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com


Dated: December 17, 2021