UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-CR-609 |
| | : | |
| JEREMY BROWN, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |

**Notice to Court on Additional Case**

The United States respectfully files this notice of additional information requested by the court at the last status hearing. The defendant is currently held in 8:21-cr-00348-SCB-SPF in the Middle District of Florida on weapons and explosives charges stemming from the execution of a search warrant on the defendant's recreational vehicle and residence. That case is pending trial in front of Judge Susan Bucklew, has a status date of March 16, and is set for trial on the April calendar.[1] The parties and the court in the Middle District of Florida are aware of new charges that may be added relating to additional materials seized in the search warrant on the defendant's recreational vehicle. Those new charges could affect the trial date. The government expects that the status of the April trial date will be determined at the March hearing.

Respectfully submitted,

MATTHEW GRAVES
U.S. ATTORNEY

By:   /s/ *Louis Manzo*
      LOUIS MANZO

---

[1] Cases set for trial in the Middle District of Florida do not receive a date certain until closer to the month of trial.

Special Assistant United States Attorney
Massachusetts Bar No. 688337
United States Attorney's Office
District of Columbia
Telephone No. (202) 262-6570
Louis.Manzo@usdoj.gov