# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 21-CR-609 |
| | : |
| JEREMY BROWN | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Kathryn L. Rakoczy is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

_____
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994559
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
202-252-6928
kathryn.rakoczy@usdoj.gov