UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 21-CR-609 |
| | : |
| JEREMY BROWN | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Troy A. Edwards, Jr., is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

 */s/ Troy Edwards, Jr.*
_____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
601 D Street, NW,
Washington, D.C. 20530
(202) 252-7081
troy.edwards@usdoj.gov