# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 21-CR-609 |
| | : |
| JERMEY BROWN | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Ahmed Baset is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

_____
Ahmed M. Baset
IL Bar No. 630-4552
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov