UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-CR-609 |
| | : | |
| JEREMY BROWN, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |

**Joint Status Report**

The United States and stand by counsel for Jeremy Brown respectfully file this joint status report, as requested by Your Honor at the last status hearing. The parties make the following representations:

1) Defendant Brown's ongoing case in the Middle District of Florida (8:21-cr-348-SCB-SPF) will proceed to trial on October 3, 2022.

2) On June 9, 2022, an investigator working on behalf of Defendant Brown received a hard drive from the undersigned government counsel containing all discovery previously provided to defendants in the related case of 22-cr-15 (U.S. v. Stewart Rhodes et all). The hard drive contained multiple terabytes of data. Stand by counsel for Defendant Brown subsequently mailed the hard drive to the Florida facility where Defendant Brown is held.

                                        Respectfully submitted,

                                        MATTHEW GRAVES
                                        U.S. ATTORNEY

By:  /s/ *Louis Manzo*
LOUIS MANZO
Special Assistant United States Attorney
Massachusetts Bar No. 688337
United States Attorney's Office
District of Columbia
Telephone No. (202) 262-6570
Louis.Manzo@usdoj.gov

_____-S-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue,
6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com