IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
           )
     Plaintiff,   )
           )  CR No. 21-609
           )  Washington, D.C.
    vs.      )  January 11, 2022
           )  9:15 a.m.
JEREMY BROWN (1),    )
           )
     Defendant.   )
_____)

TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   Louis J. Manzo
           DOJ-CRM
           1400 New York Ave NW
           Washington, DC 20002
           (202) 616-2706
           Email: louis.manzo@usdoj.gov

For the Defendant:    Allen H. Orenberg
           The Orenberg Law Firm, PC
           11200 Rockville Pike
           Suite 300
           North Bethesda, MD 20852
           (301) 984-8005
           aorenberg@orenberglaw.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Good morning, Your Honor.
 3   This is Criminal Case No. 21-609, the United States of
 4   America versus Jeremy Brown.
 5              Louis Manzo for the government.
 6              Allen Orenberg for the defense.
 7              The defendant is appearing via videoconference for
 8   this hearing.
 9              THE COURT:  Okay.  Good morning, everyone.
10              Mr. Brown, good morning to you, sir.
11              All right.  So we're back for a status conference
12   in this matter, we were last together about 60 days ago, and
13   we're back to see where things are going to proceed from
14   here.
15              I looked back at my notes.  Mr. Brown was not
16   inclined to waive speedy trial at the last hearing, and
17   I did exclude time for 30 days to allow discovery to proceed
18   and for the defense to receive that material and get ready
19   for a trial.
20              So, Mr. Manzo and Mr. Orenberg, where do we stand?
21              MR. MANZO:  Thank you, Your Honor.  Lou Manzo on
22   behalf of the United States.
23              And apologies, my video connection is going in and
24   out, so I'm calling in on my own cell phone.  I can hear
25   everyone and see everyone fine.
```

1          Since the last status hearing, I filed a motion

2    for protective order, which you signed.  And after you

3    signed the protective order, I provided substantial

4    discovery to defense, including flagging body-worn camera

5    that had Mr. Brown on it outside the Capitol.

6          That is not probably the universe of video that

7    had Mr. Brown on it.  So, you know, I encourage defense to

8    use Evidence.com, which I believe that they have a log-in

9    for now, to continue their investigation.  And I will

10   certainly flag further body-worn camera that I find and

11   provide it to the defense as courtesy.

12         There's one -- two additional matters that might

13   need to be addressed today.  One is, at the first hearing we

14   had, Mr. Brown -- there was some talk about whether

15   Mr. Brown was held in this case and his Middle District of

16   Florida case.

17         I have since went back and reviewed the transcript

18   of the Middle District of Florida detention hearing.  And I

19   put a footnote in my motion that Mr. Brown is not held in

20   the D.C. case, he's held in the Florida case.  Practically,

21   I'm not exactly sure what that means, but I wanted to make

22   sure that was on the record.  And, Your Honor, I can provide

23   that transcript to you that makes that much clearer.

24         And then the second issue I wanted to raise is

25   that I noticed on the docket for Defendant Mark Grods, who's

1   also involved in the Oath Keeper investigation, that

2   Mr. Allen Orenberg, defense attorney here, I believe,

3   appeared in a limited capacity just to help admit an

4   attorney pro hac vice.

5              I've talked to Mr. Orenberg, he's assured me that

6   he's not involved in further representation of Mr. Grods and

7   that he was not really involved in it to begin with, he was

8   just there for the pro hac vice issue.

9              I think if he was involved in actively

10  representing Mr. Grods, there could be a conflict.  But I

11  just wanted to put that on the record so that the Court and

12  defense knew about this, and if any waivers needed to be

13  made, they could be made.

14             Given the representations of Mr. Orenberg, I don't

15  think there's a conflict, but I just wanted to put that out

16  there.

17             And we don't know if there's any further action

18  that needs to be taken; I don't think so.

19             THE COURT:  Okay.

20             I'll sort of take it in reverse order.  I mean, I

21  take Mr. Orenberg's representations that he did nothing more

22  than that sort of ministerial assistance of a pro hac in

23  this other case, so I'm not too concerned about that, unless

24  Mr. Orenberg feels it's necessary to have an inquiry with

25  his client to make sure that his client understands the

1   issue.  I'm not even sure there's a conflict regardless of

2   whether Mr. Orenberg may or may not be in the other case.

3              MR. MANZO:  Apologies, Your Honor.  I believe

4   Mr. Brown is signaling that he cannot hear the proceedings.

5              THE DEFENDANT:  Your Honor, I'm having difficulty

6   hearing you.  Your volume is very low.  I can hear the

7   government just fine.

8              THE COURT:  Okay.  How about that, if I keep my

9   voice up a little bit?

10             THE DEFENDANT:  Thumbs-up.

11             THE COURT:  Okay.

12             Well, let me repeat what I said.

13             You know, I don't think it's necessary to -- this

14  conflict doesn't seem like a conflict.

15             Mr. Orenberg, I don't know whether you have a

16  different view of things, if you feel like I ought to make

17  sure your client is aware of the issue and has no problem

18  with it.

19             MR. ORENBERG:  Thank you, Your Honor.

20             Mr. Brown is aware of the issue; I discussed it

21  with him recently.

22             And as Mr. Manzo pointed out, I merely helped or

23  assisted Mr. Lockwood, Mr. Brian Lockwood, sponsoring him

24  pro hac vice.

25             My appearance in the Mark Grods case was for the

```
 1    limited purpose of moving in Mr. Brian Lockwood pro hac
 2    vice.
 3              I've discussed this with Mr. Brown, and it's my
 4    understanding that he waives any potential conflict that I
 5    may have with the Mark Grods case.
 6              THE COURT:  Okay.
 7              All right.  Mr. Brown, is that right?  We've been
 8    talking about your lawyer's work in another case involving
 9    another defendant by the name of Mark Grods.
10              Truthfully, I don't know what relationship
11    Mr. Grods has to your case.  But, nevertheless, the
12    government has raised this issue.  Your lawyer has indicated
13    that he didn't do anything more than help a different lawyer
14    get admitted to this Court's Bar in order to represent
15    Mr. Grods in that case, and that was his only dealings in
16    that case.
17              Are you aware of those facts, Mr. Brown, and are
18    you comfortable moving forward with Mr. Orenberg as your
19    lawyer?
20              THE DEFENDANT:  Your Honor, based on my extremely
21    limited access to Mr. Orenberg, I have no reason to believe
22    that there would be any conflict.  I have no idea who
23    Mr. Mark Grods is.  I would be interested to find out who he
24    is, to see if he does have any bearing on my case.  But at
25    this time, I have no issues or conflicts with Mr. Orenberg's
```

1   representation at this time.

2             THE COURT:  Okay.  Terrific.

3             On the first issue, Mr. Manzo, I understood -- you

4   know, the transcript might say what it says, but the

5   order -- I mean, I was looking back at my notes, and I

6   remember we had this long discussion about whether he was

7   held in this case or not, and both the docket and, I think,

8   the order itself reflected that he was held in this case.

9             Now, maybe whatever the judge said at the hearing

10  wasn't reflected accurately in the commitment papers, but

11  that was my recollection.

12            And so as we all know what the judge says, you

13  know -- well, you know, what matters is what's in the order.

14  And if the order is incorrect, then there needs to be some

15  motion made to the magistrate down there to correct it, it

16  seems to me.

17            Hang on for a second, Mr. Brown.

18            MR. MANZO:  Understood, Your Honor.

19            THE COURT:  All right.

20            But, you know, as far as I'm concerned right now,

21  at least based on my limited understanding of what was put

22  before me -- hang on, Mr. Brown -- you know, Mr. Brown is

23  held in this case.  And maybe time is running, maybe it's

24  not, that's up to the BOP to figure out, I don't know.  But

25  his detention status in this case is that he's held as far

1   as -- based on what was presented me last time.

2          Mr. Orenberg, do you have any different

3   understanding or information since we were last together?

4          MR. ORENBERG:  Well, none other than what

5   Mr. Manzo put in his footnote No. 1 at the bottom of page 3

6   of the motion for the protective order.

7          And this was something that I did raise back on

8   December 8th when we were last together.  And I want to make

9   sure that Mr. Brown is getting credit for time served in

10  this case from his first appearance in this jurisdiction,

11  which was on December 8th.

12         THE COURT:  I mean, if you want to bear with me, I

13  could look at Mr. Manzo's motion.

14         Mr. Brown wants to -- yes, do you want to be

15  heard, Mr. Brown?

16         THE DEFENDANT:  Your Honor, I don't know if

17  Mr. Manzo is referring to the original bond order.

18         But I've since had three hearings, the last one

19  was a motion to reconsider, at which this topic was

20  addressed by Judge Flynn.

21         And so if he's looking at the most recent order,

22  Judge Flynn did say he would make an effort to clarify for

23  Your Honor the verbiage in order to make it clear.

24         Now, I don't recall exactly the wording that he

25  used, but, I mean, this transcript should be available.

```
 1    I know that my attorney here in Florida does have the
 2    transcripts of that hearing in preparation for our appeal.
 3    And so, you know, if the U.S. Government wants to seek that
 4    clarification based on the motion-to-reconsider hearing that
 5    was most recently held, I believe Judge Flynn's order
 6    write-up should have clarified that distinction.
 7                THE COURT:  Okay.  Well, that's helpful,
 8    Mr. Brown.  You're the one who's actually been attending
 9    these hearings and knows the latest developments.
10                So, Mr. Orenberg and Mr. Manzo, could I put it to
11    the two of you to figure out what's going on and send me
12    something or just file something with me that lets me know
13    what the latest status is and what Judge Flynn has done now
14    down there in the Middle District of Florida?
15                MR. ORENBERG:  Yes, Your Honor.
16                MR. MANZO:  I can file a notice.
17                THE COURT:  Okay.
18                All right.  So that's helpful to know where things
19    stand on that front.
20                So where do we stand in terms of this case and
21    moving towards trial?
22                Mr. Orenberg?
23                MR. ORENBERG:  Well, Your Honor -- I'm sorry,
24    Your Honor, for interrupting.
25                As Mr. Brown alluded to, there's been some
```

1   technological difficulties and some, I'm going to say,

2   COVID-related difficulties, preventing me and Mr. Brown to

3   have several meaningful conversations in the past month.

4           We did have one substantive conversation back in

5   December, December 23rd.  And then a few days ago on

6   January 4th, I had another videoconference set up with him.

7   And there were some technological issues.  And they had to

8   move him literally, I think, to a contact-visiting booth,

9   where I could see him but he could only speak to me, and the

10  technical -- or the -- it was very difficult for us to

11  communicate in a meaningful way for 30, 40 minutes.

12          I have tried on several other occasions to arrange

13  for a videoconference with him down there.  They've been

14  canceled because -- I believe, because of COVID

15  restrictions.  I'm not exactly sure, but that's what

16  I believe is happening down there.

17          I just asked Mr. Brown if he knows if he's off

18  COVID restrictions so I can arrange for another

19  teleconference in the next few days, and we're trying to do

20  that.

21          So we have not -- and, of course, I just started

22  receiving the evidence from Mr. Manzo last night.  I have

23  not had an opportunity to even begin reviewing it, let alone

24  make arrangements for Mr. Brown to review it.

25          So we are going to need at least another

1    continuance of 30 days or another status hearing in 30 days.

2                THE COURT:  Okay.

3                And Mr. Brown?

4                THE DEFENDANT:  Yes, Your Honor.

5                I would just like to add what Mr. Orenberg said.

6    I've had at least seven total attorney visits canceled under

7    this guise of COVID.  I have addressed this directly with

8    the jail staff.  They have denied canceling any attorney

9    visits.  And so I do have that documentation within their

10   electronic mail system.

11               And so there obviously is something awry with the

12   scheduling of attorney visits, as they should certainly not

13   be canceled for any reason under Article VI of the Bill of

14   Rights.

15               And so the fact that the jail has testified in

16   writing that no attorney visits have been canceled yet, as

17   Mr. Orenberg just testified, he has had multiple visits

18   canceled.

19               Mr. Sansone in my case here in the Middle District

20   has had even more visits canceled.

21               And the only visits that me and Mr. Orenberg have

22   had all had technical difficulties.  Even the meeting on the

23   23rd, only half of that meeting we were actually able to

24   speak, because the first half was Mr. Orenberg consulting

25   with the technical staff, because I could hear the entire

1    time them going back and forth.  So see we really only had

2    20 minutes of actual consultation throughout the duration of

3    this D.C. hearing.

4           THE COURT:  All right.  Well, that's -- I'm sorry

5    about that, and I appreciate everybody's frustration.  You

6    know, regrettably, there's only so much I can do in terms of

7    jail operations and what's going on there.

8           But let me ask this.  If Mr. Brown -- and I don't

9    know that his views are any different than whatever they

10   were when we were last together in terms of wanting a trial.

11   The obvious obstacle to that is that Mr. Brown is not here

12   and that he's also being held in Florida on another case.

13   And I don't have a good sense of where that other case is

14   and whether we could get him up here to have -- to be tried

15   in this case or whether they want to keep him down in

16   Florida to try that case first, I just don't know.  So

17   I mean, there is that logistical issue.  And, frankly, I'm

18   not sure his speedy trial time is running; in fact, I'm

19   fairly certain his speedy trial time is not running because

20   he's not in the district.  So I think the question is, what

21   we need to do to try and get him up here.

22          I mean, some of the difficulty is trying to

23   clarify what his status is.  If he's held in the Florida

24   case, I suspect it doesn't matter whether he's held at the

25   D.C. jail or down in Florida, as long as he's held.  But the

1   bottom line is, he needs to be brought up here if he wants a

2   trial.

3        MR. ORENBERG:  Your Honor, I'm just going to say,

4   this is a unique situation in my experience as a practicing

5   attorney in this district or any district for that matter.

6   So I'm going to defer -- if the government has anything to

7   weigh in on the subject about how, perhaps, we can get

8   Mr. Brown up here sooner rather than later, I'd appreciate

9   any comments.

10        THE COURT:  Do we know what the status of his

11   Florida case is?  Has he been indicted in Florida or is he

12   in on an arrest warrant only?  Does he have a trial date in

13   Florida?  What's going on there; do we know?

14        MR. MANZO:  Mr. Brown has been indicted in Florida

15   on weapons and explosive charges.

16        And I know that they have gone on pretty extensive

17   litigation about his status as being held pending trial.

18   And I believe Mr. Brown is correct in what he said before,

19   that there was multiple hearings on the matter.  I'm not

20   entirely sure where those hearings are, whether -- I believe

21   they're in front of the District Court Judge now on further

22   litigation.

23        I can put any kind of further update in a notice

24   regarding his bond status and provide some notice if there's

25   a trial date.

1           I do not think there's a trial date in Florida,

2    but obviously the Florida charges are much more substantial

3    than the D.C. charges, and so I don't think it necessarily

4    makes sense to try and transport Mr. Brown up to D.C. first.

5           THE COURT:  Well, maybe, maybe not.

6           I mean, I think it depends upon -- it probably

7    depends on a whole host of factors.  I mean, if -- I don't

8    know, for example, if -- one important factor would be to

9    know whether he's insisting on his Speedy Trial rights in

10   Florida.  If he is, then it seems --

11          MR. MANZO:  I believe he is, Your Honor.

12          THE COURT:  Yeah.

13          I mean, if he is, then it seems to me that that

14   probably -- this weighs in favor of letting that Florida

15   case run its course before he's brought here to be tried

16   here.

17          But, look, I think you all need to sort of figure

18   this out, in consultation with Florida counsel, both from

19   the government and on the defense side, and see how you all

20   want to do this.  And obviously, Mr. Brown has an interest

21   in how he wants to see his cases handled.

22          And so I think that has to be kind of the

23   number-one priority, I think, in the short term, just to

24   figure out what the game plan is going to be here, so that

25   I'm comfortable and, frankly, the judge in Florida -- who's

1    the assigned judge in Florida?

2            MR. MANZO:  I'm not sure, Your Honor.

3            THE DEFENDANT:  It's the Honorable Susan Bucklew,

4    Your Honor.

5            THE COURT:  Susan Buckley?

6            THE DEFENDANT:  Bucklew.

7            THE COURT:  Bucklew.  Okay.  I don't know her.

8            And that's your District Court judge and not the

9    magistrate judge?

10            THE DEFENDANT:  That's correct, Your Honor.

11            THE COURT:  All right.  Thank you, Mr. Brown.

12            All right.  So, you know, we'll -- I think the

13    thing we can -- I think the best we can do at this point is

14    set this down for 30 days.  We'll exclude time both -- and

15    I guess, Mr. Orenberg, is Mr. Brown consenting to the

16    exclusion of time?

17            MR. ORENBERG:  Mr. Brown is shaking his head in

18    the affirmative, Your Honor.  Perhaps you want to get that

19    on the record, please.

20            THE COURT:  Okay.

21            Mr. Brown, are you prepared to exclude time under

22    the Speedy Trial Act for the next 30 days?

23            THE DEFENDANT:  Yes, Your Honor.

24            THE COURT:  Okay.

25            And you understand that you have a right to a

1   speedy trial under the Speedy Trial Act.  And what that
2   means is you have a right to a trial within 70 days of first
3   appearing in this court.  Do you understand that?
4           THE DEFENDANT:  I do understand that, Your Honor.
5   But due to the lack of access to my counsel, I think it
6   would behoove me to actually prepare my defense before I
7   execute it.
8           THE COURT:  Okay.
9           All right.  Well, that all seems fair, and you
10  certainly understand your rights, Mr. Brown.
11          So I do find that -- well, first of all, let's set
12  a date.  Are you all available on -- I think, 30 days,
13  let's see.  Today is the 11th.  How about the 10th of
14  February at this time, 10:30?
15          MR. ORENBERG:  Your Honor, I have another matter
16  that may overlap.  I have something with Judge Kotelly at
17  10:00.
18          THE COURT:  Okay.
19          MR. ORENBERG:  It may run a little long;
20  I'm not sure.  It's a status hearing in another case.
21          THE COURT:  All right.  How about 11:00?
22          MR. ORENBERG:  That should work.
23          THE COURT:  Now, some of this is subject to making
24  sure we've got an available line with the facility.  But at
25  least tentatively let's say 11:00 on the 11th of February.

1          Mr. Manzo, does that work for you?

2          MR. MANZO:  Yes.  Thank you, Your Honor.

3          THE DEFENDANT:  Is that the 11th, Your Honor, or

4    the 10th?

5          THE COURT:  Oh, I'm sorry.  I misspoke.

6          The 10th of February.  Thank you.

7          MR. ORENBERG:  Right.  10th.

8          THE COURT:  10th of February at 11:00.

9          And I'll exclude time under the Speedy Trial Act

10   through the 10th of February.  I do find that the ends of

11   justice outweigh the interests of the government and the

12   public -- excuse me, of the defendant and the public in a

13   speedy trial.

14         And specifically, the exclusion of time is

15   warranted both to allow Mr. Orenberg to continue his

16   communications in review of discovery and to get that

17   discovery to Mr. Brown so they can both consult with one

18   another and prepare for a potential trial.

19         In addition, the exclusion of time is

20   independently justified and warranted in the statute because

21   Mr. Brown is not in this jurisdiction yet, even though he

22   has been appearing remotely.  And so I don't think the time

23   has run, at least for purposes of having him physically

24   present in this court for purposes of a jury trial.

25         I'll also note that he's also held in a separate

```
 1   Florida case, which adds the further complication of being
 2   unable to -- at least at this point, adds some degree of
 3   complication in terms of getting him here, and we're going
 4   to work through that.
 5              All right.  With that, is there anything else we
 6   need to discuss this morning?
 7              MR. MANZO:  No.  Thank you, Your Honor.  We'll
 8   file that notice and I'll talk to the defense and maybe
 9   we'll coordinate with the parties in Florida to make a plan
10   going forward.
11              THE COURT:  Yeah, I think we should.
12              And then if I need to call Judge Bucklew to work
13   things out with her, I'm happy to do that, okay?
14              MR. ORENBERG:  Thank you, Your Honor.
15              MR. MANZO:  Thank you.
16              THE COURT:  All right.  Thank you, everyone.
17              (Proceedings concluded at 10:33 a.m.)
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__August 1, 2022_____     _____

                              William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1]  3/2
MR. MANZO: [10]
3/21 6/3 8/18 10/16
14/14 15/11 16/2 18/2
19/7 19/15
MR. ORENBERG: [11]
6/19 9/4 10/15 10/23
14/3 16/17 17/15 17/19
17/22 18/7 19/14
THE COURT: [28]
THE DEFENDANT:
[11]  6/5 6/10 7/20 9/16
12/4 16/3 16/6 16/10
16/23 17/4 18/3

**1**
10:00 [1]  17/17
10:30 [1]  17/14
10:33 [1]  19/7
10th [6]  17/13 18/4
18/6 18/7 18/8 18/10
11 [1]  1/5
11200 [1]  1/17
11:00 [3]  17/21 17/25
18/8
11th [3]  17/13 17/25
18/3
1400 [1]  1/14
19 [1]  20/6

**2**
20 minutes [1]  13/2
20001 [1]  2/5
20002 [1]  1/14
202 [2]  1/15 2/5
2022 [2]  1/5 20/10
20852 [1]  1/18
21-609 [2]  1/4 3/3
23rd [2]  11/5 12/23
2706 [1]  1/15

**3**
30 [1]  11/11
30 days [6]  3/17 12/1
12/1 16/14 16/22 17/12
300 [1]  1/18
301 [1]  1/19
3249 [1]  2/5
333 [1]  2/4
354-3249 [1]  2/5

**4**
40 [1]  11/11
4th [1]  11/6

**6**
60 days [1]  3/12
609 [2]  1/4 3/3
616-2706 [1]  1/15

**7**
70 days [1]  17/2

**8**
8005 [1]  1/19
8th [2]  9/8 9/11

984-8005 [1]  1/19
9:15 [1]  1/6

**A**
a.m [2]  1/6 19/17
able [1]  12/23
about [12]  3/12 4/14
5/12 5/23 6/8 7/8 8/6
13/5 14/7 14/17 17/13
17/21
above [1]  20/4
above-titled [1]  20/4
access [2]  7/21 17/5
accurately [1]  8/10
Act [3]  16/22 17/1 18/9
action [1]  5/17
actively [1]  5/9
actual [1]  13/2
actually [4]  10/8 12/23
17/6
add [1]  12/5
addition [1]  18/19
additional [1]  4/12
addressed [3]  4/13
9/20 12/7
adds [2]  19/1 19/2
admit [1]  5/3
admitted [1]  7/14
affirmative [1]  16/18
after [1]  4/2
ago [2]  3/12 11/5
aided [1]  2/7
all [18]  3/11 7/7 8/12
8/19 10/18 12/22 13/4
15/17 15/19 16/11
16/12 17/9 17/9 17/11
17/12 17/21 19/5 19/16
All right [1]  17/21
Allen [3]  1/16 3/6 5/2
allow [2]  3/17 18/15
alluded [1]  10/25
alone [1]  11/23
also [4]  5/1 13/12
18/25 18/25
AMERICA [2]  1/3 3/4
AMIT [1]  1/10
another [10]  7/8 7/9
11/6 11/18 11/25 12/1
13/12 17/15 17/20
18/18
any [12]  5/12 5/17 7/4
7/22 7/24 9/2 12/8
12/13 13/9 14/5 14/9
14/23
anything [3]  7/13 14/6
19/5
aorenberg [1]  1/19
apologies [2]  3/23 6/3
appeal [1]  10/2
appearance [2]  6/25
9/10
APPEARANCES [2]
1/12 1/25
appeared [1]  5/3
appearing [3]  3/7 17/3
18/22
appreciate [2]  13/5

are [9]  3/13 7/17 7/17
11/25 13/9 14/20 15/2
16/21 17/12
arrange [2]  11/12
11/18
arrangements [1]
11/24
arrest [1]  14/12
Article [1]  12/13
as [15]  4/11 6/22 7/18
8/12 8/20 8/20 8/25 9/1
10/25 12/12 12/16
13/25 13/25 14/4 14/17
ask [1]  13/8
asked [1]  11/17
assigned [1]  16/1
assistance [1]  5/22
assisted [1]  6/23
assured [1]  5/5
attending [1]  10/8
attorney [8]  5/2 5/4
10/1 12/6 12/8 12/12
12/16 14/5
August [1]  20/10
available [3]  9/25
17/12 17/24
Ave [1]  1/14
Avenue [1]  2/4
aware [3]  6/17 6/20
7/17
awry [1]  12/11

**B**
back [8]  3/11 3/13 3/15
4/17 8/5 9/7 11/4 13/1
Bar [1]  7/14
Barrett [1]  2/4
based [4]  7/20 8/21 9/1
10/4
be [18]  4/13 5/10 5/12
5/13 5/18 6/2 7/22 7/23
8/14 9/14 9/25 12/13
13/14 14/1 15/8 15/15
15/22 15/24
bear [1]  9/12
bearing [1]  7/24
because [6]  11/14
11/14 12/24 12/25
13/19 18/20
been [8]  7/7 10/8 10/25
11/13 12/16 14/11
14/14 18/22
before [5]  1/10 8/22
14/18 15/15 17/6
begin [2]  5/7 11/23
behalf [1]  3/22
behoove [1]  17/6
being [3]  13/12 14/17
19/1
believe [10]  4/8 5/2 6/3
7/21 10/5 11/14 11/16
14/18 14/20 15/11
best [1]  16/13
Bethesda [1]  1/18
Bill [1]  12/13
bit [1]  6/9
body [2]  4/4 4/10

body-worn [2]  4/4 4/10
bond [2]  9/17 14/24
booth [1]  11/8
BOP [1]  8/24
both [5]  8/7 15/18
16/14 18/15 18/17
bottom [2]  9/5 14/1
Brian [2]  6/23 7/1
brought [2]  14/1 15/15
BROWN [40]
Bucklew [4]  16/3 16/6
16/7 19/12
Buckley [1]  16/5

**C**
call [1]  19/12
calling [1]  3/24
camera [2]  4/4 4/10
can [11]  3/24 4/22 6/6
10/16 11/18 13/6 14/7
14/23 16/13 16/13
18/17
canceled [6]  11/14
12/6 12/13 12/16 12/18
12/20
canceling [1]  12/8
cannot [1]  6/4
capacity [1]  5/3
Capitol [1]  4/5
case [30]
cases [1]  15/21
cell [1]  3/24
certain [1]  13/19
certainly [3]  4/10 12/12
17/10
Certified [1]  20/2
certify [1]  20/2
CH [1]  2/4
charges [3]  14/15 15/2
15/3
clarification [1]  10/4
clarified [1]  10/6
clarify [2]  9/22 13/23
clear [1]  9/23
clearer [1]  4/23
client [3]  5/25 5/25
6/17
COLUMBIA [1]  1/1
comfortable [2]  7/18
15/25
comments [1]  14/9
commitment [1]  8/10
communicate [1]
11/11
communications [1]
18/16
complication [2]  19/1
19/3
computer [1]  2/7
computer-aided [1]
2/7
concerned [2]  5/23
8/20
concluded [1]  19/17
conference [2]  1/9
3/11
conflict [7]  5/10 5/15
6/1 6/14 6/14 7/4 7/22

conflicts [1]  7/25
connection [1]  3/23
consenting [1]  16/15
Constitution [1]  2/4
consult [1]  18/17
consultation [2]  13/2
15/18
consulting [1]  12/24
contact [1]  11/8
contact-visiting [1]
11/8
continuance [1]  12/1
continue [2]  4/9 18/15
CONTINUED [1]  2/1
conversation [1]  11/4
conversations [1]  11/3
coordinate [1]  19/9
correct [4]  8/15 14/18
16/10 20/3
could [8]  5/10 5/13
9/13 10/10 11/9 11/9
12/25 13/14
counsel [2]  15/18 17/5
course [2]  11/21 15/15
court [9]  1/1 2/2 2/3
5/11 14/21 16/8 17/3
18/24 20/7
Court's [1]  7/14
courtesy [1]  4/11
COVID [5]  11/2 11/14
11/18 12/7 20/6
COVID-19 [1]  20/6
COVID-related [1]  11/2
CR [1]  1/4
credit [1]  9/9
Criminal [1]  3/3
CRM [1]  1/13
CRR [2]  20/2 20/11

**D**
D.C [7]  1/5 2/5 4/20
13/3 13/25 15/3 15/4
date [5]  14/12 14/25
15/1 17/12 20/10
days [10]  3/12 3/17
11/5 11/19 12/1 12/1
16/14 16/22 17/2 17/12
DC [1]  1/14
dealings [1]  7/15
December [4]  9/8 9/11
11/5 11/5
defendant [6]  1/7 1/16
3/7 4/25 7/9 18/12
defense [10]  3/6 3/18
4/4 4/7 4/11 5/2 5/12
15/19 17/6 19/8
defer [1]  14/6
degree [1]  19/2
denied [1]  12/8
depends [2]  15/6 15/7
detention [2]  4/18 8/25
developments [1]  10/9
did [5]  3/17 5/21 9/7
9/22 11/4
didn't [1]  7/13
different [4]  6/16 7/13
9/2 13/9
difficult [1]  11/10

**D**

difficulties [3] 11/1 11/2 12/22
difficulty [2] 6/5 13/22
directly [1] 12/7
discovery [4] 3/17 4/4 18/16 18/17
discuss [1] 19/6
discussed [2] 6/20 7/3
discussion [1] 8/6
distinction [1] 10/6
district [12] 1/1 1/1 1/10 4/15 4/18 10/14 12/19 13/20 14/5 14/5 14/21 16/8
do [19] 3/20 7/13 9/2 9/14 10/20 11/19 12/9 13/6 13/21 14/10 14/13 15/1 15/20 16/13 17/3 17/4 17/11 18/10 19/13
Do you [1] 17/3
do you have [1] 9/2
docket [2] 4/25 8/7
documentation [1] 12/9
does [4] 7/24 10/1 14/12 18/1
doesn't [2] 6/14 13/24
DOJ [1] 1/13
DOJ-CRM [1] 1/13
don't [16] 5/14 5/17 5/18 6/13 6/15 7/10 8/24 9/16 9/24 13/8 13/13 13/16 15/3 15/7 16/7 18/22
done [1] 10/13
down [7] 8/15 10/14 11/13 11/16 13/15 13/25 16/14
due [1] 17/5
duration [1] 13/2
during [1] 20/5

**E**

effort [1] 9/22
electronic [1] 12/10
else [1] 19/5
Email [1] 1/15
encourage [1] 4/7
ends [1] 18/10
entire [1] 12/25
entirely [1] 14/20
even [5] 6/1 11/23 12/20 12/22 18/21
everybody's [1] 13/5
everyone [4] 3/9 3/25 3/25 19/16
evidence [1] 11/22
Evidence.com [1] 4/8
exactly [3] 4/21 9/24 11/15
example [1] 15/8
exclude [4] 3/17 16/14 16/21 18/9
exclusion [3] 16/16 18/14 18/19
excuse [1] 18/12
execute [1] 17/7

experience [1] 14/23
explosive [1] 14/15
extensive [1] 14/16
extremely [1] 7/20

**F**

facility [1] 17/24
fact [2] 12/15 13/18
factor [1] 15/8
factors [1] 15/7
facts [1] 7/17
fair [1] 17/9
fairly [1] 13/19
far [2] 8/20 8/25
favor [1] 15/14
February [5] 17/14 17/25 16/8 18/8 18/10
feel [1] 6/16
feels [1] 5/24
few [2] 11/5 11/19
figure [4] 8/24 10/11 15/17 15/24
file [3] 10/12 10/16 19/8
filed [1] 4/1
find [4] 4/10 7/23 17/11 18/10
fine [2] 3/25 6/7
Firm [1] 1/17
first [8] 4/13 8/3 9/10 12/24 13/16 15/4 17/2 17/11
flag [1] 4/10
flagging [1] 4/4
Florida [22]
Flynn [3] 9/20 9/22 10/13
Flynn's [1] 10/5
footnote [2] 4/19 9/5
foregoing [1] 20/3
forth [1] 13/1
forward [2] 7/18 19/10
frankly [2] 13/17 15/25
front [2] 10/19 14/21
frustration [1] 13/5
further [6] 4/10 5/6 5/17 14/21 14/23 19/1

**G**

game [1] 15/24
get [7] 3/18 7/14 13/14 13/21 14/7 16/18 18/16
getting [2] 9/9 19/3
Given [1] 5/14
going [13] 3/13 3/23 10/11 11/1 11/25 13/1 13/7 14/3 14/6 14/13 15/24 19/3 19/10
gone [1] 14/16
good [4] 3/2 3/9 3/10 13/13
good morning [1] 3/10
got [1] 17/24
government [8] 1/13 3/5 6/7 7/12 10/3 14/6 15/19 18/11
Grods [9] 4/25 5/6 5/10 6/25 7/5 7/9 7/11 7/15

guess [1] 16/15
guise [1] 12/7

**H**

hac [5] 5/4 5/8 5/22 6/24 7/1
had [14] 4/5 4/7 4/14 8/6 9/18 11/6 11/7 11/23 12/6 12/17 12/20 12/22 12/22 13/1
half [2] 12/23 12/24
handled [1] 15/21
hang [2] 8/17 8/22
happening [1] 11/16
happy [1] 19/13
has [15] 6/17 7/11 7/12 7/12 10/13 12/15 12/17 12/20 14/6 14/11 14/14 15/20 15/22 18/22 18/23
have [30]
having [2] 6/5 18/23
he [27]
he didn't [1] 7/13
he said [1] 14/18
he's [14] 4/20 5/5 5/6 8/25 9/21 11/17 13/12 13/20 13/23 13/24 13/25 15/9 15/15 18/25
head [1] 16/17
hear [4] 3/24 6/4 6/6 12/25
heard [1] 9/15
hearing [13] 3/8 3/16 4/1 4/13 4/18 6/6 8/9 10/2 10/4 12/1 13/3 17/20 20/5
hearings [4] 9/18 10/9 14/19 14/20
held [14] 4/15 4/19 4/20 8/7 8/8 8/23 8/25 10/5 13/12 13/23 13/24 13/25 14/17 18/25
help [2] 5/3 7/13
helped [1] 6/22
helpful [2] 10/7 10/18
her [2] 16/7 19/13
here [13] 3/14 5/2 10/1 12/19 13/11 13/14 13/21 14/1 14/8 15/15 15/16 15/24 19/3
him [11] 6/21 6/23 11/6 11/8 11/9 11/13 13/14 13/15 13/21 18/23 19/3
his [18] 4/17 5/25 5/25 7/15 8/25 9/5 9/10 13/9 13/18 13/19 13/23 14/10 14/17 14/24 15/9 15/21 16/17 18/15
Honor [27]
HONORABLE [2] 1/10 16/3
host [1] 15/7
how [6] 6/8 14/7 15/19 15/21 17/13 17/21

I believe [8] 4/8 5/2 6/3 10/5 11/14 11/16 14/18 14/20
I can [7] 3/24 4/22 6/6 10/16 11/18 13/6 14/23
I did [2] 3/17 9/7
I don't [4] 5/14 6/13 15/3 18/22
I don't have [1] 13/13
I don't recall [1] 9/24
I guess [1] 16/15
I have [7] 4/17 7/21 7/25 11/12 12/7 17/15 17/16
I just [4] 5/15 11/17 11/21 13/16
I know [1] 10/1
I mean [6] 8/5 9/25 13/17 13/22 15/6 15/7
I misspoke [1] 18/5
I think [9] 5/9 8/7 15/6 15/17 15/23 16/12 16/13 17/5 19/11
I was [1] 8/5
I will [1] 4/9
I'd [1] 14/8
I'll [4] 5/20 18/9 18/25 19/8
I'm [20] 3/24 4/21 5/23 6/1 6/5 8/20 10/23 11/1 11/15 13/4 13/17 13/18 14/3 14/6 14/19 15/25 16/2 17/20 18/5 19/13
I'm going [2] 11/1 14/6
I'm just [1] 14/3
I'm not [5] 4/21 5/23 6/1 11/15 14/19
I'm not sure [1] 17/20
I'm sorry [3] 10/23 13/4 18/5
I've [4] 5/5 7/3 9/18 12/6
idea [1] 7/22
important [1] 15/8
inclined [1] 3/16
including [1] 4/4
incorrect [1] 8/14
independently [1] 18/20
indicated [1] 7/12
indicted [2] 14/11 14/14
information [1] 9/3
inquiry [1] 5/24
insisting [1] 15/9
interest [1] 15/20
interested [1] 7/23
interests [1] 18/11
interrupting [1] 10/24
investigation [2] 4/9 5/1
involved [4] 5/1 5/6 5/7 5/9
involving [1] 7/8
is [55]
is there [1] 19/5
issue [8] 4/24 5/8 6/1

3/17 6/20 7/12 8/3 13/17
issues [2] 7/25 11/7
it [24]
it's [6] 5/24 6/13 7/3 8/23 16/3 17/20
its [1] 15/15
itself [1] 8/8

**J**

jail [4] 12/8 12/15 13/7 13/25
January [2] 1/5 11/6
January 4th [1] 11/6
JEREMY [2] 1/6 3/4
judge [14] 1/10 8/9 8/12 9/20 9/22 10/5 10/13 14/21 15/25 16/1 16/8 16/9 17/16 19/12
Judge Flynn [1] 9/22
Judge Kotelly [1] 17/16
jurisdiction [2] 9/10 18/21
jury [1] 18/24
just [13] 5/3 5/8 5/11 5/15 6/7 10/12 11/17 11/21 12/5 12/17 13/16 14/3 15/23
justice [1] 18/11
justified [1] 18/20

**K**

keep [2] 6/8 13/15
Keeper [1] 5/1
kind [2] 14/23 15/22
knew [1] 5/12
know [27]
knows [2] 10/9 11/17
Kotelly [1] 17/16

**L**

lack [1] 17/5
last [9] 3/12 3/16 4/1 9/1 9/3 9/8 9/18 11/22 13/10
later [1] 14/8
latest [2] 10/9 10/13
Law [1] 1/17
lawyer [3] 7/12 7/13 7/19
lawyer's [1] 7/8
least [6] 8/21 11/25 12/6 17/25 18/23 19/2
let [3] 6/12 11/23 13/8
let's [3] 17/11 17/13 17/25
let's see [1] 17/13
lets [1] 10/12
letting [1] 15/14
like [3] 6/14 6/16 12/5
limitations [1] 20/7
limited [4] 5/3 7/1 7/21 8/21
line [2] 14/1 17/24
literally [1] 11/8
litigation [2] 14/17 14/22

**L**

little [2]  6/9 17/19
Lockwood [3]  6/23
6/23 7/1
log [1]  4/8
log-in [1]  4/8
logistical [1]  13/17
long [3]  8/6 13/25
17/19
look [2]  9/13 15/17
looked [1]  3/15
looking [2]  8/5 9/21
Lou [1]  3/21
Louis [2]  1/13 3/5
louis.manzo [1]  1/15
low [1]  6/6

**M**

made [3]  5/13 5/13
8/15
magistrate [2]  8/15
16/9
magistrate judge [1]
16/9
mail [1]  12/10
make [8]  4/21 5/25
6/16 9/8 9/22 9/23
11/24 19/9
makes [2]  4/23 15/4
making [1]  17/23
Manzo [11]  1/13 3/5
3/20 3/21 6/22 8/3 9/5
9/17 10/10 11/22 18/1
Manzo's [1]  9/13
Mark [5]  4/25 6/25 7/5
7/9 7/23
material [1]  3/18
matter [6]  3/12 13/24
14/5 14/19 17/15 20/4
matters [2]  4/12 8/13
may [5]  6/2 6/2 7/5
17/16 17/19
maybe [6]  8/9 8/23
8/23 15/5 15/5 19/8
MD [1]  1/18
me [16]  5/5 6/12 8/16
8/22 9/1 9/12 10/11
10/12 10/12 11/2 11/9
12/21 13/8 15/13 17/6
18/12
mean [9]  5/20 8/5 9/12
9/25 13/17 13/22 15/6
15/7 15/13
meaningful [2]  11/3
11/11
means [2]  4/21 17/2
mechanical [1]  2/7
meeting [2]  12/22
12/23
MEHTA [1]  1/10
merely [1]  6/22
Merit [1]  2/2
Middle [4]  4/15 4/18
10/14 12/19
might [2]  4/12 8/4
ministerial [1]  5/22
minutes [2]  11/11 13/2
misspoke [1]  18/5

more [4]  5/21 7/13
12/20 15/2
morning [4]  3/2 3/9
3/10 19/6
most [2]  9/21 10/5
motion [7]  4/1 4/19
8/15 9/6 9/13 9/19 10/4
move [1]  11/8
moving [3]  7/1 7/18
10/21
Mr. [76]
Mr. Allen [1]  5/2
Mr. Brian [2]  6/23 7/1
Mr. Brown [38]
Mr. Grods [4]  5/6 5/10
7/11 7/15
Mr. Lockwood [1]  6/23
Mr. Manzo [8]  3/20
6/22 8/3 9/5 9/17 10/10
11/22 18/1
Mr. Manzo's [1]  9/13
Mr. Mark [1]  7/23
Mr. Orenberg [17]  3/20
5/5 5/14 5/24 6/2 6/15
7/18 7/21 9/2 10/10
10/22 12/5 12/17 12/21
12/24 16/15 18/15
Mr. Orenberg's [2]
5/21 7/25
Mr. Sansone [1]  12/19
much [3]  4/23 13/6
15/2
multiple [2]  12/17
14/19
my [17]  3/15 3/23 3/24
4/19 6/8 6/25 7/3 7/20
7/24 8/5 8/11 8/21 10/1
12/19 14/4 17/5 17/6

**N**

name [1]  7/9
necessarily [1]  15/3
necessary [2]  5/24
6/13
need [6]  4/13 11/25
13/21 15/17 19/6 19/12
needed [1]  5/12
needs [3]  5/18 8/14
14/1
nevertheless [1]  7/11
New [1]  1/14
next [2]  11/19 16/22
night [1]  11/22
no [9]  1/4 3/3 6/17 7/21
7/22 7/25 9/5 12/16
19/7
none [1]  9/4
North [1]  1/18
not [26]
not sure [1]  13/18
note [2]  18/25 20/5
notes [2]  3/15 8/5
nothing [1]  5/21
notice [4]  10/16 14/23
14/24 19/8
noticed [1]  4/25
now [7]  4/9 8/9 8/20

number [1]  15/23
number-one [1]  15/23
NW [2]  1/14 2/4

**O**

Oath [1]  5/1
obstacle [1]  13/11
obvious [1]  13/11
obviously [3]  12/11
15/2 15/20
occasions [1]  11/12
occurred [1]  20/5
off [1]  11/17
Official [1]  2/3
Oh [1]  18/5
okay [15]  3/9 5/19 6/8
6/11 7/6 8/2 10/7 10/17
12/2 16/7 16/20 16/24
17/8 17/18 19/13
one [8]  4/12 4/13 9/18
10/8 11/4 15/8 15/23
18/17
only [7]  7/15 11/9
12/21 12/23 13/1 13/6
14/12
operations [1]  13/7
opportunity [1]  11/23
order [13]  4/2 4/3 5/20
7/14 8/5 8/8 8/13 8/14
9/6 9/17 9/21 9/23 10/5
Orenberg [21]
Orenberg's [2]  5/21
7/25
orenberglaw.com [1]
1/19
original [1]  9/17
other [5]  5/23 6/2 9/4
11/12 13/13
ought [1]  6/16
our [1]  10/2
out [9]  3/24 5/15 6/22
7/23 8/24 10/11 15/18
15/24 19/13
outside [1]  4/5
outweigh [1]  18/11
overlap [1]  17/16
own [1]  3/24

**P**

page [1]  9/5
pandemic [1]  20/6
papers [1]  8/10
parties [1]  19/9
past [1]  11/3
PC [1]  1/17
pending [1]  14/17
perhaps [2]  14/7 16/18
phone [1]  3/24
physically [1]  18/23
Pike [1]  1/17
Plaintiff [1]  1/4
plan [2]  15/24 19/9
please [2]  16/19 20/5
point [2]  16/13 19/2
pointed [1]  6/22
potential [2]  7/4 18/18
Practically [1]  4/20

preparation [1]  10/2
prepare [2]  17/6 18/18
prepared [1]  16/21
present [1]  18/24
presented [1]  9/1
pretty [1]  14/16
Prettyman [1]  2/4
preventing [1]  11/2
priority [1]  15/23
pro [5]  5/4 5/8 5/22
6/24 7/1
probably [3]  4/6 15/6
15/14
problem [1]  6/17
proceed [2]  3/13 3/17
proceedings [5]  1/9
2/7 6/4 19/17 20/4
produced [1]  2/7
protective [3]  4/2 4/3
9/6
provide [3]  4/11 4/22
14/24
provided [1]  4/3
public [2]  18/12 18/12
purpose [1]  7/1
purposes [2]  18/23
18/24
put [7]  4/19 5/11 5/15
8/21 9/5 10/10 14/23

**Q**

question [1]  13/20

**R**

raise [2]  4/24 9/7
raised [1]  7/12
rather [1]  14/8
ready [1]  3/18
really [2]  5/7 13/1
Realtime [1]  2/3
reason [2]  7/21 12/13
recall [1]  9/24
receive [1]  3/18
receiving [1]  11/22
recent [1]  9/21
recently [2]  6/21 10/5
recollection [1]  8/11
reconsider [2]  9/19
10/4
record [4]  4/22 5/11
16/19 20/3
recorded [1]  2/7
referring [1]  9/17
reflected [2]  8/8 8/10
regarding [1]  14/24
regardless [1]  6/1
Registered [1]  2/2
regrettably [1]  13/6
related [1]  11/2
relationship [1]  7/10
remember [1]  8/6
remotely [1]  18/22
20/7
repeat [1]  6/12
Reporter [4]  2/2 2/2
2/3 2/3
reporting [1]  20/7

represent [1]  7/14
representation [2]  5/6
8/1
representations [2]
5/14 5/21
representing [1]  5/10
restrictions [2]  11/15
11/18
reverse [1]  5/20
review [2]  11/24 18/16
reviewed [1]  4/17
reviewing [1]  11/23
right [16]  3/11 7/7 7/7
8/19 8/20 10/18 13/4
16/11 16/12 16/25 17/2
17/9 17/21 18/7 19/5
19/16
rights [3]  12/14 15/9
17/10
RMR [2]  20/2 20/11
Rockville [1]  1/17
run [3]  15/15 17/19
18/23
running [2]  8/23 13/18
13/19

**S**

said [4]  6/12 8/9 12/5
14/18
Sansone [1]  12/19
say [5]  8/4 9/22 11/1
14/3 17/25
says [2]  8/4 8/12
scheduling [1]  12/12
second [2]  4/24 8/17
see [8]  3/13 3/25 7/24
11/9 13/1 15/19 15/21
17/13
seek [1]  10/3
seem [1]  6/14
seems [4]  8/16 15/10
15/13 17/9
send [1]  10/11
sense [2]  13/13 15/4
separate [1]  18/25
served [1]  9/9
set [3]  11/6 16/14
17/11
seven [1]  12/6
several [2]  11/3 11/12
shaking [1]  16/17
short [1]  15/23
should [5]  9/25 10/6
12/12 17/22 19/11
side [1]  15/19
signaling [1]  6/14
signed [2]  4/2 4/3
since [4]  4/1 4/17 9/3
9/18
sir [1]  3/10
situation [1]  14/4
so [31]
so I think [2]  13/20
15/22
some [9]  4/14 8/14
10/25 11/1 11/7 13/22
14/24 17/23 19/2
something [1]  9/7

**S**

**something... [4]** 10/12 10/12 12/11 17/16
**sooner [1]** 14/8
**sorry [3]** 10/23 13/4 18/5
**sort [3]** 5/20 5/22 15/17
**speak [2]** 11/9 12/24
**specifically [1]** 18/14
**speedy [9]** 3/16 13/18 13/19 15/9 16/22 17/1 17/1 18/9 18/13
**Speedy Trial Act [3]** 16/22 17/1 18/9
**sponsoring [1]** 6/23
**staff [2]** 12/8 12/25
**stand [3]** 3/20 10/19 10/20
**started [1]** 11/21
**STATES [5]** 1/1 1/3 1/10 3/3 3/22
**status [11]** 1/9 3/11 4/1 8/25 10/13 12/1 13/23 14/10 14/17 14/24 17/20
**statute [1]** 18/20
**stenography [1]** 2/7
**subject [3]** 14/7 17/23 20/6
**substantial [2]** 4/3 15/2
**substantive [1]** 11/4
**Suite [1]** 1/18
**sure [12]** 4/21 4/22 5/25 6/1 6/17 9/9 11/15 13/18 14/20 16/2 17/20 17/24
**Susan [2]** 16/3 16/5
**suspect [1]** 13/24
**system [1]** 12/10

**T**

**take [2]** 5/20 5/21
**taken [1]** 5/18
**talk [2]** 4/14 19/8
**talked [1]** 5/5
**talking [1]** 7/8
**technical [3]** 11/10 12/22 12/25
**technological [3]** 11/1 11/7 20/7
**teleconference [1]** 11/19
**tentatively [1]** 17/25
**term [1]** 15/23
**terms [4]** 10/20 13/6 13/10 19/3
**Terrific [1]** 8/2
**testified [2]** 12/15 12/17
**than [6]** 5/22 7/13 9/4 9/4 13/9 14/8 15/3
**Thank [9]** 3/21 6/19 16/11 18/2 18/6 19/7 19/14 19/15 19/16
**Thank you [6]** 3/21 6/19 16/11 18/2 19/14 19/15

**that's [7]** 8/24 10/7 10/18 11/15 13/4 16/8 16/10
**their [2]** 4/9 12/9
**them [1]** 13/1
**then [6]** 4/24 8/14 11/5 15/10 15/13 19/12
**there [17]** 4/14 5/8 5/10 5/16 7/22 8/14 8/15 10/14 11/7 11/13 11/16 12/11 13/7 13/17 14/13 14/19 19/5
**there's [8]** 4/12 5/15 5/17 6/1 10/25 13/6 14/24 15/1
**therefore [1]** 20/6
**these [1]** 10/9
**they [9]** 4/8 5/13 11/7 12/8 12/12 13/9 13/15 14/16 18/17
**they're [1]** 14/21
**They've [1]** 11/13
**thing [1]** 16/13
**things [4]** 3/13 6/16 10/18 19/13
**think [19]** 5/9 5/15 5/18 6/13 8/7 11/8 13/20 15/1 15/3 15/6 15/17 15/22 15/23 16/12 16/13 17/5 17/12 18/22 19/11
**this [43]**
**This is [1]** 3/3
**those [2]** 7/17 14/20
**though [1]** 18/21
**three [1]** 9/18
**through [2]** 18/10 19/4
**throughout [1]** 13/2
**Thumbs [1]** 6/10
**Thumbs-up [1]** 6/10
**time [17]** 3/17 7/25 8/1 8/23 9/1 9/9 13/1 13/18 13/19 16/14 16/16 16/21 17/14 18/9 18/14 18/19 18/22
**titled [1]** 20/4
**today [2]** 4/13 17/13
**together [4]** 3/12 9/3 9/8 13/10
**too [1]** 5/23
**topic [1]** 9/19
**total [1]** 12/6
**towards [1]** 10/21
**transcript [7]** 1/9 2/7 4/17 4/23 8/4 9/25 20/3
**transcription [1]** 2/7
**transcripts [1]** 10/2
**transport [1]** 15/4
**trial [20]** 3/16 3/19 10/21 13/10 13/18 13/19 14/2 14/12 14/17 14/25 15/1 15/9 16/22 17/1 17/1 17/2 18/9 18/13 18/18 18/24
**tried [3]** 11/12 13/14 15/15
**Truthfully [1]** 7/10

**trying [2]** 11/19 13/22
**two [2]** 4/12 10/11

**U**

**U.S. [1]** 10/3
**U.S. Government [1]** 10/3
**unable [1]** 19/2
**under [5]** 12/6 12/13 16/21 17/1 18/9
**understand [4]** 16/25 17/3 17/4 17/10
**understanding [3]** 7/4 8/21 9/3
**understands [1]** 5/25
**understood [2]** 8/3 8/18
**unique [1]** 14/4
**UNITED [5]** 1/1 1/3 1/10 3/3 3/22
**United States [1]** 3/22
**United States of [1]** 3/3
**universe [1]** 4/6
**unless [1]** 5/3
**up [10]** 6/9 6/10 8/24 10/6 11/6 13/14 13/21 14/1 14/8 15/4
**update [1]** 14/23
**upon [1]** 15/6
**us [1]** 11/10
**usdoj.gov [1]** 1/15
**use [1]** 4/8
**used [1]** 9/25

**V**

**verbiage [1]** 9/23
**versus [1]** 3/4
**very [2]** 6/6 11/10
**VI [1]** 12/13
**via [2]** 1/9 3/7
**vice [4]** 5/4 5/8 6/24 7/2
**video [2]** 3/23 4/6
**videoconference [3]** 3/7 11/6 11/13
**view [1]** 6/16
**views [1]** 13/9
**visiting [1]** 11/8
**visits [7]** 12/6 12/9 12/12 12/16 12/17 12/20 12/21
**voice [1]** 6/9
**volume [1]** 6/6
**vs [1]** 1/5

**W**

**waive [1]** 3/16
**waivers [1]** 5/12
**waives [1]** 7/4
**want [6]** 9/8 9/12 9/14 13/15 15/20 16/18
**wanted [4]** 4/21 4/24 5/11 5/15
**wanting [1]** 13/10
**wants [4]** 9/14 10/13 14/1 15/21

**warranted [2]** 18/15 18/20
**was [23]**
**Washington [3]** 1/5 1/14 2/5
**wasn't [1]** 8/10
**way [1]** 11/11
**we [24]**
**we'll [4]** 16/12 16/14 19/7 19/9
**we're [4]** 3/11 3/13 11/19 19/3
**we've [2]** 7/7 17/24
**weapons [1]** 14/15
**weigh [1]** 14/7
**weighs [1]** 15/14
**well [6]** 6/12 8/13 9/4 10/7 10/23 13/4 15/5 17/9 17/11
**went [1]** 4/17
**were [7]** 3/12 9/3 9/8 11/7 12/23 13/10 13/10
**what [19]** 4/21 6/12 7/10 8/4 8/12 8/13 8/21 9/1 9/4 10/13 10/13 11/15 12/5 13/20 13/23 14/10 14/18 15/24 17/1
**what's [4]** 8/13 10/11 13/7 14/13
**whatever [2]** 8/9 13/9
**when [2]** 9/8 13/10
**where [7]** 3/13 3/20 10/18 10/20 11/9 13/13 14/20
**whether [9]** 4/14 6/2 6/15 8/6 13/14 13/15 13/24 14/20 15/9
**which [5]** 4/2 4/8 9/11 9/19 19/1
**who [2]** 7/22 7/23
**who's [3]** 4/25 10/8 15/25
**whole [1]** 15/7
**will [1]** 4/9
**William [3]** 2/2 20/2 20/11
**within [2]** 12/9 17/2
**wording [1]** 9/24
**work [5]** 7/8 17/22 18/1 19/4 19/12
**worn [2]** 4/4 4/10
**would [6]** 7/22 7/23 9/22 12/5 15/8 17/6
**write [1]** 10/6
**write-up [1]** 10/6
**writing [1]** 12/16

**Y**

**Yeah [2]** 15/12 19/11
**yes [5]** 9/14 10/15 12/4 16/23 18/2
**yet [2]** 12/16 18/21
**York [1]** 1/14
**you [43]**
**you know [1]** 10/3
**You're [1]** 10/8
**your [35]**

**your Honor [26]**

**Z**

**Zaremba [3]** 2/2 20/2 20/11
**ZOOM [1]** 1/9