IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )        CR No. 21-609
                                   )        Washington, D.C.
          vs.                      )        February 10, 2022
                                   )        11:02 a.m.
JEREMY BROWN (1),                  )
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Louis J. Manzo
                             DOJ-CRM
                             1400 New York Ave NW
                             Washington, DC 20002
                             (202) 616-2706
                             Email: louis.manzo@usdoj.gov


For the Defendant:           Allen H. Orenberg
                             The Orenberg Law Firm, PC
                             11200 Rockville Pike
                             Suite 300
                             North Bethesda, MD 20852
                             (301) 984-8005
                             aorenberg@orenberglaw.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S

 2           COURTROOM DEPUTY:  Good morning, Your Honor.

 3  This is Criminal Case No. 21-609, United States of America

 4  versus Jeremy Brown.

 5           Louis Manzo for the government.

 6           Allen Orenberg for the defense.

 7           The defendant is appearing via videoconference for

 8  this hearing.

 9           THE COURT:  Okay.  Good morning, everyone.

10           Mr. Brown, good morning to you.  Can you hear me

11  okay?

12           THE DEFENDANT:  Yes, Your Honor, I can hear you

13  fine.  Thank you.

14           THE COURT:  Okay.

15           So it looks like we're in a bit of a holding

16  pattern in this case.  Mr. Brown remains detained in Florida

17  as a result of a felony -- as a result of felony charges

18  that have been filed against him there.  I understand he's

19  invoked his speedy trial rights, and the government did file

20  a motion -- excuse me, a notice indicating that he's on the

21  April trial calendar.

22           So I think given all that, I think the question is

23  how we proceed and do we just set this off until, you know,

24  some months down the road on the presumption that if

25  Mr. Brown's circumstances change and he can be brought here,
```

1    we can get back on the calendar.

2              MR. MANZO:  That's what the government would

3    request, Your Honor.

4              MR. ORENBERG:  Your Honor, Allen Orenberg on

5    behalf of Mr. Brown.

6              Mr. Brown would like a trial date scheduled in

7    this matter here in Washington, D.C. as soon as possible.

8              THE COURT:  Well, how do I do that with the

9    uncertainty of not knowing when he's going to get here?

10             MR. ORENBERG:  Well, I'm not sure how to answer

11   that, Your Honor, except that Mr. Brown -- and he can

12   articulate this for himself -- he wants to go to trial as

13   soon as possible and he's not waiving his Speedy Trial

14   rights.

15             THE COURT:  Yeah, I get that, but he's got two

16   cases and he's not waiving in either case.  So one of those

17   cases has got to go before the other one.  I mean, he can't

18   have two trials at once.

19             MR. ORENBERG:  Will the Court hear from Mr. Brown

20   directly?

21             THE COURT:  Sure.

22             Mr. Brown.

23             MR. ORENBERG:  Mr. Brown.

24             THE DEFENDANT:  Yes, Your Honor.

25             Just to update the Court, in the case in the

1   Middle District of Florida, we are putting the finishing

2   touches on a motion to suppress, which, if approved by Judge

3   Bucklew, would, in essence, eliminate the case in the

4   District of Florida.

5           So I would like for there to be concurrent

6   scheduling, because obviously we can always move the

7   calendar in the D.C. case if for whatever reason Judge

8   Bucklew decides not to rule in favor of our motion to

9   suppress and, then, of course, you know, that process will

10  carry on.

11          But because we do have the capability and the

12  technology to schedule two things at once in the event that

13  that case does go away, I would like to be able to move

14  forward with this case based on the fact that, from the

15  discovery that has -- the limited discovery that's been

16  provided to me so far, 134 days into my detention, I have

17  found nothing that provides any evidence of the charges in

18  the D.C. case.  So far, all I've really seen is a lot of

19  conjecture, hyperbole, and attempts to create a manufactured

20  narrative.

21          If we are not -- so based on that, I advised

22  Mr. Orenberg that it is my intention to have him file a

23  motion to dismiss based on lack of evidence.  If that motion

24  is not appropriately agreed upon by the Court, then we will

25  be filing a motion to change venues based on a cursory media

1    analysis.

2            And just to give you an idea, I have the *Wall*

3    *Street Journal* delivered to me here in my jail cell in

4    Pinellas County.  And just in 14 publishing days, in ten

5    issues of the *Wall Street Journal*, which is a New York-based

6    publication, I believe, there have been 20 media stories on

7    my case between the dates of January 4th and January 21st.

8    In one of these randomly selected articles, there has been

9    the phrase, "Prosecutors said" five times and "indictment

10   said" two times.

11           Two of the articles, one quotes the President of

12   the United States.

13           THE COURT:  So, Mr. Brown, if I could interrupt

14   you.

15           THE DEFENDANT:  Yes, sir.

16           THE COURT:  I'm not, at this point, in a position

17   to consider any motion, and one will be filed when it's

18   filed, so I'd rather avoid just getting into those details

19   right now.

20           THE DEFENDANT:  Okay.  I understand, Your Honor.

21           THE COURT:  What I'd like to do is just focus on

22   what we're going to do here.  I mean, if the intention is to

23   file motions, then obviously Mr. Orenberg can do so.

24   There's no motions schedule set yet because we don't have a

25   trial date, though I can set a Rule 12 motions schedule if

1    the parties would like me to.

2            But, you know, I'll tell you, I'm not inclined to

3    set down a trial date, because I don't want to set down a

4    trial that may not happen, and, therefore, that'll cause me

5    to be unable to use that time for other cases that do need

6    to go to trial.

7            You know, your speedy trial clock for this case

8    doesn't start until you get here.  And if you would assert

9    your speedy trial rights once you get here, we'll get you on

10   the calendar consistent with those rights.

11           THE DEFENDANT:  Well, Your Honor, I understand

12   that, but the -- it puts me at a disadvantage by delaying

13   the establishment of a trial date, because under *Brady*

14   rules --

15           THE COURT:  No, it really doesn't, because, as I

16   said, once you're here is when your clock starts, and we'll

17   get you on the calendar consistent with your Speedy Trial

18   rights as soon as you arrive.

19           THE DEFENDANT:  Well, right, but wouldn't the

20   government be beholden to a 45-day requirement under the

21   *Brady* rule to provide all evidence, exculpatory and

22   otherwise?

23           THE COURT:  Well, you know, the government's

24   obligations are ongoing in this case.  The fact that you're

25   there doesn't relieve the government of its obligations to

1    produce discovery, including *Brady* material.  I think

2    Mr. Manzo is aware of that, and so he understands and he's

3    shaking his head yes.

4            You know --

5            THE DEFENDANT:  Right.

6            THE COURT:  -- discovery still needs to be

7    continually provided, and certainly any *Brady* that the

8    government is aware of needs to be provided as well, okay?

9            THE DEFENDANT:  Well, right.  And I understand

10   that.  But it has not been provided.  I've been incarcerated

11   now for 134 days and I have yet to receive all the discovery

12   now.

13           THE COURT:  Well, that's -- Mr. Brown, I mean,

14   that's a separate issue.  And it's an important issue, but,

15   you know, usually, and as a matter of course, because you

16   are represented, you know, those disclosures are made

17   directly to counsel, and then it's incumbent upon counsel to

18   get you what he's received.

19           Now, that's made all the more difficult because

20   Mr. Orenberg is here and you're locked up in Florida.  But,

21   you know, I assume he is making diligent and good-faith

22   efforts to get you what is being produced to him.

23           THE DEFENDANT:  Right.  But, Your Honor, the

24   discovery that has been provided to me via Mr. Orenberg from

25   the Department of Justice includes duplicate files, missing

1   files, files that do not open.

2         And so maybe I'm misunderstanding the

3   Sixth Amendment of the Constitution, but it's not my

4   obligation to figure out how to access the evidence the

5   government has, it should be their obligation to provide it

6   to me in a format that is available for me to review it.

7         THE COURT:  All right.  Well, listen, Mr. Brown.

8   These issues are issues of logistics.  And, you know, I

9   would urge you and your counsel to work with the government

10   to make sure you're getting what you should be getting,

11   okay?

12         And it's important that you've raised these

13   issues, but, you know, the government has its obligations,

14   it's meeting them as far as I understand.  And in terms of

15   getting the material to you, you know, your counsel has got

16   to be involved in that.

17         THE DEFENDANT:  Right.

18         THE COURT:  And if there are shortcomings in

19   what's being produced, your counsel can talk to the

20   government, okay?

21         THE DEFENDANT:  Well, right.  But due to my

22   limited access to my legal counsel, that's why I'm informing

23   the judge at this time till you say that as far as you know

24   they're doing what -- and what I'm explaining to you is

25   they're not doing what they're supposed to be.

1              THE COURT:  Okay.  Well, Mr.Brown, let me ask

2      Mr. Manzo what the government has produced so far and what

3      it's turned over to counsel and what, if anything, is left.

4              MR. MANZO:  Your Honor, we've produced substantial

5      discovery in this case and turned it over to Mr. Orenberg.

6      A lot of the delay was to the lack of a protective order,

7      which we had to litigate and then it's now in the books.  So

8      we'll be making another round of discovery that will

9      hopefully be finishing up Mr. Brown's individual case

10     discovery shortly.

11             That said, this is an ongoing investigation, not

12     just in the larger Capitol seized complex.  But specifically

13     with Mr. Brown, there is still investigative steps that are

14     being -- taking place.  So I can't necessarily say that on

15     February -- or on March 1, all discovery will be complete,

16     because there might still be more stuff coming up.

17             THE COURT:  No, I mean, I think I understand that.

18             My question is tailored more to what the

19     government has currently in its possession and when it

20     expects to produce that, and it sounds like there's another

21     production that's soon to go out.

22             Mr. Orenberg, I assume by this point you've got

23     access to Evidence.com and the Relativity databases?

24             MR. ORENBERG:  Good morning, Your Honor.

25             Evidence.com, yes.

1          Relativity.com, I've had some logistical issues

2    accessing that platform.  In fact, I have a, shall we say,

3    remedial tutorial this afternoon with someone from Deloitte,

4    and hopefully they will be able to unlock or give me access

5    to the Relativity.com.  I'm sure I'll get there, hopefully,

6    today or tomorrow.

7          But I just wanted to point one other thing out to

8    the Court.  Mr. Brown has been provided, through me, what

9    has been provided to me from the government, all the

10   nonsensitive and sensitive materials that I have to date.

11         There's a logistical issue with the highly

12   sensitive materials because, as the Court is well aware with

13   the protective order, someone has to supervise Mr. Brown or

14   be with Mr. Brown when those materials -- those highly

15   sensitive materials are reviewed.

16         I'm trying to work out a way that we can do this

17   through Zoom but that hasn't happened yet.  If it doesn't

18   happen that way, I may be applying to the Court for the

19   Court's approval to -- either for myself or my

20   investigator -- to go down to Pinellas County and sit with

21   Mr. Brown and go through all the highly sensitive materials,

22   as well as the rest of the case materials.

23         THE COURT:  Okay.  Well, look, I don't know

24   whether that's something that the CJA Act requires you to

25   submit in advance, but certainly you have my blessing to

1    make that travel, incur those expenses to go see your

2    client, okay?

3               MR. ORENBERG:  Okay.  Thank you, Your Honor.

4               But hearing for the first time from Mr. Manzo that

5    there's another round, I think he said, of case-specific

6    information coming in the next couple of weeks, we'll

7    wait -- if we need to go down to Florida personally, I'll

8    wait to do that until I receive everything from Mr. Manzo.

9               THE COURT:  Okay.

10              All right.  Well, let's do the following.  Why

11   don't we set something down toward the end of April and

12   we'll see where we are.  If something changes before then,

13   you all will let me know.

14              Why don't we tentatively say April 26th at 12:30

15   if that works for everybody.

16              MR. MANZO:  It works for the government,

17   Your Honor.  Thank you.

18              MR. ORENBERG:  That's fine, Your Honor.

19              THE COURT:  All right.

20              So our next -- I'm sorry, Mr. Brown?

21              THE DEFENDANT:  I have nowhere else to be.

22              THE COURT:  Okay.

23              So, you know, to the extent it's necessary, I'll

24   make a finding that under the Speedy Trial Act, time is

25   presently tolled.  Mr. Brown is not in the District of

 1   Columbia, he remains in Florida as a result of a pending

 2   case there, and so for that reason, the time has not

 3   commenced.

 4          And obviously, it is in the interests of justice,

 5   and that outweighs the interest of the defendant in a speedy

 6   trial, for him -- to exclude this time in order to get him

 7   here and allow him to first resolve the Florida matter.

 8          Mr. Brown?

 9          THE DEFENDANT:  Yes, Your Honor.

10          My question would be, would it be acceptable to

11   file a motion for a furlough in order to attend a trial in

12   D.C. prior to the trial here in the Middle District of

13   Florida commencing?  Because April 26th would be 16 months

14   that the government will have had to complete their

15   investigation into two counts of basically misdemeanor

16   trespassing.

17          Right now, we stand at --

18          THE COURT:  So, let me --

19          THE DEFENDANT:  -- 13 months.

20          THE COURT:  Mr. Brown, let me interrupt you.

21          And bottom line is, I'm not in a position to give

22   you any advice about what you should do.  What I can tell

23   you is that if that is of interest to you, I would urge you

24   to talk to your counsel in Florida, because that's a motion

25   you would have to present to the Florida judge, not me.

1          THE DEFENDANT:  Okay.  Thank you, Your Honor.

2          THE COURT:  Okay.

3          All right.  Anything else from counsel?

4          MR. ORENBERG:  No, thank you, Your Honor.

5          MR. MANZO:  No, thank you, Your Honor.

6          THE COURT:  All right.  Thank you, all, very much,

7    and we'll -- unless -- if circumstances change, please let

8    me know; otherwise, we'll see you at the end of April.

9          Thanks, everyone.

10          (Proceedings concluded at 11:17 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__August 1, 2022_____



William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. MANZO: [1]** 4/2 10/4 12/16 14/5
**MR. ORENBERG: [8]** 4/4 4/10 4/19 4/23 10/24 12/3 12/18 14/4
**THE COURT: [24]**
**THE DEFENDANT: [15]** 3/12 4/24 6/15 6/20 7/11 7/19 8/5 8/9 8/23 9/17 9/21 12/21 13/9 13/19 14/1

**1**

**10 [1]** 1/5
**11200 [1]** 1/17
**11:02 [1]** 1/6
**11:17 [1]** 14/10
**12 [1]** 6/25
**12:30 [1]** 12/14
**13 [1]** 13/19
**134 [2]** 5/16 8/11
**14 [1]** 6/4
**1400 [1]** 1/14
**16 months [1]** 13/13
**19 [1]** 15/6

**2**

**20 [1]** 6/6
**20001 [1]** 2/5
**20002 [1]** 1/14
**202 [2]** 1/15 2/5
**2022 [2]** 1/5 15/10
**20852 [1]** 1/18
**21-609 [2]** 1/4 3/3
**21st [1]** 6/7
**26th [2]** 12/14 13/13
**2706 [1]** 1/15

**3**

**300 [1]** 1/18
**301 [1]** 1/19
**3249 [1]** 2/5
**333 [1]** 2/4
**354-3249 [1]** 2/5

**4**

**45-day [1]** 7/20
**4th [1]** 6/7

**6**

**609 [2]** 1/4 3/3
**616-2706 [1]** 1/15

**8**

**8005 [1]** 1/19

**9**

**984-8005 [1]** 1/19

**A**

**a.m [2]** 1/6 14/10
**able [2]** 5/13 11/4
**about [1]** 13/22
**above [1]** 15/4
**above-titled [1]** 15/4

**acceptable [1]** 13/10
**access [4]** 9/4 9/22 10/23 11/4
**accessing [1]** 11/2
**Act [2]** 11/24 12/24
**advance [1]** 11/25
**advice [1]** 13/22
**advised [1]** 5/21
**afternoon [1]** 11/3
**against [1]** 3/18
**agreed [1]** 5/24
**aided [1]** 2/7
**all [15]** 3/22 5/18 7/21 8/11 8/19 9/7 10/15 11/9 11/21 12/10 12/13 12/19 14/3 14/6 14/6
**All right [1]** 12/10
**Allen [3]** 1/16 3/6 4/4
**allow [1]** 13/7
**always [1]** 5/6
**Amendment [1]** 9/3
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**analysis [1]** 6/1
**another [3]** 10/8 10/20 12/5
**answer [1]** 4/10
**any [4]** 5/17 6/17 8/7 13/22
**anything [2]** 10/3 14/3
**aorenberg [1]** 1/19
**APPEARANCES [2]** 1/12 1/25
**appearing [1]** 3/7
**applying [1]** 11/18
**appropriately [1]** 5/24
**approval [1]** 11/19
**approved [1]** 5/2
**April [5]** 3/21 12/11 12/14 13/13 14/8
**are [10]** 5/1 5/21 7/24 8/16 8/16 9/8 9/18 10/13 11/15 12/12
**arrive [1]** 7/18
**articles [2]** 6/8 6/11
**articulate [1]** 4/12
**as [19]**
**ask [1]** 10/1
**assert [1]** 7/8
**assume [2]** 8/21 10/22
**attempts [1]** 5/19
**attend [1]** 13/11
**August [1]** 15/10
**available [1]** 9/6
**Ave [1]** 1/14
**Avenue [1]** 2/4
**avoid [1]** 6/18
**aware [3]** 8/2 8/8 11/12
**away [1]** 5/13

**B**

**back [1]** 4/1
**Barrett [1]** 2/4
**based [5]** 5/14 5/21 5/23 5/25 6/5
**basically [1]** 13/15
**be [24]**
**because [12]** 5/6 5/11

**8/19 10/16 11/12 13/13 13/24
been [9]** 3/18 5/15 6/6 6/8 8/10 8/10 8/24 11/8 11/9
**before [3]** 1/10 4/17 12/12
**behalf [1]** 4/5
**beholden [1]** 7/20
**being [3]** 8/22 9/19 10/14
**believe [1]** 6/6
**Bethesda [1]** 1/18
**between [1]** 6/7
**bit [1]** 3/15
**blessing [1]** 11/25
**books [1]** 10/7
**bottom [1]** 13/21
**Brady [4]** 7/13 7/21 8/1 8/7
**brought [1]** 3/25
**BROWN [22]**
**Brown's [2]** 3/25 10/9
**Bucklew [2]** 5/3 5/8

**C**

**calendar [5]** 3/21 4/1 5/7 7/10 7/17
**can [11]** 3/10 3/12 3/25 4/1 4/15 5/6 6/23 6/25 9/19 11/16 13/22
**can't [2]** 4/17 10/14
**capability [1]** 5/11
**Capitol [1]** 10/12
**carry [1]** 5/10
**case [17]**
**case-specific [1]** 12/5
**cases [3]** 4/16 4/17 7/5
**cause [1]** 7/4
**cell [1]** 6/3
**certainly [2]** 8/7 11/25
**Certified [1]** 2/3
**certify [1]** 15/2
**CH [1]** 2/4
**change [3]** 3/25 5/25 14/7
**changes [1]** 12/12
**charges [2]** 3/17 5/17
**circumstances [2]** 3/25 14/7
**CJA [1]** 11/24
**client [1]** 12/2
**clock [2]** 7/7 7/16
**COLUMBIA [2]** 1/1 13/1
**coming [2]** 10/16 12/6
**commenced [1]** 13/3
**commencing [1]** 13/13
**complete [2]** 10/15 13/14
**complex [1]** 10/12
**computer [1]** 2/7
**computer-aided [1]** 2/7
**concluded [1]** 14/10
**concurrent [1]** 5/5
**CONFERENCE [1]** 1/9

**consider [1]** 6/17
**consistent [2]** 7/10 7/17
**Constitution [2]** 2/4 9/3
**continually [1]** 8/7
**CONTINUED [1]** 2/1
**correct [1]** 15/3
**could [1]** 6/13
**counsel [9]** 8/17 8/17 9/9 9/15 9/19 9/22 10/3 13/24 14/3
**counts [1]** 13/15
**County [2]** 6/4 11/20
**couple [1]** 12/6
**course [2]** 5/9 8/15
**court [11]** 1/1 2/2 2/3 4/19 4/25 5/24 11/8 11/12 11/18 15/7
**Court's [1]** 11/19
**COVID [1]** 15/6
**COVID-19 [1]** 15/6
**CR [1]** 1/4
**create [1]** 5/19
**Criminal [1]** 3/3
**CRM [1]** 1/13
**CRR [2]** 15/2 15/11
**currently [1]** 10/19
**cursory [1]** 5/25

**D**

**D.C [6]** 1/5 2/5 4/7 5/7 5/18 13/12
**databases [1]** 10/23
**date [6]** 4/6 6/25 7/3 7/13 11/10 15/10
**dates [1]** 6/7
**day [1]** 7/20
**days [3]** 5/16 6/4 8/11
**DC [1]** 1/14
**decides [1]** 5/8
**defendant [4]** 1/7 1/16 3/7 13/5
**defense [1]** 3/6
**delay [1]** 10/6
**delaying [1]** 7/12
**delivered [1]** 6/3
**Deloitte [1]** 11/3
**Department [1]** 8/25
**details [1]** 6/18
**detained [1]** 3/16
**detention [1]** 5/16
**did [1]** 3/19
**difficult [1]** 8/19
**diligent [1]** 8/21
**directly [1]** 4/20 8/17
**disadvantage [1]** 7/12
**disclosures [1]** 8/16
**discovery [10]** 5/15 5/15 8/1 8/6 8/11 8/24 10/5 10/8 10/10 10/18
**dismiss [1]** 5/23
**DISTRICT [7]** 1/1 1/1 1/10 5/1 5/4 12/25 13/12
**do [13]** 3/23 4/8 4/8 5/11 6/21 6/22 6/23 7/5

**13/22
does [1]** 5/13
**doesn't [4]** 7/8 7/15 7/25 11/17
**doing [2]** 9/24 9/25
**DOJ [1]** 1/13
**DOJ-CRM [1]** 1/13
**don't [5]** 6/24 7/3 11/23 12/11 12/14
**down [6]** 3/24 7/3 7/3 11/20 12/7 12/11
**due [1]** 9/21
**duplicate [1]** 8/25
**during [1]** 15/5

**E**

**efforts [1]** 8/22
**either [2]** 4/16 11/19
**eliminate [1]** 5/3
**else [2]** 12/21 14/3
**Email [1]** 1/15
**end [2]** 12/11 14/8
**essence [1]** 5/3
**establishment [1]** 7/13
**event [1]** 5/12
**everybody [1]** 12/15
**everyone [2]** 3/9 14/9
**everything [1]** 12/8
**evidence [4]** 5/17 5/23 7/21 9/4
**Evidence.com [2]** 10/23 10/25
**except [1]** 4/11
**exclude [1]** 13/6
**exculpatory [1]** 7/21
**excuse [1]** 3/20
**expects [1]** 10/20
**expenses [1]** 12/1
**explaining [1]** 9/24
**extent [1]** 12/23

**F**

**fact [3]** 5/14 7/24 11/2
**faith [1]** 8/21
**far [5]** 5/16 5/18 9/14 9/23 10/2
**favor [1]** 5/8
**February [2]** 1/5 10/15
**felony [2]** 3/17 3/17
**figure [1]** 9/4
**file [4]** 3/19 5/22 6/23 13/11
**filed [3]** 3/18 6/17 6/18
**files [3]** 8/25 9/1 9/1
**filing [1]** 5/25
**finding [1]** 12/24
**fine [2]** 3/13 12/18
**finishing [2]** 5/1 10/9
**Firm [1]** 1/17
**first [2]** 12/4 13/7
**five [1]** 6/9
**Florida [10]** 3/16 5/1 5/4 8/20 12/7 13/1 13/7 13/13 13/24 13/25
**focus [1]** 6/21
**following [2]** 12/10
**foregoing [1]** 15/3

**F**

format [1]  9/6
forward [1]  5/14
found [1]  5/17
furlough [1]  13/11

**G**

get [11]  4/1 4/9 4/15
7/8 7/9 7/9 7/17 8/18
8/22 11/5 13/6
getting [4]  6/18 9/10
9/10 9/15
give [3]  6/2 11/4 13/21
given [1]  3/22
go [9]  4/12 4/17 5/13
7/6 10/21 11/20 11/21
12/1 12/7
going [2]  4/9 6/22
good [5]  3/2 3/9 3/10
8/21 10/24
good morning [4]  3/2
3/9 3/10 10/24
good-faith [1]  8/21
got [4]  4/15 4/17 9/15
10/22
government [16]
government's [1]  7/23

**H**

had [3]  10/7 11/1 13/14
happen [2]  7/4 11/18
happened [1]  11/17
has [14]  4/17 5/15 6/8
8/10 8/24 9/5 9/13 9/15
10/2 10/19 11/8 11/9
11/13 13/2
hasn't [1]  11/17
have [15]  3/18 4/18
5/11 5/16 5/22 6/2 6/6
6/24 8/11 11/2 11/10
11/25 12/21 13/14
13/25
he [8]  3/25 4/11 4/12
4/17 8/2 8/21 12/5 13/1
he said [1]  12/5
he's [8]  3/18 3/20 4/9
4/13 4/15 4/16 8/2 8/18
head [1]  8/3
hear [3]  3/10 3/12 4/19
hearing [3]  3/8 12/4
15/5
here [11]  3/25 4/7 4/9
6/3 6/22 7/8 7/9 7/16
8/20 13/7 13/12
highly [3]  11/11 11/14
11/21
him [6]  3/18 5/22 8/22
13/6 13/6 13/7
himself [1]  4/12
his [3]  3/19 4/13 8/3
holding [1]  3/15
Honor [18]
HONORABLE [1]  1/10
hopefully [3]  10/9 11/4
11/5
how [4]  3/23 4/8 4/10
9/4
hyperbole [1]  5/19

**I**

I assume [1]  10/22
I believe [1]  6/6
I can [3]  3/12 6/25
13/22
I can't [1]  10/14
I have [6]  5/16 6/2 8/11
11/2 11/10 12/21
I mean [2]  4/17 6/22
I think [3]  8/1 10/17
12/5
I understand [5]  3/18
6/20 7/11 8/9 10/17
I'd [2]  6/18 6/21
I'll [4]  7/2 11/5 12/7
12/23
I'm [10]  4/10 6/16 7/2
9/2 9/22 9/24 11/5
11/16 12/20 13/21
I'm not [3]  6/16 7/2
13/21
I'm not sure [1]  4/10
I'm sorry [1]  12/20
I've [3]  5/18 8/10 11/1
idea [1]  6/2
important [2]  8/14 9/12
incarcerated [1]  8/10
inclined [1]  7/2
includes [1]  8/25
including [1]  8/1
incumbent [1]  8/17
incur [1]  12/1
indicating [1]  3/20
indictment [1]  6/9
individual [1]  10/9
information [1]  12/6
informing [1]  9/22
intention [2]  5/22 6/22
interest [2]  13/5 13/23
interests [1]  13/4
interrupt [2]  6/13 13/20
investigation [2]  10/11
13/15
investigative [1]  10/13
investigator [1]  11/20
invoked [1]  3/19
involved [1]  9/16
is [30]
issue [3]  8/14 8/14
11/11
issues [5]  6/5 9/8 9/8
9/13 11/1
it [15]  3/15 5/22 7/12
7/15 8/10 9/5 9/5 9/6
10/5 10/19 10/20 11/17
12/16 13/4 13/10
it's [9]  6/17 8/14 8/17
9/3 9/12 9/14 10/3 10/7
12/23
its [3]  7/25 9/13 10/19

**J**

jail [1]  6/3
January [2]  6/7 6/7
JEREMY [2]  1/6 3/4
Journal [2]  6/3 6/5
judge [5]  1/10 5/2 5/7
9/23 13/25

use [8]  2/23 5/20 6/1
6/4 6/18 6/21 10/12
11/7
justice [1]  8/25 13/4

**K**

know [17]
knowing [1]  4/9

**L**

lack [2]  5/23 10/6
larger [1]  10/12
Law [1]  1/17
left [1]  10/3
legal [1]  9/22
let [5]  10/1 12/13 13/18
13/20 14/7
let's [1]  12/10
like [7]  3/15 4/6 5/5
5/13 6/21 7/1 10/20
limitations [1]  15/7
limited [2]  5/15 9/22
line [1]  13/21
listen [1]  9/7
litigate [1]  10/7
locked [1]  8/20
logistical [2]  11/1
11/11
logistics [1]  9/8
look [1]  11/23
looks [1]  3/15
lot [2]  5/18 10/6
Louis [1]  13/3 3/5
louis.manzo [1]  1/15

**M**

made [2]  8/16 8/19
make [3]  9/10 12/1
12/24
making [2]  8/21 10/8
manufactured [1]  9/15
Manzo [6]  1/13 3/5 8/2
10/2 12/4 12/8
March [1]  10/15
material [2]  8/1 9/15
materials [6]  11/10
11/12 11/14 11/15
11/21 11/22
matter [4]  4/7 8/15
13/7 15/4
may [2]  7/4 11/18
maybe [1]  9/2
MD [1]  1/18
me [19]
mean [4]  4/17 6/22
8/13 10/17
mechanical [1]  2/7
media [2]  5/25 6/6
meeting [1]  10/14
MEHTA [1]  1/10
Merit [1]  2/2
Middle [2]  5/1 13/12
might [1]  10/16
misdemeanor [1]
13/15
missing [1]  8/25
misunderstanding [1]
9/2

months [3]  4/17 13/8
13/19
more [3]  8/19 10/16
10/18
morning [4]  3/2 3/9
3/10 10/24
motion [9]  3/20 5/2 5/8
5/23 5/23 5/25 6/17
13/11 13/24
motions [3]  6/23 6/24
6/25
move [2]  5/6 5/13
Mr. [32]
Mr. Brown [20]
Mr. Brown's [2]  3/25
10/9
Mr. Manzo [4]  8/2 10/2
12/4 12/8
Mr. Orenberg [6]  5/22
6/23 8/20 8/24 10/5
10/22
Mr.Brown [1]  10/1
much [1]  11/13
my [11]  5/16 5/22 6/3
6/7 9/3 9/21 9/22 10/18
11/19 11/25 13/10
myself [1]  11/19

**N**

narrative [1]  5/20
necessarily [1]  10/14
necessary [1]  12/23
need [7]  7/5 12/7
needs [2]  8/6 8/8
New [2]  1/14 6/5
New York-based [1]
6/5
next [2]  12/6 12/20
no [7]  1/4 3/3 6/24 7/15
10/17 14/4 14/5
nonsensitive [1]  11/10
North [1]  1/18
not [19]
note [1]  15/5
nothing [1]  5/17
notice [1]  3/20
now [6]  6/19 8/11 8/12
8/19 10/7 13/17
nowhere [1]  12/21
NW [2]  1/14 2/4

**O**

obligation [2]  9/4 9/5
obligations [3]  7/24
7/25 9/13
obviously [3]  5/6 6/23
13/4
occurred [1]  15/5
off [1]  3/23
Official [1]  2/3
okay [15]  3/9 3/13 3/14
6/20 8/9 9/11 9/20 10/1
11/23 12/2 12/3 12/9
12/22 14/1 14/2
once [4]  4/18 5/12 7/9
7/16
one [6]  4/16 4/17 6/8
6/11 6/17 11/7

ongoing [2]  7/24 10/11
open [1]  9/1
order [4]  10/6 11/13
13/6 13/11
Orenberg [10]  1/16
1/17 3/6 4/4 5/22 6/23
8/20 8/24 10/5 10/22
orenberglaw.com [1]
1/19
other [3]  4/17 7/5 11/7
otherwise [2]  7/22
14/8
our [2]  5/8 12/20
out [4]  9/10 10/21 11/7
11/16
outweighs [1]  13/5
over [2]  10/3 10/5

**P**

pandemic [1]  15/6
parties [1]  7/1
pattern [1]  3/16
PC [1]  1/17
pending [1]  13/1
personally [1]  12/7
phrase [1]  5/20
Pike [1]  1/17
Pinellas [2]  6/4 11/20
place [2]  10/14
Plaintiff [1]  1/4
platform [1]  11/2
please [2]  14/7 15/5
point [3]  6/16 10/22
11/7
position [2]  6/16 13/21
possession [1]  10/19
possible [2]  4/7 4/13
present [1]  13/25
presently [1]  13/24
President [1]  6/11
presumption [1]  3/24
Prettyman [1]  2/4
prior [1]  13/12
proceed [1]  3/23
proceedings [4]  1/9
2/7 14/10 15/4
process [1]  5/9
produce [2]  8/1 10/20
produced [5]  2/7 8/22
9/19 10/2 10/4
production [1]  10/21
Prosecutors [1]  6/9
protective [2]  10/6
11/13
provide [2]  7/21 9/5
provided [7]  5/16 8/7
8/8 8/10 8/24 11/8 11/9
provides [1]  5/17
publication [1]  6/4
publishing [1]  6/4
puts [1]  7/12
putting [1]  5/1

**Q**

question [3]  3/22
10/18 13/10
quotes [1]  6/11

**R**

**randomly [1]** 6/8
**rather [1]** 6/18
**really [2]** 5/18 7/15
**Realtime [1]** 2/3
**reason [2]** 8/11 12/8
**receive [2]** 8/11 12/8
**received [1]** 8/18
**record [1]** 15/3
**recorded [1]** 2/7
**Registered [1]** 2/2
**Relativity [1]** 10/23
**Relativity.com [2]** 11/1
11/5
**relieve [1]** 7/25
**remains [2]** 3/16 13/1
**remedial [1]** 11/3
**remotely [1]** 15/7
**Reporter [2]** 2/2 2/2
2/3 2/3
**reporting [1]** 15/7
**represented [1]** 8/16
**request [1]** 4/3
**requirement [1]** 7/20
**requires [1]** 11/24
**resolve [1]** 13/7
**rest [1]** 11/22
**result [3]** 3/17 3/17
13/1
**review [1]** 9/6
**reviewed [1]** 11/15
**right [13]** 6/19 7/19 8/5
8/9 8/23 9/7 9/17 9/21
12/10 12/19 13/17 14/3
14/6
**rights [5]** 3/19 4/14 7/9
7/10 7/18
**RMR [2]** 15/2 15/11
**road [1]** 3/24
**Rockville [1]** 1/17
**round [2]** 10/8 12/5
**rule [3]** 5/8 6/25 7/21
**Rule 12 [1]** 6/25
**rules [1]** 7/14

**S**

**said [5]** 6/9 6/10 7/16
10/11 12/5
**say [4]** 9/23 10/14 11/2
12/14
**schedule [3]** 5/12 6/24
6/25
**scheduled [1]** 4/6
**scheduling [1]** 5/6
**see [3]** 12/1 12/12 14/8
**seen [1]** 5/18
**seized [1]** 10/12
**selected [1]** 6/8
**sensitive [4]** 11/10
11/12 11/15 11/21
**separate [1]** 8/14
**set [6]** 3/23 6/24 6/25
7/3 7/3 12/11
**shaking [1]** 8/3
**shall [1]** 11/2
**shortcomings [1]** 9/18
**shortly [1]** 10/10
**should [3]** 9/5 9/10

**sir [1]** 6/15
**sit [1]** 11/20
**Sixth [1]** 9/3
**Sixth Amendment [1]**
9/3
**so [19]**
**So I think [1]** 3/22
**some [2]** 3/24 11/1
**someone [2]** 11/3
11/13
**something [3]** 11/24
12/11 12/12
**soon [4]** 4/7 4/13 7/18
10/21
**sorry [1]** 12/20
**sounds [1]** 10/20
**specific [1]** 12/5
**specifically [1]** 10/12
**speedy [7]** 3/19 4/13
7/7 7/9 7/17 12/24 13/5
**Speedy Trial Act [1]**
12/24
**stand [1]** 13/17
**start [1]** 7/8
**starts [1]** 7/16
**STATES [5]** 1/1 1/3
1/10 3/3 6/12
**STATUS [1]** 1/9
**stenography [1]** 2/7
**steps [1]** 10/13
**still [3]** 8/6 10/13 10/16
**stories [1]** 6/6
**Street [2]** 6/3 6/5
**stuff [1]** 10/16
**subject [1]** 15/6
**submit [1]** 11/25
**substantial [1]** 10/4
**Suite [1]** 1/18
**supervise [1]** 11/13
**supposed [1]** 9/25
**suppress [2]** 5/2 5/9
**sure [4]** 4/10 4/21 9/10
11/5

**T**

**tailored [1]** 10/18
**taking [1]** 10/14
**talk [2]** 9/19 13/24
**technological [1]** 15/7
**technology [1]** 5/12
**tell [2]** 7/2 13/22
**ten [1]** 6/4
**tentatively [1]** 12/14
**terms [1]** 9/14
**thank [7]** 3/13 12/3
12/17 14/1 14/4 14/5
14/6
**Thank you [3]** 3/13
12/3 12/17
**Thanks [1]** 14/9
**that [54]**
**that'll [1]** 7/4
**that's [10]** 4/2 5/15
8/13 8/14 8/19 9/22
10/21 11/24 12/18
13/24
**their [2]** 9/5 13/14

**then [6]** 5/9 5/24 6/23
8/17 10/7 12/12
**there [10]** 3/18 5/5 6/6
6/8 7/25 9/18 10/13
10/14 11/15 13/2
**there's [4]** 6/24 10/20
11/11 12/5
**therefore [2]** 7/4 15/6
**these [3]** 6/8 9/8 9/12
**they [1]** 11/4
**they're [2]** 9/24 9/25
9/25
**thing [1]** 11/7
**things [1]** 5/12
**think [5]** 3/22 3/22 8/1
10/17 12/5
**this [18]**
**This is [1]** 3/3
**those [7]** 4/16 6/18
7/10 8/16 11/14 11/14
12/1
**though [1]** 6/25
**through [3]** 11/8 11/17
11/21
**till [1]** 9/23
**time [6]** 7/5 9/23 12/4
12/24 13/2 13/6
**times [2]** 6/9 6/10
**titled [1]** 15/4
**today [1]** 11/6
**tolled [1]** 12/25
**tomorrow [1]** 11/6
**touches [1]** 5/2
**toward [1]** 12/11
**transcript [3]** 1/9 2/7
15/3
**transcription [1]** 2/7
**travel [1]** 12/1
**trespassing [1]** 13/16
**trial [17]**
**trials [1]** 4/18
**trying [1]** 11/16
**turned [2]** 10/3 10/5
**tutorial [1]** 11/3
**two [6]** 4/15 4/18 5/12
6/10 6/11 13/15

**U**

**unable [1]** 7/5
**uncertainty [1]** 4/9
**under [3]** 7/13 7/20
12/24
**understand [6]** 3/18
6/20 7/11 8/9 9/14
10/17
**understands [1]** 8/2
**UNITED [5]** 1/1 1/3
1/10 3/3 6/12
**United States [1]** 6/12
**United States of [1]**
3/3
**unless [1]** 14/7
**unlock [1]** 11/4
**until [3]** 3/23 7/8 12/8
**up [3]** 8/20 10/9 10/16
**update [1]** 4/25
**upon [2]** 5/24 8/17

**usdoj.gov [1]** 1/15
**use [1]** 7/5
**usually [1]** 8/15

**V**

**venues [1]** 5/25
**versus [1]** 3/4
**very [1]** 14/6
**via [3]** 1/9 3/7 8/24
**videoconference [1]**
3/7
**vs [1]** 1/5

**W**

**wait [2]** 12/7 12/8
**waiving [2]** 4/13 4/16
**Wall [2]** 6/2 6/5
**want [1]** 7/3
**wanted [1]** 11/7
**wants [1]** 4/12
**was [1]** 10/6
**Washington [4]** 1/5
1/14 2/5 4/7
**way [2]** 11/16 11/18
**we [17]**
**we will [1]** 5/24
**we'll [7]** 7/9 7/16 10/8
12/6 12/12 14/7 14/8
**we're [2]** 3/15 6/22
**we've [1]** 10/6
**weeks [1]** 12/6
**well [15]** 4/8 4/10 7/11
7/19 7/23 8/8 8/9 8/13
9/7 9/21 10/1 11/12
11/22 11/23 12/10
**what [16]**
**what's [1]** 9/19
**whatever [1]** 5/7
**when [5]** 4/9 6/17 7/16
10/19 11/14
**where [1]** 12/12
**whether [1]** 11/24
**which [5]** 5/2 6/5 10/7
**why [3]** 9/22 12/10
12/14
**will [9]** 4/19 5/9 5/24
6/17 10/8 10/15 11/4
12/13 13/14
**William [2]** 2/2 15/2
15/11
**work [2]** 9/9 11/16
**works [2]** 12/15 12/16
**would [13]** 4/2 4/6 5/3
5/5 5/13 7/1 7/8 9/9
13/10 13/10 13/13
13/23 13/25
**wouldn't [1]** 7/19

**Y**

**Yeah [1]** 4/15
**yes [6]** 3/12 4/24 6/15
8/3 10/25 13/9
**yet [3]** 6/24 8/11 11/17
**York [2]** 1/14 6/5
**you [52]**
**you know [3]** 5/9 9/8
9/15

**you're [4]** 7/16 7/24
8/20 9/10
**you've [2]** 9/12 10/22
**your [27]**
**Your Honor [18]**

**Z**

**Zaremba [3]** 2/2 15/2
15/11
**ZOOM [2]** 1/9 11/17