IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )        CR No. 21-609
                                     )        Washington, D.C.
          vs.                        )        May 10, 2022
                                     )        1:03 p.m.
JEREMY BROWN (1),                    )
                                     )
          Defendant.                 )
_____ )


     TRANSCRIPT OF STATUS CONFERENCE/FARETTA HEARING
               VIA ZOOM PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Louis J. Manzo
                             DOJ-CRM
                             1400 New York Ave NW
                             Washington, DC 20002
                             (202) 616-2706
                             Email: louis.manzo@usdoj.gov


For the Defendant:           Allen H. Orenberg
                             The Orenberg Law Firm, PC
                             11200 Rockville Pike
                             Suite 300
                             North Bethesda, MD 20852
                             (301) 984-8005
                             aorenberg@orenberglaw.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                      P R O C E E D I N G S
 2              THE COURT:  Good afternoon, Your Honor.  This is
 3      Criminal Case No. 21-606 -- I'm sorry.  This is Criminal
 4      Case No. 21-609, United States of America versus
 5      Jeremy Brown.
 6              Louis Manzo for the government.
 7              Allen Orenberg for the defense.
 8              The defendant is appearing via videoconference for
 9      this hearing.
10              COURTROOM DEPUTY:  Your Honor, we cannot hear you.
11              THE COURT:  Okay.  How about now?
12              COURTROOM DEPUTY:  Now we can.  Thank you.
13              THE COURT:  All right.  Good afternoon again,
14      everybody.
15              Mr. Brown, good afternoon to you.
16              All right.  So we're scheduled today to do what's
17      called a Faretta inquiry of Mr. Brown.  We were last
18      together -- and Mr. Brown indicated that he wished to
19      proceed in this case without counsel, and so that's what we
20      put this hearing down for.
21              So let me just start at the outset here.
22      Mr. Brown, is it still the case that you still wish to
23      proceed in this matter representing yourself; is that right?
24              THE DEFENDANT:  That's correct, Your Honor.
25
```

```
 1                THE COURT:  All right.

 2                So before I can sort of accept your decision,

 3     Mr. Brown, as you probably know, I've got to ask you

 4     questions that satisfy me that you're making this decision

 5     competently and knowingly and voluntarily.

 6                So I'm going to go through a series of these

 7     questions here today.  If you have any -- if you don't

 8     understand a question I've asked you, please feel free to

 9     ask me to repeat myself.  Do you understand that, sir?

10                THE DEFENDANT:  Yes, I do, Your Honor.

11                THE COURT:  And if you want to talk to

12     Mr. Orenberg before you respond, you are more than welcome

13     to do that, okay?

14                All right.  So, Mr. Brown, let me just start out

15     with some general questions about your competency to proceed

16     as your lawyer.

17                Have you ever been treated for any type of mental

18     illness or emotional disturbance?

19                THE DEFENDANT:  Years ago I went to some speech

20     therapy for mild depression, but that was it, just talk

21     therapy.  Nothing a lot of people don't actually engage in

22     as part of marriage counseling and things like that.

23                THE COURT:  Okay.

24                But nothing -- I mean, a lot of us, a lot of

25     people go to that type of therapy.
```

1          Anything more serious than that?

2          THE DEFENDANT:  No.  I've never been diagnosed

3    with any mental illness or prescribed any drugs for any

4    mental illness.

5          THE COURT:  All right.  So that sort of answers my

6    next question or anticipates the next question, which is

7    whether you are currently taking any medications?

8          THE DEFENDANT:  No, I am not.

9          THE COURT:  And any other -- are there any other

10   reasons that you could think of at this point that would

11   cause you to think you would not have the competency to

12   represent yourself in this matter?

13         THE DEFENDANT:  No, there's nothing that would

14   limit my ability to represent myself in this matter other

15   than the government's detention of me in the Penellas County

16   jail.

17         THE COURT:  Mr. Orenberg, let me just ask you as

18   counsel for Mr. Brown who has worked with him and observed

19   him and communicated with him.  Do you have any reason to

20   doubt Mr. Brown's competency to proceed as his own counsel

21   in this matter?

22         MR. ORENBERG:  No, I do not, Your Honor.

23         THE COURT:  Okay.

24         All right.  Mr. Brown, have you ever formally --

25   well, let me ask you.  Have you ever studied -- well, let me

1    ask you this:  Have you ever gone to law school, sir?

2              THE DEFENDANT:  No, I've never gone to law school.

3              THE COURT:  Have you studied the law, sir?

4              THE DEFENDANT:  I do study the law pretty much on

5    a daily basis.

6              THE COURT:  Okay.

7              And have you ever represented yourself previously

8    in a criminal case?

9              THE DEFENDANT:  Yes, I have, and I'm undefeated.

10             THE COURT:  Okay.

11             And how many times have you done that previously?

12             THE DEFENDANT:  Once.

13             THE COURT:  Okay.

14             And can you tell me in what context that arose?

15             THE DEFENDANT:  Yes, I was facing a, what's it

16   called, an ex parte protective order from the Hillsborough

17   County -- or, actually, Tampa Police Department.

18             So the way the law works here in the state of

19   Florida, you have a 72-hour compliance hearing, and then you

20   have a two-week hearing where you go in front of the judge.

21   I went in front of Judge Ficarrotta here, I believe it's the

22   13th Circuit of Florida's State Circuit, and represented

23   myself, exhibiting that there was no reason for me to lose

24   my firearms, he agreed.  And actually I was told by the

25   Tampa PD, as well as the Hillsborough County Sheriff's

1    prosecutor that I was the first man in the state of Florida

2    to actually defeat one of these protective orders.

3                THE COURT:  Okay.

4                All right.  Well, thank you for that explanation.

5                So let me just make sure you understand what the

6    charges are against you and what the potential consequences

7    of those charges are.

8                First, do you understand that in Count 1 of the

9    information, you are charged with entering and remaining in

10   a restricted building or grounds, in violation of

11   18 United States Code 1752(a)(1)?

12               THE DEFENDANT:  Yes, I understand that,

13   Your Honor.

14               THE COURT:  And in Count 2, you are charged with

15   disorderly and disruptive conduct in a restricted building,

16   in violation of 18 United States Code 1752(a)(2)?

17               THE DEFENDANT:  Yes, Your Honor.

18               THE COURT:  Do you understand that if you are

19   found guilty of the crime charged in Count 1, it is

20   considered a Class A misdemeanor.

21               What that means is that you will be required to

22   pay a $25 special assessment to the Court, and I could

23   sentence you to as many as 12 months in prison, impose a

24   term of supervised release that would follow imprisonment,

25   and fine you as much as $100,000, and direct you to pay

1    restitution.  Do you understand those potential maximum

2    penalties for Count 1, sir?

3              THE DEFENDANT:  Yes, I do, Your Honor.

4              And I also understand that under the FIRST STEP

5    Act, it's 65 percent gain time.  So at eight months --

6    almost eight months in detention already, I believe that

7    even if found guilty and maximum sentence, I would have

8    already been time served.

9              THE COURT:  Okay.

10             Well, I guess a couple of observations.  One,

11   Mr. Brown, I guess I don't want you to be left with the

12   impression, because I don't know the answer.  It's my

13   understanding that typically the good time doesn't accrue

14   for sentences of 12 or less months, that's one; and, two,

15   it's not clear to me that your current incarceration is

16   being credited toward any time you might receive in this

17   case, okay?  Just want you to be aware of those two things.

18             THE DEFENDANT:  Well, is there any way we could

19   clarify that?  Because I remember during the first status

20   hearing in front of Your Honor, that that was brought up by

21   my counsel, Mr. Orenberg.  And he actually mentioned that he

22   wanted to ensure that whatever steps needed to be taken were

23   taken in order to ensure that this time was credited towards

24   any punishment that may be delved out in this case.

25             THE COURT:  Well, what I can tell you is that that

1   is a BOP determination, is my understanding of how your time

2   would be calculated.

3          I do not know the answer to how your time will be

4   treated in this case.  So I don't want you to be left under

5   any impression, because I can't give you any certainty about

6   it, okay?

7          THE DEFENDANT:  Well, I guess I better win,

8   Your Honor.

9          THE COURT:  Okay.  All right.

10          But knowing that, do you still wish to still

11   proceed representing yourself, Mr. Brown?

12          THE DEFENDANT:  Yes, Your Honor.

13          THE COURT:  All right.

14          Let me make sure you understand the maximum

15   penalty on Count 2.  That's also a Class A misdemeanor.

16          The maximum penalty is 12 months' imprisonment, a

17   term of supervised release that would follow, a fine of as

18   much as $100,000, an order of restitution, and you would

19   also be obligated to pay $25 as a Special Assessment to the

20   Court.  Do you understand that, sir?

21          THE DEFENDANT:  Yes, I do, Your Honor.

22          THE COURT:  Now, do you understand, Mr. Brown,

23   that if you were found guilty of both these crimes, the

24   Court could order those sentences to be served

25   consecutively, that is, one after the other.  Do you

1    understand that?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  And so do you understand that what

4    that means is that if there were consecutive sentences, that

5    the maximum period of incarceration could actually be

6    24 months if you were found guilty on both counts?

7              THE DEFENDANT:  Yes, Your Honor, I understand

8    that.

9              THE COURT:  All right.

10             And do you understand that because this is a

11   Class A misdemeanor, the Sentencing Guidelines may have an

12   effect on your sentence if you're found guilty?

13             THE DEFENDANT:  Yes, Your Honor.

14             THE COURT:  All right.

15             Do you understand, Mr. Brown, that if you do

16   represent yourself, you will just be doing that,

17   representing yourself.  I will not be in a position to tell

18   you or even advise you on how you should try your case?

19             THE DEFENDANT:  Yes, I understand that,

20   Your Honor.

21             THE COURT:  Are you familiar with the Federal

22   Rules of Evidence, Mr. Brown?

23             THE DEFENDANT:  I am very vaguely familiar with

24   the Federal Rules of Evidence.  But I do have people behind

25   me as volunteers and additional guidance counselors, if you

1   will, that are familiar with the Federal Rules of Evidence.

2          THE COURT:  Okay.

3          Well, just to be clear, Mr. Brown, if you are at a

4   trial before me in this courthouse, the people that you're

5   talking about won't be present for that kind of -- in the

6   capacity you've just described.  Do you understand that?

7          THE DEFENDANT:  Yes, I do, Your Honor.

8          THE COURT:  Okay.

9          And so you'll be on your own in terms of

10  understanding the Federal Rules of Evidence and how they

11  apply?

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  And the Federal Rules of Evidence, at

14  a very high level, Mr. Brown, those are the rules that

15  govern what evidence may and may not be introduced at a

16  trial.  Do you understand that?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  Are you familiar, Mr. Brown, with the

19  Federal Rules of Criminal Procedure?

20         THE DEFENDANT:  Vaguely familiar, Your Honor.

21         THE COURT:  Okay.

22         So these -- Mr. Brown, the Federal Rules of

23  Criminal Procedure, those are rules that govern sort of the

24  process and proceedings of a trial.  Do you understand that

25  those rules will apply in your case, sir, and have been

1    applying in your case to this date?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  Okay.

4              And what I would advise you, Mr. Brown, and I'm

5    sure you -- at least I hope you have access to both the

6    Federal Rules of Evidence, as well as the Federal Rules of

7    Criminal Procedure, where you currently are housed.

8              All right.  Let me also advise you, Mr. Brown,

9    that in my opinion, a trained lawyer would defend you far

10   better than you could defend yourself, that's, again, just

11   my opinion.

12             I think it is unwise for you to try represent

13   yourself.  You don't have, as far as I understand it, the

14   familiarity with the law that a trained lawyer would.  You

15   don't have the familiarity with court procedure in the same

16   way that a trained lawyer would.  And you are not familiar

17   with the Rules of Evidence in the same way that a court --

18   that a trained lawyer would.

19             So it's my strong urging that you try and not

20   represent yourself, but ultimately it is your right to do

21   so, and it is your choice whether you wish to do so.  Do you

22   understand that, Mr. Brown?

23             THE DEFENDANT:  Yes, I do, Your Honor.

24             THE COURT:  Do you understand the advice or my

25   views on your decision to represent yourself, sir?

1          THE DEFENDANT:  I certainly do.

2          THE COURT:  All right.

3          Do you have any questions about what my views may

4   be at this time?

5          THE DEFENDANT:  No, I do not, Your Honor.

6          THE COURT:  You still wish to proceed and

7   represent yourself, notwithstanding my reservations of your

8   doing so?

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  And knowing then what the maximum

11   penalty are that we discussed earlier, do you still wish to

12   represent yourself at trial, sir?

13          THE DEFENDANT:  Yes, I do, Your Honor.

14          THE COURT:  Is your decision entire voluntary,

15   Mr. Brown?

16          THE DEFENDANT:  Yes, it is, Your Honor.

17          THE COURT:  Has anybody coerced you or compelled

18   you in any way to proceed on your own?

19          THE DEFENDANT:  No, they have not, Your Honor.

20          THE COURT:  And is the basis for the reason you

21   wish to proceed on your own dissatisfaction with your

22   current counsel?

23          THE DEFENDANT:  Well, I would say that I would

24   have expected to be much further along in the preparation of

25   my defense at the eight-month mark.  And I also believe that

```
 1    I would have better access to my discovery if the government
 2    wasn't able to use the excuse of having to go through my
 3    attorney.
 4              But I also do understand that I reserve the right
 5    to retain counsel at any time that I may be able to come
 6    across him.  I mean, I do have -- this is a high-profile
 7    case and I have quite a few attorneys who would love to
 8    represent me in this endeavor against the Department of
 9    Justice.
10              But at this time, I don't want to besmirch
11    Mr. Orenberg's efforts.  The main thing is we just have a
12    disagreement on legal philosophy, I'll say.
13              THE COURT:  Okay.
14              All right.  Well, let me say this, Mr. Brown.
15    It's not my interest in getting between you and your counsel
16    and understanding what communications that you've had.  But
17    one of the things you've identified is access to discovery.
18    And I want you to just be clear that the fact that you
19    represent yourself does not guarantee that you're going to
20    have any greater access to discovery or any easier access to
21    discovery than you've had thus far.  Do you understand that,
22    sir?
23              THE DEFENDANT:  Well, I don't know how it could
24    get any worse, Your Honor.
25              THE COURT:  Okay.  I just need you to confirm that
```

1    you understand that your access to discovery -- I'm not

2    guaranteeing it could be greater or any easier.  Do you

3    understand that, sir?

4              THE DEFENDANT:  That's correct, Your Honor, I do

5    I understand that.

6              THE COURT:  All right.

7              And given your differences with Mr. Orenberg, do

8    you think there's any chance that those differences could be

9    repaired and that you would be prepared to have him continue

10   as your counsel?

11             THE DEFENDANT:  No, Your Honor.

12             THE COURT:  All right.

13             And have you talked to him about repairing those

14   differences, Mr. Brown?  And, again, I'm not asking you

15   about the contents of those conversations.

16             THE DEFENDANT:  Well, again, there's other factors

17   that have gone into my decision, that the differences with

18   Mr. Orenberg are not a majority of those reasons.  So there

19   would be no need to have that discussion.

20             THE COURT:  Okay.

21             All right.  So then, Mr. Brown, as I've told you

22   before, you do, as you know, have a constitutional right to

23   represent yourself.  What the Supreme Court has said,

24   however, that in order to represent yourself, you must,

25   essentially, knowingly and intelligently forego the

1   assistance of counsel.

2          What the D.C. Circuit has said is that the

3   defendant has a constitutional right to proceed without

4   counsel guaranteed by the Sixth Amendment when you

5   unequivocally elect to do so and where the election is

6   voluntary, knowing and intelligent.

7          So based upon your representations that you've

8   made to me, Mr. Brown, today, I do find that you have

9   satisfied these requirements.  I find that you have -- your

10  decision to proceed without counsel is unequivocal, and that

11  you have made that decision voluntarily, knowingly and

12  intelligently, and, therefore, the Court will permit you to

13  represent yourself.

14         I suppose before I finalize that, make that

15  finding, I should ask government counsel whether there are

16  any other inquiries I should have made of Mr. Brown that

17  I did not.

18         MR. MANZO:  No, Your Honor, but just a couple

19  points, because it may affect Mr. Brown's decision.

20         We have not requested his detention in this case,

21  and, as far as I understand, you have not taken up his

22  detention.  He's held on weapons, explosives, and classified

23  materials charges in Florida.  So for purposes of any

24  sentencing, we're unaware of how being held in Florida would

25  affect his potential penalty in D.C.

1          Second, we're aware of a -- and I believe

2    Mr. Brown referenced this -- a Baker Act, which is a Florida

3    law involving mental health.  But beyond that, I just wanted

4    to put the Court and defense on notice that we're aware of

5    that.  Whether he's been treated for any specific mental

6    health disorder, I guess I would say I'm unaware of that.

7          And then third in regard to discovery, I just

8    wanted to make sure that the defendant understands that he's

9    still bound by the protective order in this case.

10   Mr. Orenberg and I have discussed, per the Court's

11   recommendation at the last hearing, how Mr. Brown could go

12   about getting the highly sensitive materials that either go

13   through Evidence.com, Relativity, or case-specific

14   discovery.

15         And what we had talked about was Mr. Orenberg was

16   going to send Mr. Brown an index of highly sensitive

17   materials and then he was going to inform me what exactly

18   materials Mr. Brown was requesting that were of necessity to

19   his defense.

20         And that we were going to work out a plan where

21   those materials could perhaps be made available to Mr. Brown

22   at the Florida detention facility, but in a way that the

23   detention facility maintains control over them so that

24   Mr. Brown could view them but that the jail would actually

25   hold them.  And that was part of the workaround that we were

1    trying to get in place in this somewhat unusual posture

2    where a defendant is held in a foreign jurisdiction under

3    other charges.

4              And so I guess we could go through that same

5    process with Mr. Brown directly, where we could send him

6    indexes.  But that's what we had worked out to try and

7    facilitate discovery and I just wanted to try and put that

8    all on the record.

9              THE COURT:  Okay.  I appreciate that, Mr. Manzo.

10             You know, look, I think it might be useful, and

11   let me get your thoughts on this, to have Mr. Orenberg

12   remain as standby counsel just for the limited purpose, for

13   the very limited purpose of attempting to facilitate the

14   sending of discovery, and, in particular, the confidential

15   materials that Mr. Manzo has just described and have him

16   remain as standby counsel just for that purpose.

17             So, Mr. Orenberg, is that something you'd be

18   prepared to do?

19             MR. ORENBERG:  Yes, Your Honor, of course.

20             And about what Mr. Manzo said about -- he and I

21   have been talking about how to get at least the indices from

22   Relativity.com and Evidence.com and a list of the highly

23   sensitive case materials disclosed to date to Mr. Brown.

24             Well, it took me the better part of a week to

25   figure out how to download the indices from both those

1   databases, which I now have on a USB thumb drive for

2   Mr. Brown.

3           I was going to load up the other highly sensitive

4   documents and send this down to Mr. Brown so he can take a

5   look at these documents and decide which materials he would

6   like to view.

7           And then as Mr. Manzo informed the Court, it's

8   still in progress.  We're hopeful that somehow the Pinellas

9   County jail will give Mr. Brown access to the highly

10  sensitive documents and any other case documents he wants to

11  look at from Evidence.com or Relativity.com.

12          THE DEFENDANT:  Your Honor, if I may.

13          It is my intent to view as much discovery as the

14  United States government has loaded into their little

15  database.

16          I have 35 pages of handwritten notes simply from

17  the thumb drive of nonsensitive information that they have.

18  So I assure you that I will be spending all the time that

19  I have on my hands here in the Pinellas County jail, which

20  is abundant, going through every single piece of video and

21  audio that the government claims they have as discovery

22  against me.

23          So I would hope that the resources that the

24  Federal Government has could certainly figure out a way to

25  allow me to view all this evidence that they've spent the

1  last 15, 16 months gathering in the so-called largest case

2  in DOJ history, as Mr. Manzo cited earlier in this case.

3          THE COURT:  Okay.

4          Well, let me just say this, Mr. Brown, and we may

5  have to revisit this at some point.

6          You know, I have a very different view -- I have a

7  view of the government's Rule 16, that is Federal Rule of

8  Criminal Procedure 16, obligations.  Under that rule, the

9  government has an obligation to make available to you

10  essentially relevant evidence in your case that they've

11  gathered.

12          It is my view that not everything that's been

13  collected in connection with the January 6th cases is

14  relevant to this case; in fact, the vast majority of it is

15  not.  So, you know, to the extent that it is your intention

16  to review every single second of every single video and have

17  the government make available every single document that's

18  been loaded into the Relativity database, I think that's far

19  greater than what's required under Rule 16.  So we'll just

20  leave it at that for now.

21          THE DEFENDANT:  All right, Your Honor.  But that's

22  operating under the understanding that the Department of

23  Justice understands what my defense is in this case.

24          THE COURT:  All right.  That's --

25          THE DEFENDANT:  And so obviously if they're

1  reviewing video and they're not looking for the same thing

2  that I'm looking for, well, then they're not going to

3  identify that piece of video as something that may be

4  exculpatory to my defense.

5          And so unless I'm able to review every aspect --

6  just like in the nonsensitive discovery they've provided,

7  there was a lot of nonsense and senseless stuff but yet they

8  provided it and I still have notes on it, and, again, that

9  would be part of my defense.

10          THE COURT:  Understood.

11          And that's why I'm not suggesting that you

12  wouldn't have access to it, to the extent that you think you

13  need it.

14          And if there are specific requests that you have

15  in terms of discovery that you think, based upon what you've

16  reviewed so far or based upon your defense that you have,

17  you should write Mr. Manzo directly, requesting that

18  information.

19          THE DEFENDANT:  At this point, Your Honor, I'll be

20  glad to take anything that they would provide me, because at

21  the point, it's been nothing.

22          THE COURT:  All right.

23          Or alternatively, you can send such a letter to me

24  and I can put it on the docket so Mr. Manzo knows that

25  request has been made, okay?

```
 1              All right.  So that's how we'll proceed.  I guess
 2    the question -- one last -- I think we talked about this
 3    last time, but is Mr. Brown on course for trial in August;
 4    is that right?
 5              THE DEFENDANT:  August 1st is the current date,
 6    Your Honor.
 7              THE COURT:  Okay.
 8              All right.  So why don't we just set something
 9    down in this case in July in this case just to check in and
10    see where things are with Mr. Brown's access to discovery
11    and the like.
12              So, Mr. Douyon, do we have a schedule with
13    Pinellas County or do we just pick a date and time and hope
14    that they're available?
15              COURTROOM DEPUTY:  The latter, Your Honor.
16              THE COURT:  Okay.
17              THE DEFENDANT:  Your Honor, would it be possible
18    to do something earlier, maybe say early June, because we
19    anticipate filing motions that could change the aspects of
20    the Florida case, as these motions will be dispositive.  And
21    so if that case goes away, I would be requesting a trial as
22    soon as possible.
23              So I want to really wait till July because those
24    motions should be going at the end of this month.
25    So I think if we did something earlier in June, we would
```

1    have some resolution at that point on the Florida case and

2    then hopefully be able to set this for an earlier trial

3    date.

4                THE COURT:  All right.

5                Why don't we set something out -- I'm sort of in

6    trial for the most of the end of June, but we can do

7    something the week of the 20th, if that's okay with

8    everybody.  How about the 23rd of June at 10:00 a.m.?

9    Actually, 9:30 a.m.?

10               MR. ORENBERG:  Your Honor, as standby counsel,

11   will I be required to attend that and future status

12   conferences, as well as the trial?

13               THE COURT:  Well, at least for now, Mr. Orenberg,

14   if you would be available for the status conferences.

15               MR. ORENBERG:  Okay.

16               THE COURT:  I'm not sure I'm going to ask you to

17   be there for purposes of trial, which we're still some ways

18   away from that.

19               MR. ORENBERG:  That's fine.  I'm available.

20               I do have one other housekeeping matter.

21               In the meantime --

22               THE COURT:  Hang on real quick.

23               Mr. Manzo, does that work for you, June 23rd at

24   9:15?

25               MR. MANZO:  Yes, Your Honor.  Thank you.

1          THE COURT:  All right.

2          So let me just -- Mr. Brown, are you prepared to

3    exclude time under the Speedy Trial Act through June 23rd?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  So I will exclude time under the

6    Speedy Trial Act through June 23rd.  I do find that the

7    interests of justice outweigh the interests of the public

8    and the defendant in a speedy trial.

9          Specifically, Mr. Brown is still awaiting receipt

10   of discovery and to review that discovery and to begin his

11   preparations as his own counsel for trial.

12         In addition, time is automatically excluded under

13   the Speedy Trial Act because Mr. Brown is not in this

14   jurisdiction to date.

15         All right.  Mr. Orenberg, you had one matter.

16         MR. ORENBERG:  Yes, Your Honor.

17         Again, in my role as standby counsel, in the

18   interim, if Mr. Brown has something to file with the Court,

19   will the Court be providing him instructions on how to do

20   that directly or should it go through me?

21         THE COURT:  No, I think it probably makes sense to

22   have it go through you, Mr. Orenberg.

23         So, Mr. Brown, if you've got a motion, a letter,

24   whatever the case may be, if you want to send it to

25   Mr. Orenberg, he can arrange for it to be filed on the

 1   docket and that way we all can keep track of what you're

 2   filing, okay?

 3               THE DEFENDANT:  Yes, Your Honor.

 4               And if this is the case, then are we going to be

 5   able to move forward with whatever agreements Mr. Manzo and

 6   Mr. Orenberg have discussed as far as it pertains to the

 7   viewing of discovery, no matter how limited it is?

 8               THE COURT:  It sounds like that is in process and

 9   Mr. Orenberg has already taken steps to load up what he can

10   on a thumb drive and I assume he'll have that sent to you in

11   short order.

12               THE DEFENDANT:  Okay.  Well, I'm looking forward

13   to it.

14               THE COURT:  Okay?

15               MR. ORENBERG:  That's correct, Your Honor.

16               THE COURT:  All right.  So we'll see everybody

17   back on June 23rd.  And with that, we'll stand adjourned.

18               Thank you, everyone.

19               (Proceedings concluded at 1:29 p.m.)

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__August 3, 2022_____          

                                   William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 3/10 3/12 22/15
**MR. MANZO: [2]** 16/18 23/25
**MR. ORENBERG: [7]** 5/22 18/19 23/10 23/15 23/19 24/16 25/15
**THE COURT: [61]**
**THE DEFENDANT: [49]**

**$**
**$100,000 [2]** 7/25 9/18
**$25 [2]** 7/22 9/19

**1**
**10 [1]** 1/5
**10:00 [1]** 23/8
**11200 [1]** 1/17
**12 [3]** 7/23 8/14 9/16
**13th [1]** 6/22
**1400 [1]** 1/14
**15 [1]** 20/1
**16 [4]** 20/1 20/7 20/8 20/19
**1752 [2]** 7/11 7/16
**18 United States [2]** 7/11 7/16
**19 [1]** 26/6
**1:03 [1]** 1/6
**1:29 [1]** 25/19
**1st [1]** 22/5

**2**
**20001 [1]** 2/5
**20002 [1]** 1/14
**202 [2]** 1/15 2/5
**2022 [1]** 1/5 26/10
**20852 [1]** 1/18
**20th [1]** 23/7
**21-606 [1]** 3/3
**21-609 [2]** 1/4 3/4
**23rd [5]** 23/8 23/23 24/3 24/6 25/17
**24 months [1]** 10/6
**2706 [1]** 1/15

**3**
**300 [1]** 1/18
**301 [1]** 1/19
**3249 [1]** 2/5
**333 [1]** 2/4
**35 [1]** 19/16
**354-3249 [1]** 2/5

**6**
**606 [1]** 3/3
**609 [2]** 1/4 3/4
**616-2706 [1]** 1/15
**65 [1]** 8/3
**6th [1]** 20/13

**7**
**72-hour [1]** 6/19

**8005 [1]** 1/19

**9**
**984-8005 [1]** 1/19
**9:15 [1]** 23/24
**9:30 [1]** 23/9

**A**
**a.m [2]** 23/8 23/9
**ability [1]** 5/14
**able [5]** 14/2 14/5 21/5 23/2 25/5
**about [14]** 3/11 4/15 9/5 11/5 13/3 15/13 15/15 17/12 17/15 18/20 18/20 18/21 22/2 23/8
**above [1]** 26/4
**above-titled [1]** 26/4
**abundant [1]** 19/20
**accept [1]** 4/2
**access [9]** 12/5 14/1 14/17 14/20 14/20 15/1 19/9 21/12 22/10
**accrue [1]** 8/13
**across [1]** 14/6
**Act [5]** 8/5 17/2 24/3 24/6 24/13
**actually [8]** 4/21 6/17 6/24 7/2 8/21 10/5 17/24 23/9
**addition [1]** 24/12
**additional [1]** 10/25
**adjourned [1]** 25/17
**advice [1]** 12/24
**advise [3]** 10/18 12/4 12/8
**affect [2]** 16/19 16/25
**after [1]** 9/25
**afternoon [3]** 3/2 3/13 3/15
**again [6]** 3/13 12/10 15/14 15/16 21/8 24/17
**against [3]** 7/6 14/8 19/22
**ago [1]** 4/19
**agreed [1]** 6/24
**agreements [1]** 25/5
**aided [1]** 2/7
**all [30]**
**All right [7]** 3/25 9/9 10/9 10/14 13/2 20/21 21/22
**Allen [2]** 1/16 3/7
**allow [1]** 19/25
**almost [1]** 8/6
**along [1]** 13/24
**already [6]** 8/6 8/8 25/9
**also [6]** 8/4 9/15 9/19 12/8 13/25 14/4
**alternatively [1]** 21/23
**am [2]** 5/8 10/23
**Amendment [1]** 16/4
**AMERICA [2]** 1/3 3/4
**AMIT [1]** 1/10
**answer [2]** 8/12 9/3
**answers [1]** 5/5

**anticipate [1]** 16/2
**anticipates [1]** 5/6
**any [26]** 4/7 4/17 5/3 5/3 5/3 5/7 5/9 5/9 5/19 8/16 8/18 8/24 9/5 9/5 13/3 13/18 14/5 14/20 14/20 14/24 15/2 15/8 16/16 16/23 17/5 19/10 20/18 21/21 21/25
**anybody [1]** 13/17
**anything [2]** 5/1 21/20
**aorenberg [1]** 1/19
**APPEARANCES [2]** 1/12 1/25
**appearing [1]** 3/8
**apply [2]** 11/11 11/25
**applying [1]** 12/1
**appreciate [1]** 18/9
**are [23]** 4/12 5/7 5/9 7/6 7/7 7/9 7/14 7/18 10/21 11/1 11/3 11/14 11/18 11/23 12/7 12/16 13/11 15/18 16/15 21/14 22/10 24/2 25/4
**arose [1]** 6/14
**arrange [1]** 24/25
**as [42]**
**ask [7]** 4/3 4/9 5/17 5/25 6/1 16/15 23/16
**asked [1]** 4/8
**asking [1]** 15/14
**aspect [1]** 21/5
**aspects [1]** 22/19
**assessment [2]** 7/22 9/19
**assistance [1]** 16/1
**assume [1]** 25/10
**assure [1]** 19/18
**attempting [1]** 18/13
**attend [1]** 23/11
**attorney [1]** 14/3
**attorneys [1]** 14/7
**audio [1]** 19/21
**August [3]** 22/3 22/5 26/10
**automatically [1]** 24/12
**available [6]** 17/21 20/9 20/17 22/14 23/14 23/19
**Ave [1]** 1/14
**Avenue [1]** 2/4
**awaiting [1]** 24/9
**aware [3]** 8/17 17/1 17/4
**away [2]** 22/21 23/18

**B**
**back [1]** 25/17
**Baker [1]** 17/2
**Barrett [1]** 2/4
**based [3]** 16/7 21/15 21/16
**basis [2]** 6/5 13/20
**be [44]**
**because [9]** 8/12 8/19 9/5 10/10 16/19 21/20 22/18 22/23 24/13
**been [10]** 4/17 5/2 8/8

**anticipate [1]** 16/2
**before [6]** 1/10 4/2 4/12 11/4 15/22 16/14
**begin [1]** 24/10
**behind [1]** 10/24
**being [2]** 8/16 16/24
**believe [4]** 6/21 8/6 13/25 17/1
**besmirch [1]** 14/10
**Bethesda [1]** 1/18
**better [4]** 9/7 12/10 14/1 18/24
**between [1]** 14/15
**beyond [1]** 17/3
**BOP [1]** 7/3
**both [4]** 9/23 10/6 12/5 18/25
**bound [1]** 17/9
**brought [1]** 8/20
**BROWN [46]**
**Brown's [3]** 5/20 16/19 22/10
**building [2]** 7/10 7/15

**C**
**calculated [1]** 9/2
**called [3]** 3/17 6/16 20/1
**can [11]** 3/12 4/2 6/14 8/25 19/4 21/23 21/24 23/6 24/25 25/1 25/9
**can't [1]** 9/5
**cannot [1]** 3/10
**capacity [1]** 11/6
**case [29]**
**case-specific [1]** 17/13
**cases [1]** 20/13
**cause [1]** 5/11
**certainly [2]** 13/1 19/24
**certainty [1]** 9/5
**Certified [1]** 2/3
**certify [1]** 26/2
**CH [1]** 2/4
**chance [1]** 15/8
**change [1]** 22/19
**charged [2]** 7/9 7/14
**charges [4]** 7/6 7/7 16/23 18/3
**check [1]** 15/22
**choice [1]** 12/21
**Circuit [3]** 6/22 6/22 16/2
**cited [1]** 20/2
**claims [1]** 19/23
**clarify [1]** 8/19
**Class [3]** 7/20 9/15 10/11
**Class A [1]** 10/11
**classified [1]** 16/22
**clear [3]** 8/15 11/3 14/18
**Code [2]** 7/11 7/16
**coerced [1]** 13/17
**collected [1]** 20/13
**COLUMBIA [1]** 1/1
**come [1]** 14/5

**communicated [1]** 5/19
**communications [1]** 14/16
**compelled [1]** 13/17
**competency [3]** 4/15 5/11 5/20
**competently [1]** 4/5
**compliance [1]** 6/19
**computer [1]** 2/7
**computer-aided [1]** 2/7
**concluded [1]** 25/19
**conduct [1]** 7/15
**CONFERENCE [1]** 1/9
**CONFERENCE/FARET TA [1]** 1/9
**conferences [2]** 23/12 23/14
**confidential [1]** 18/14
**confirm [1]** 14/25
**connection [1]** 20/13
**consecutive [1]** 10/4
**consecutively [1]** 9/25
**consequences [1]** 7/6
**considered [1]** 7/20
**Constitution [1]** 2/4
**constitutional [2]** 15/22 16/3
**contents [1]** 15/15
**context [1]** 6/14
**continue [1]** 15/9
**CONTINUED [1]** 2/1
**control [1]** 17/23
**conversations [1]** 15/15
**correct [4]** 3/24 15/4 25/15 26/3
**could [16]** 5/10 7/22 8/18 9/24 10/5 12/10 14/23 15/2 15/8 17/11 17/21 17/24 18/4 18/5 19/24 22/19
**counsel [17]** 3/19 5/18 5/20 8/21 13/22 14/5 14/15 15/10 16/1 16/4 16/10 16/15 18/12 18/16 23/10 24/11 24/17
**counseling [1]** 4/22
**counselors [1]** 10/25
**Count [5]** 7/8 7/14 7/19 8/2 9/15
**Count 1 [3]** 7/8 7/19 8/2
**Count 2 [2]** 7/14 9/15
**counts [1]** 10/6
**County [6]** 5/15 6/17 6/25 19/9 19/19 22/13
**couple [2]** 8/10 16/18
**course [2]** 18/19 22/3
**court [15]** 1/1 2/2 2/3 7/22 9/20 9/24 12/15 12/17 15/23 16/12 17/4 19/7 24/18 24/19 26/7
**Court's [1]** 17/10
**courthouse [1]** 11/4
**COVID [1]** 26/6

**C**

COVID-19 [1]  26/6
CR [1]  1/4
credited [2]  8/16 8/23
crime [1]  7/19
crimes [1]  9/23
criminal [7]  3/3 3/3 6/8
11/19 11/23 12/7 20/8
CRM [1]  1/13
CRR [2]  26/2 26/11
current [3]  8/15 13/22
22/5
currently [2]  5/7 12/7

**D**

D.C [3]  1/5 2/5 16/25
D.C. [1]  16/2
D.C. Circuit [1]  16/2
daily [1]  6/5
database [2]  19/15
20/18
databases [1]  19/1
date [7]  12/1 18/23
22/5 22/13 23/3 24/14
26/10
DC [1]  1/14
decide [1]  19/5
decision [8]  4/2 4/4
12/25 13/14 15/17
16/10 16/11 16/19
defeat [1]  7/2
defend [2]  12/9 12/10
defendant [7]  1/7 1/16
3/8 16/3 17/8 18/2 24/8
defense [8]  3/7 13/25
17/4 17/19 20/23 21/4
21/9 21/16
delved [1]  8/24
Department [3]  6/17
14/8 20/22
depression [1]  4/20
described [2]  11/6
18/15
detention [6]  5/15 8/6
16/20 16/22 17/22
17/23
determination [1]  9/1
diagnosed [1]  5/2
did [2]  16/17 22/25
differences [4]  15/7
15/8 15/14 15/7
different [1]  20/6
direct [1]  7/25
directly [3]  18/5 21/17
24/20
disagreement [1]
14/12
disclosed [1]  18/23
discovery [17]  14/1
14/17 14/20 14/21 15/1
17/7 17/14 18/7 18/14
19/13 19/21 21/6 21/15
22/10 24/10 24/10 25/7
discussed [3]  13/11
17/10 25/6
discussion [1]  15/19
disorder [1]  17/6
disorderly [1]  7/15

disruptive [1]  7/15
dissatisfaction [1]
13/21
DISTRICT [3]  1/1 1/1
1/11
disturbance [1]  4/18
do [53]
do you [12]  4/9 7/18
9/10 9/20 9/25 10/10
11/6 11/16 11/24 12/21
13/11 15/2
Do you have [2]  5/19
13/3
do you understand [4]
7/8 9/22 10/15 12/24
docket [2]  21/24 25/1
document [1]  20/17
documents [1]  19/4
19/5 19/10 19/10
does [2]  14/19 23/23
doesn't [1]  8/13
doing [2]  10/16 13/8
DOJ [2]  1/13 20/2
DOJ-CRM [1]  1/13
don't [11]  4/7 4/21 8/11
8/12 9/4 12/13 12/15
14/10 14/23 22/8 23/5
done [1]  6/11
doubt [1]  5/20
Douyon [1]  22/12
down [3]  3/20 19/4
22/9
download [1]  18/25
drive [3]  19/1 19/17
25/10
drugs [1]  5/3
during [2]  8/19 26/5

**E**

earlier [5]  13/11 20/2
22/18 22/25 23/2
early [1]  22/18
easier [2]  14/20 15/2
effect [1]  10/12
efforts [1]  14/11
eight [3]  8/5 8/6 13/25
eight-month [1]  13/25
either [1]  17/12
elect [1]  16/5
election [1]  16/5
Email [1]  1/15
emotional [1]  4/18
end [2]  22/24 23/6
endeavor [1]  14/8
engage [1]  4/21
ensure [2]  8/22 8/23
entering [1]  7/9
entire [1]  13/14
essentially [2]  15/25
20/10
even [2]  8/7 10/18
ever [5]  4/17 5/24 5/25
6/1 6/7
every [5]  19/20 20/16
20/16 20/17 21/5
everybody [3]  3/14
23/8 25/16

everything [1]  20/12
evidence [10]  10/22
10/24 11/1 11/10 11/13
11/15 12/6 12/17 19/25
20/10
Evidence.com [3]
17/13 18/22 19/11
ex [1]  6/16
ex parte [1]  6/16
exactly [1]  17/17
exclude [2]  24/3 24/5
excluded [1]  24/12
exculpatory [1]  21/4
excuse [1]  14/2
exhibiting [1]  6/23
expected [1]  13/24
explanation [1]  7/4
explosives [1]  16/22
extent [2]  20/15 21/12

**F**

facilitate [2]  18/7 18/13
facility [2]  17/22 17/23
facing [1]  6/15
fact [2]  14/18 20/14
factors [1]  15/16
familiar [6]  10/21 10/23
11/1 11/18 11/20 12/14
familiarity [2]  12/14
12/15
far [7]  12/9 12/13 14/21
16/21 20/18 21/16 25/6
FARETTA [2]  1/9 3/17
Federal [11]  10/21
10/24 11/1 11/10 11/13
11/19 11/22 12/6 12/6
19/24 20/7
feel [1]  4/8
few [1]  14/7
Ficarrotta [1]  6/21
figure [2]  18/25 19/24
file [1]  24/18
filed [1]  24/25
filing [2]  22/19 25/2
finalize [1]  16/14
find [3]  16/8 16/9 24/6
finding [1]  16/15
fine [3]  7/25 9/17 23/19
firearms [1]  6/24
Firm [1]  1/7
first [4]  7/1 7/8 8/4 8/19
Florida [8]  6/19 7/1
16/23 16/24 17/2 17/22
22/20 23/1
Florida's [1]  6/22
follow [2]  7/24 9/17
forego [1]  15/25
foregoing [1]  26/3
foreign [1]  18/2
formally [1]  5/24
forward [2]  25/5 25/12
found [5]  7/19 8/7 9/23
10/6 10/12
free [1]  4/8
front [3]  6/20 6/21 8/20
further [1]  13/24
future [1]  23/11

**G**

gain [1]  8/5
gathered [1]  20/11
gathering [1]  20/1
general [1]  4/15
get [4]  14/24 18/1
18/11 18/21
getting [2]  14/15 17/12
give [2]  9/5 19/9
given [1]  15/7
glad [1]  21/20
go [9]  4/6 4/25 6/20
14/2 17/11 17/12 18/4
24/20 24/22
goes [1]  22/21
going [11]  4/6 14/19
17/16 17/17 17/20 19/3
19/20 21/2 22/24 23/16
25/4
gone [3]  6/1 6/2 15/17
good [4]  3/2 3/13 3/15
8/13
got [2]  4/3 24/23
govern [2]  11/15 11/23
government [9]  1/13
3/6 14/1 16/15 19/14
19/21 19/24 20/9 20/17
government's [2]  5/15
20/7
greater [3]  14/20 15/2
20/19
grounds [1]  7/10
guarantee [1]  14/19
guaranteed [1]  16/4
guaranteeing [1]  15/2
guidance [1]  10/25
Guidelines [1]  10/11
guilty [5]  7/19 8/7 9/23
10/6 10/12

**H**

had [5]  14/16 14/21
17/15 18/6 24/15
hands [1]  19/19
handwritten [1]  19/16
Hang [1]  23/22
has [12]  5/18 13/17
15/23 16/2 16/3 18/15
19/14 19/24 20/9 21/25
24/18 25/9
have [62]
having [1]  14/2
he [1]  3/18 6/24 8/21
8/21 17/17 18/10 19/4
19/5 19/10 24/25 25/9
he'll [1]  25/10
he's [3]  16/22 17/5
17/8
health [2]  17/3 17/6
hear [1]  3/10
hearing [8]  1/9 3/9
3/20 6/19 6/20 8/20
17/11 26/5
held [3]  16/22 16/24
18/2
here [5]  3/21 4/7 6/18

**I**

high [2]  11/14 14/6
high-profile [1]  14/6
highly [5]  17/12 17/16
18/22 19/3 19/9
Hillsborough [2]  6/16
6/25
him [9]  5/18 5/19 5/19
14/6 15/9 15/13 18/5
18/15 24/19
his [7]  5/20 16/20
16/21 16/25 17/19
24/10 24/11
history [1]  20/2
hold [1]  17/25
Honor [44]
HONORABLE [1]  1/10
hope [3]  12/5 19/23
22/13
hopeful [1]  19/8
hopefully [1]  23/2
hour [1]  6/19
housed [1]  17/1
housekeeping [1]
23/20
how [15]  3/11 6/11 9/1
9/3 10/18 11/10 14/23
16/24 17/11 18/21
18/25 22/1 23/8 24/19
25/7
however [1]  15/24

also [2]  13/25 14/4
I am [1]  10/23
I assume [1]  25/10
I believe [3]  6/21 8/6
17/1
I can [3]  4/2 8/25 21/24
I can't [1]  9/5
I did [1]  16/17
I don't [1]  8/11
I don't know [1]  8/12
I guess [6]  8/10 8/11
9/7 17/6 18/4 22/1
I have [4]  14/7 19/19
20/6 20/6
I hope [1]  12/5
I just [3]  14/25 17/3
17/7
I mean [1]  14/6
I should [2]  16/15
16/16
I think [5]  12/12 18/10
20/18 22/2 24/21
I understand [4]  10/7
12/13 15/5 16/21
I want [2]  14/18 22/23
I was [4]  6/15 6/24 7/1
19/3
I went [1]  6/21
I will [3]  10/17 19/18
24/5
I would [1]  8/7
I'll [2]  14/12 21/19
I'm [15]  3/3 4/6 6/9
12/4 15/11 15/14 17/6
21/2 21/5 21/11 23/25

## I

I'm... [4]  23/16 23/16
23/19 25/12
I'm going [1]  23/16
I'm not [3]  15/1 15/14
21/11
I'm sorry [1]  3/3
I've [5]  4/3 4/8 5/2 6/2
15/21
identified [1]  14/17
identify [1]  21/3
illness [3]  4/18 5/3 5/4
impose [1]  7/23
impression [2]  8/12
9/5
imprisonment [2]  7/24
9/16
incarceration [2]  8/15
10/5
index [1]  17/16
indexes [1]  18/6
indicated [1]  3/18
indices [2]  18/21 18/25
inform [1]  17/17
information [3]  7/9
19/17 21/18
informed [1]  19/7
inquiries [1]  16/16
inquiry [1]  3/17
instructions [1]  24/19
intelligent [1]  16/6
intelligently [2]  15/25
16/12
intent [1]  19/13
intention [2]  20/15
interest [1]  14/15
interests [2]  24/7 24/7
interim [1]  24/18
introduced [1]  11/15
involving [1]  17/3
is [51]
is that right [1]  3/23
is there [1]  8/18
it [35]
it's [8]  6/21 8/5 8/12
8/15 12/19 14/15 19/7
21/21

## J

jail [4]  5/16 17/24 19/9
19/19
January [1]  20/13
JEREMY [2]  1/6 3/5
Jeremy Brown [1]  3/5
judge [3]  1/11 6/20
6/21
July [2]  12/9 22/23
June [8]  22/18 22/25
23/6 23/8 23/23 24/3
24/6 25/17
jurisdiction [2]  18/2
24/14
just [27]
justice [3]  14/9 20/23
24/7

## K

keep [1]  25/1

## K
kind [1]  11/23
know [8]  4/3 8/12 9/3
14/23 15/22 18/10 20/6
20/15
knowing [3]  9/10 13/10
16/6
knowingly [3]  4/5
15/25 16/11
knows [1]  21/24

## L

largest [1]  20/1
last [5]  3/17 17/11 20/1
22/2 22/3
latter [1]  22/15
law [8]  1/17 6/1 6/2 6/3
6/4 6/18 12/14 17/3
lawyer [5]  4/16 12/9
12/14 12/16 12/18
least [3]  12/5 18/21
23/13
leave [1]  20/20
left [2]  8/11 9/4
legal [1]  14/12
less [1]  8/14
let [12]  3/21 4/14 5/17
5/25 5/25 7/5 9/14 12/8
14/14 18/11 20/4 24/2
letter [2]  21/23 24/23
level [1]  11/14
like [5]  4/22 19/6 21/6
22/11 25/8
limit [1]  5/14
limitations [1]  26/7
limited [3]  18/12 18/13
25/7
list [1]  18/22
little [1]  19/14
load [2]  19/3 25/9
loaded [2]  19/14 20/18
look [3]  18/10 19/5
19/11
looking [3]  21/1 21/2
25/12
lose [1]  6/23
lot [4]  4/21 4/24 4/24
21/7
Louis [2]  1/13 3/6
louis.manzo [1]  1/15
love [1]  14/7

## M

made [5]  16/8 16/11
16/16 17/21 21/25
main [1]  14/11
maintains [1]  17/23
majority [2]  15/18
20/14
make [6]  7/5 9/14
16/14 17/8 20/9 20/17
makes [1]  24/21
making [1]  4/4
man [1]  7/1
many [2]  6/11 7/23
Manzo [11]  1/13 3/6
18/9 18/15 18/20 19/7
20/2 21/17 21/24 23/23
25/5

## M
marriage [1]  4/22
materials [8]  16/23
17/12 17/17 17/18
17/21 18/15 18/23 19/5
matter [8]  3/23 5/12
5/14 5/21 23/20 24/15
25/7 26/4
maximum [6]  8/1 8/7
9/14 9/16 10/5 13/10
may [1]  1/5 8/24
10/11 11/15 11/15 13/3
14/5 16/19 19/12 20/4
21/3 24/24
maybe [1]  22/18
MD [1]  1/18
me [29]
mean [2]  4/24 14/6
means [2]  7/21 10/4
meantime [1]  23/21
mechanical [1]  2/7
medications [1]  5/7
MEHTA [1]  1/10
mental [5]  4/17 5/3 5/4
17/3 17/5
mentioned [1]  8/21
Merit [1]  2/2
might [2]  8/16 18/10
mild [1]  4/20
misdemeanor [3]  7/20
9/15 10/11
month [2]  13/25 22/24
months [6]  7/23 8/5
8/6 8/14 10/6 20/1
months' [1]  9/16
more [2]  4/12 5/1
most [1]  23/6
motion [1]  24/23
motions [3]  22/19
22/20 22/24
move [1]  25/5
Mr [1]  11/14
Mr. [72]
Mr. Brown [43]
Mr. Brown's [3]  5/20
16/19 22/10
Mr. Douyon [1]  22/12
Mr. Manzo [9]  18/9
18/15 18/20 19/7 20/2
21/17 21/24 23/23 25/5
Mr. Orenberg [15]  4/12
5/17 8/21 15/7 15/18
17/10 17/15 18/11
18/17 23/13 24/15
24/22 24/25 25/6 25/9
Mr. Orenberg's [1]
14/11
much [5]  6/4 7/25 9/18
13/24 19/13
must [1]  15/24
my [24]  5/5 5/14 6/24
8/12 8/21 9/1 12/9
12/11 12/19 12/24 13/3
13/7 13/25 14/1 14/2
14/15 15/17 19/13
19/19 20/12 20/23 21/4
21/9 24/17
myself [3]  4/9 5/14

## N

necessity [1]  17/18
need [3]  14/25 15/19
21/13
needed [1]  8/22
never [2]  5/2 6/2
New [1]  1/14
next [2]  5/6 5/6
no [16]  4/3 3/3 3/4 5/2
5/8 5/13 5/22 6/2 6/23
13/5 13/19 15/11 15/19
16/18 24/21 25/7
nonsense [1]  21/7
nonsensitive [2]  19/17
21/6
North [1]  1/18
not [26]  5/8 5/11 5/22
8/15 9/3 10/17 11/15
12/16 12/19 13/5 13/19
14/15 14/19 15/1 15/14
15/18 16/17 16/20
16/21 20/12 20/15 21/1
21/2 21/11 23/16 24/13
note [1]  26/5
notes [2]  19/16 21/8
nothing [4]  4/21 4/24
5/13 21/21
notice [1]  17/4
notwithstanding [1]
13/7
now [6]  3/11 3/12 9/22
19/1 20/20 23/13
NW [2]  1/14 2/4

## O

obligated [1]  9/19
obligation [1]  20/9
obligations [1]  20/8
observations [1]  8/10
observed [1]  5/18
obviously [1]  20/25
occurred [1]  26/5
Official [1]  2/3
okay [29]
Once [1]  6/12
one [8]  7/2 8/10 8/14
9/25 14/17 22/2 23/20
24/15
operating [1]  20/22
opinion [2]  12/9 12/11
order [7]  6/16 8/23
9/18 9/24 15/24 17/9
25/11
orders [1]  17/2
Orenberg [18]  1/16
1/17 3/7 4/12 5/17 8/21
15/7 15/18 17/10 17/15
18/11 18/17 23/13
24/15 24/22 24/25 25/6
25/9
Orenberg's [1]  14/11
orenberglaw.com [1]
1/19
other [10]  5/9 5/9 5/14
9/25 15/16 16/16 18/3
19/3 19/10 23/20

## P

p.m [2]  1/6 25/19
pages [1]  19/16
pandemic [1]  26/6
part [4]  4/22 17/25
18/24 21/9
parte [1]  6/16
particular [1]  18/14
pay [3]  7/22 7/25 9/19
PC [1]  1/17
PD [1]  6/25
penalties [1]  8/2
penalty [4]  9/15 9/16
13/11 16/25
Penellas [1]  5/15
people [4]  4/21 4/25
10/24 11/4
per [1]  17/10
percent [1]  8/5
perhaps [1]  17/21
period [1]  10/5
permit [1]  16/12
pertains [1]  25/6
philosophy [1]  14/12
pick [1]  22/13
piece [2]  19/20 21/3
Pike [1]  1/17
Pinellas [3]  19/8 19/19
22/13
place [1]  18/1
Plaintiff [1]  1/4
plan [1]  17/20
please [2]  4/8 26/5
point [5]  5/10 20/5
21/19 21/21 23/1
points [1]  16/19
Police [1]  6/17
position [1]  10/17
possible [2]  22/17
22/22
posture [1]  18/1
potential [3]  7/6 8/1
16/25
preparation [1]  13/24
preparations [1]  24/11
prepared [3]  15/9
18/18 24/2
prescribed [1]  5/3
present [1]  11/5
pretty [1]  6/4
Prettyman [1]  2/4
previously [2]  6/7 6/11
prison [1]  7/23
probably [2]  4/3 24/21
procedure [5]  11/19
11/23 12/7 12/15 20/8
proceed [11]  3/19 3/23
4/15 5/20 9/11 13/6
13/18 13/21 16/3 16/10
22/1

**P**

proceedings [5]  1/10 2/7 11/24 25/19 26/4
process [3]  11/24 18/5 25/8
produced [1]  2/7
profile [1]  14/6
progress [1]  19/8
prosecutor [1]  7/1
protective [3]  6/16 7/2 17/9
provide [1]  21/20
provided [2]  21/6 21/8
providing [1]  24/19
public [1]  24/7
punishment [1]  8/24
purpose [3]  18/12 18/13 18/16
purposes [2]  16/23 23/17
put [4]  3/20 17/4 18/7 21/24

**Q**

question [4]  4/8 5/6 5/6 22/2
questions [4]  4/4 4/7 4/15 13/3
quick [1]  23/22
quite [1]  14/7

**R**

real [1]  23/22
really [1]  22/23
Realtime [1]  2/3
reason [3]  5/19 6/23 13/20
reasons [2]  5/10 15/18
receipt [1]  24/9
receive [1]  8/16
recommendation [1]  17/11
record [2]  18/8 26/3
recorded [1]  2/7
referenced [1]  17/2
regard [1]  17/7
Registered [1]  2/2
Relativity [2]  17/13 20/18
Relativity.com [2]  18/22 19/11
release [2]  7/24 9/17
relevant [2]  20/10 20/14
remain [2]  18/12 18/16
remaining [1]  7/9
remember [1]  8/19
remotely [1]  26/7
repaired [1]  15/9
repairing [1]  15/13
repeat [1]  4/9
Reporter [4]  2/2 2/2 2/3 2/3
reporting [1]  26/7
represent [13]  5/12 5/14 10/16 12/12 12/20 12/25 13/7 13/12 14/8 14/19 15/23 15/24

representations [1]  16/7
represented [2]  6/7 6/22
representing [3]  3/23 9/11 10/17
request [1]  21/25
requested [1]  16/20
requesting [3]  17/18 21/17 22/21
requests [1]  21/14
required [3]  7/21 20/19 23/11
requirements [1]  16/9
reservations [1]  13/7
reserve [1]  14/4
resolution [1]  23/1
resources [1]  19/23
respond [1]  4/12
restitution [2]  8/1 9/18
restricted [2]  7/10 7/15
retain [1]  14/5
review [3]  20/16 21/5 24/10
reviewed [1]  21/16
reviewing [1]  21/1
revisit [1]  20/5
right [32]
RMR [2]  26/2 26/11
Rockville [1]  1/17
role [1]  24/17
rule [4]  20/7 20/7 20/8 20/19
Rule 16 [2]  20/7 20/19
rules [13]  10/22 10/24 11/1 11/10 11/13 11/14 11/19 11/22 11/23 11/25 12/6 12/6 12/17

**S**

said [3]  15/23 16/2 18/20
same [4]  12/15 12/17 18/4 21/1
satisfied [1]  16/9
satisfy [1]  4/4
say [6]  13/23 14/12 14/14 17/6 20/4 22/18
schedule [1]  22/12
scheduled [1]  3/16
school [2]  6/1 6/2
second [2]  17/1 20/16
see [2]  22/10 25/16
send [5]  17/16 18/5 19/4 21/23 24/24
sending [1]  18/14
sense [1]  24/21
senseless [1]  21/7
sensitive [5]  17/12 17/16 18/23 19/3 19/10
sent [1]  25/10
sentence [3]  7/23 8/7 10/12
sentences [3]  8/14 9/24 10/4
sentencing [2]  10/11 16/24

serious [1]  5/1
served [2]  8/8 9/24
set [3]  22/8 23/2 23/5
Sheriff's [1]  6/25
short [1]  25/11
should [6]  10/18 16/15 16/16 21/17 22/24 24/20
simply [1]  19/16
single [4]  19/20 20/16 20/16 20/17
sir [10]  4/9 6/1 6/3 8/2 9/20 11/25 12/25 13/12 14/22 15/3
Sixth [1]  16/4
Sixth Amendment [1]  16/4
so [46]
So I think [1]  22/25
so-called [1]  20/1
some [5]  4/15 4/19 20/5 23/1 23/17
somehow [1]  19/8
something [8]  18/17 21/3 22/8 22/18 22/25 23/5 23/7 24/18
somewhat [1]  18/1
soon [1]  22/22
sorry [1]  3/3
sort [4]  4/2 5/5 11/23 23/5
sounds [1]  25/8
special [2]  7/22 9/19
specific [3]  17/5 17/13 21/14
Specifically [1]  24/9
speech [1]  4/19
speedy [4]  24/3 24/6 24/8 24/13
Speedy Trial Act [3]  24/3 24/6 24/13
spending [1]  19/18
spent [1]  19/25
stand [1]  25/17
standby [4]  18/12 18/16 23/10 24/17
start [2]  3/21 4/14
state [3]  6/18 6/22 7/1
STATES [7]  1/1 1/3 1/11 3/4 7/11 7/16 19/14
status [4]  1/9 8/19 23/11 23/14
stenography [1]  2/7
STEP [1]  8/4
steps [2]  8/22 25/9
still [11]  3/22 3/22 9/10 9/10 13/6 13/11 17/9 19/8 21/8 23/17 24/9
strong [1]  12/19
studied [2]  5/25 6/3
study [1]  6/4
stuff [1]  21/7
subject [1]  26/6
such [1]  21/23
suggesting [1]  21/11
Suite [1]  1/18

supervised [2]  8/7 9/17
suppose [1]  16/14
Supreme [1]  15/23
Supreme Court [1]  15/23
sure [5]  7/5 9/14 12/5 17/8 23/16

**T**

take [2]  19/4 21/20
taken [4]  8/22 8/23 16/21 25/9
taking [1]  5/7
talk [2]  4/11 4/20
talked [3]  15/13 17/15 22/2
talking [2]  11/5 18/21
Tampa [2]  6/17 6/25
technological [1]  26/7
tell [3]  6/14 8/25 10/17
term [2]  7/24 9/17
terms [2]  11/9 21/15
than [6]  4/12 5/1 5/15 12/10 14/21 20/19
thank [4]  3/12 7/4 23/25 25/18
thank you [2]  3/12 7/4
that [161]
that's [17]  3/19 3/24 8/14 9/15 12/10 15/4 18/6 20/12 20/17 20/18 20/21 20/24 21/11 22/1 23/7 23/19 25/15
their [1]  19/14
them [3]  17/23 17/24 17/25
then [6]  6/19 13/10 15/21 17/7 17/11 19/7 21/2 23/2 25/4
therapy [3]  4/20 4/21 4/25
there [9]  5/9 6/23 8/18 10/4 15/18 16/15 21/7 21/14 23/17
there's [3]  5/13 15/8 15/16
therefore [2]  16/12 26/6
these [7]  4/6 7/2 9/23 11/22 16/19 19/5 22/20
they [6]  11/10 13/19 19/17 19/21 21/7 21/20
they're [4]  20/25 21/1 21/2 22/14
they've [3]  19/25 20/10 21/6
thing [2]  14/11 21/1
things [4]  4/22 8/17 14/17 22/10
think [11]  5/10 5/11 12/12 15/8 18/10 20/18 21/12 21/15 22/2 22/25 24/21
third [1]  17/7
this [45]
those [14]  7/7 8/1 8/17 14/14 11/23 11/25

15/8 15/13 15/15 15/15 17/21 18/25 22/23
thoughts [1]  18/11
through [9]  4/8 14/2 17/13 18/4 19/20 24/3 24/6 24/20 24/22
thumb [3]  19/1 19/17 25/10
thus [1]  14/21
till [1]  22/23
time [16]  8/5 8/8 8/13 8/16 8/23 9/1 9/3 13/4 14/5 14/10 19/18 22/3 22/13 24/3 24/5 24/12
times [1]  6/11
titled [1]  26/4
today [3]  3/16 4/7 16/8
together [1]  3/18
told [2]  6/24 15/21
took [1]  18/24
toward [1]  8/16
towards [1]  8/23
track [1]  25/1
trained [4]  12/9 12/14 12/16 12/18
transcript [3]  1/9 2/7 26/3
transcription [2]  2/7 2/7
treated [3]  4/17 9/4 17/5
trial [15]  11/4 11/16 11/24 13/12 22/3 22/21 23/2 23/6 23/12 23/17 24/3 24/6 24/8 24/11 24/13
try [5]  10/18 12/12 12/19 18/6 18/7
trying [1]  18/1
two [5]  6/20 8/14 8/17 two-week [1]  6/20
type [2]  4/17 4/25
typically [1]  8/13

**U**

ultimately [1]  12/20
unaware [2]  16/24 17/6
undefeated [1]  6/9
under [9]  8/4 9/4 18/2 20/8 20/19 20/22 24/3 24/5 24/12
understand [29]
understanding [5]  8/13 9/1 11/10 14/16 20/22
understands [2]  17/8 20/23
Understood [1]  21/10
unequivocal [1]  16/10
unequivocally [1]  16/5
UNITED [7]  1/1 1/3 1/11 3/4 7/11 7/16 19/14
United States of [1]  3/4
unless [1]  21/5
unusual [1]  18/1
unwise [1]  12/12
up [4]  8/20 16/21 19/3

**U**

up... [1] 25/9
upon [3] 16/7 21/15 21/16
urging [1] 12/19
us [1] 4/24
USB [1] 19/1
usdoj.gov [1] 1/15
use [1] 14/2
useful [1] 18/10

**V**

vaguely [2] 10/23 11/20
vast [1] 20/14
versus [1] 3/4
very [4] 10/23 11/14 18/13 20/6
via [2] 1/10 3/8
video [4] 19/20 20/16 21/1 21/3
videoconference [1] 3/8
view [7] 17/24 19/6 19/13 19/25 20/6 20/7 20/12
viewing [1] 25/7
views [2] 12/25 13/3
violation [2] 7/10 7/16
voluntarily [2] 4/5 16/11
voluntary [2] 13/14 16/6
volunteers [1] 10/25
vs [1] 1/5

**W**

wait [1] 22/23
want [8] 4/11 8/11 8/17 9/4 14/10 14/18 22/23 24/24
wanted [4] 8/22 17/3 17/8 18/7
wants [1] 19/10
was [14] 4/20 6/15 6/23 6/24 7/1 8/20 8/23 17/15 17/15 17/17 17/18 17/25 19/3 21/7
Washington [3] 1/5 1/14 2/5
wasn't [1] 14/2
way [8] 6/18 8/18 12/16 12/17 13/18 17/22 19/24 25/1
ways [1] 23/17
we [26] 3/10 3/12 3/17 3/19 8/18 13/11 14/11 16/20 17/15 17/20 17/25 18/4 18/5 18/6 20/4 22/2 22/8 22/12 22/13 22/18 22/25 22/25 23/5 23/6 25/1 25/4
we'll [4] 20/19 22/1 25/16 25/17
we're [6] 3/16 16/24 17/1 17/4 19/8 23/17
weapons [1] 16/22

23/7
welcome [1] 4/12
well [20] 5/25 5/25 6/25 7/4 8/10 8/18 8/25 9/7 11/3 12/6 13/23 14/14 14/23 15/16 18/24 20/4 21/2 23/12 23/13 25/12
went [2] 4/19 6/21
were [8] 3/17 8/22 9/23 10/4 10/6 17/18 17/20 17/25
what [22] 3/19 6/14 7/5 7/6 7/21 8/25 10/3 11/15 12/4 13/3 13/10 14/16 15/23 16/2 17/15 17/17 18/6 18/20 20/23 21/15 25/1 25/9
what's [3] 3/16 6/15 20/19
whatever [3] 8/22 24/24 25/5
when [1] 16/4
where [7] 6/20 12/7 16/5 17/20 18/2 18/5 22/10
whether [4] 5/7 12/21 16/15 17/5
which [6] 5/6 17/2 19/1 19/5 19/19 23/17
who [2] 5/18 14/7
why [3] 21/11 22/8 23/5
will [13] 7/21 9/3 10/16 10/17 11/1 11/25 16/12 19/9 19/18 22/20 23/11 24/5 24/19
William [3] 2/2 26/2 26/11
win [1] 9/7
wish [6] 3/22 9/10 12/21 13/6 13/11 13/21
wished [1] 3/18
without [3] 3/19 16/3 16/10
won't [1] 11/5
work [2] 17/20 23/23
workaround [1] 17/25
worked [2] 5/18 18/6
works [1] 6/18
worse [1] 14/24
would [30]
wouldn't [1] 21/12
write [1] 21/17

**Y**

Years [1] 4/19
Yes [25] 4/10 6/9 6/15 7/12 7/17 8/3 9/12 9/21 10/2 10/7 10/13 10/19 11/7 11/12 11/17 12/2 12/23 13/9 13/13 13/16 18/19 23/25 24/4 24/16 25/3
yet [1] 21/7
York [1] 1/14
you [139]

you'll [1] 11/9
you're [5] 4/4 10/12 11/4 14/19 25/1
you've [7] 11/6 14/16 14/17 14/21 16/7 21/15 24/23
your [73]
Your Honor [44]
yourself [16] 3/23 5/12 6/7 9/11 10/16 10/17 12/10 12/13 12/20 12/25 13/7 13/12 14/19 15/23 15/24 16/13

**Z**

Zaremba [3] 2/2 26/2 26/11
ZOOM [1] 1/10