IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )      CR No. 21-609
                                     )      Washington, D.C.
       vs.                           )      June 23, 2022
                                     )      9:34 a.m.
JEREMY BROWN (1),                    )
                                     )
          Defendant.                 )
_____)


TRANSCRIPT OF STATUS CONFERENCE
VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Louis J. Manzo
                             DOJ-CRM
                             1400 New York Ave NW
                             Washington, DC 20002
                             (202) 616-2706
                             Email: louis.manzo@usdoj.gov


For the Defendant:           Allen H. Orenberg
                             The Orenberg Law Firm, PC
                             11200 Rockville Pike
                             Suite 300
                             North Bethesda, MD 20852
                             (301) 984-8005
                             aorenberg@orenberglaw.com

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

P R O C E E D I N G S

COURTROOM DEPUTY:  Good morning, Your Honor.
This is Criminal Case No. 21-609, United States of America
versus Jeremy Brown.

Louis Manzo for the government.

Allen Orenberg for the defense.

The defendant is appearing via videoconference for
this hearing.

THE COURT:  Okay.  Counsel, good morning.

Mr. Brown, good morning.  Can you hear me okay,
sir?

THE DEFENDANT:  Yes, Your Honor, I can.

THE COURT:  Okay.  Terrific.

Okay.  So we're just here for status conference to
see where things are with Mr. Brown's case.  We still may be
in a holding pattern given his other pending matter, which I
gather is coming up for trial in another five weeks or so.

Mr. Manzo, why don't we start with you.

MR. MANZO:  Thank you, Your Honor.  Good morning.

So in the time between the last status hearing,
I provided to Mr. Orenberg the hard drive containing all the
Oath Keeper discovery that we've provided in the related
matter at the larger Oath Keeper conspiracy, and that covers
Mr. Brown's case file, as well as the 30-something other
subjects that are part of that matter.  So we did that in an

1    abundance of caution.  There's certainly material in that
2    hard drive that does not pertain directly to Mr. Brown, but
3    since the cases are related, we wanted to do that.
4          We've also made efforts to -- Mr. Orenberg and I
5    independently and somewhat together -- to reach out to the
6    jail in Penellas County to see what their capabilities are
7    for storing information securely or at least somewhat
8    securely.
9          And I think we have a partial solution to that;
10   that they can keep -- or Mr. Brown and his, I guess,
11   long-term possessions -- can keep a hard drive there, it can
12   be checked out to where he can access the hard drive via a
13   laptop that's not connected to the Internet and has no
14   printing capabilities and that has to -- the hard drive can
15   be checked back in after he's done using it.  So I think
16   that's good news to start getting him to review some more
17   discovery.
18         We also, at the last status hearing, either at the
19   status hearing or directly after, I forget which, it was
20   recommended that I provide an index of all the files on
21   Evidence.com and all the files on Relativity to
22   Mr. Orenberg, and that he then pass them on to Mr. Brown to
23   see what he wanted to examine in particular, because those
24   are gigantic databases.  Aside from security concerns, just
25   it would be impossible to start burning hard drives of

1   things, for instance, on Evidence.com.  If you watched

2   24 hours a day, it would take you 102 days to watch all the

3   videos on Evidence.com.  So we do not have the capability of

4   sending a hard drive with all the videos on Evidence.com to

5   Mr. Brown even if we agreed to.

6          So I believe Mr. Orenberg sent an index of the

7   files in Relativity and Evidence.com to Mr. Brown to see

8   which ones in particular he wanted to view, and I believe

9   Mr. Brown just said he wanted to view all of them.

10          So I don't think -- well, I know we're not in a

11   position to do that, both for security reasons, that there's

12   highly sensitive documents in there, and also just for

13   logistical reasons, that we could not transfer that much

14   data in hard drives to Mr. Brown.

15          THE COURT:  Are you referring just to Relativity

16   or the Evidence.com or both?

17          MR. MANZO:  Both.

18          So with the Evidence.com, the index that we gave

19   him is the working Excel copy that defense has that is --

20   are rough work product that shows where cameras were and it

21   kind of breaks down the cameras into areas so it's not just

22   picking a needle out of a hayfield.

23          But if you wanted to look at the body-worn camera

24   from the east side from 1:00 to 1:30, these are the officers

25   who were there.  So it's not just a random assortment of

1   thousands of videos.

2            THE COURT:  Okay.

3            MR. MANZO:  Yeah.

4            THE COURT:  Okay.

5            THE DEFENDANT:  Your Honor, I just want to clarify

6   what the U.S. Government is claiming; that because there's

7   so much evidence that they assume that I would never

8   possibly have time to review, that they are just going to

9   pick through the evidence they think applies to my case.

10           That doesn't seem to be in accordance with due

11  process.  I mean, they don't understand, nor do they know,

12  what my defense strategy is.

13           And since I'm sure Mr. Manzo was not on the ground

14  on January 6th, whereas I was, he's not going to know what

15  I'm looking for.

16           THE COURT:  Well, you know, Mr. Brown, we had this

17  discussion briefly last time.  You know, there's some

18  logistical challenges here that we need to work through.

19           But putting those to the side for the moment, you

20  know, look, as I said to you, the government has in this

21  case for all defendants made more evidence available than

22  I think they're required to by rule.

23           And, you know, if there are specific pieces of

24  evidence that you are interested in getting now that you've

25  got the indexes, then you ought to make that request so you

 1    can at least get what you want sooner rather than later.

 2           THE DEFENDANT:  Your Honor, I did make that

 3    request in writing on June 6th to Mr. Manzo.  And my request

 4    was that I have access to view all of the government's

 5    evidence in this case, because, like I said again, they do

 6    not know what I'm looking for and I don't know what they

 7    have.

 8           THE COURT:  Right.

 9           As I said, Mr. Brown, excuse me -- I mean, it

10    depends on what you mean by "in this case."  You know, the

11    government is required to provide you with no more than

12    evidence that is relevant and material to your case.  It is

13    under no obligation to provide you with every scrap of

14    evidence that's been collected in connection with the

15    January 6th investigation.  So, you know, you can ask for it

16    all but you're not entitled to it all.

17           THE DEFENDANT:  So, Your Honor, could you please

18    define that?  Because what would that entail?  Would that

19    mean that I'm only entitled to pieces of evidence that

20    include me visibly, audibly?

21           THE COURT:  No.

22           THE DEFENDANT:  Because it's my understanding that

23    U.S. Government is building a case potentially to add me to

24    a much larger case of seditious conspiracy, and that is

25    evidenced by numerous docket entries that are sealed, as

```
1    well as the addition of four additional prosecutors.
2              Now, only a fool would believe that the
3    U.S. Government needs five prosecutors to execute a
4    misdemeanor on two trespassing charges.
5              So as I'm preparing my defense, I'm taking a
6    big-picture view of the entire situation.
7              And so they're basing their prosecution based off
8    all the evidence --
9              THE COURT:  Right.
10             THE DEFENDANT:  -- and so I feel like I'm
11   entitled, based on the Sixth Amendment, to have access to
12   everything that they have.
13             THE COURT:  Mr. Brown, first of all, let me just,
14   if I could just say the following, because I think, in some
15   sense, we're well ahead of where we need to be.
16             But, look, if you are ultimately charged with
17   something greater than that if that comes to pass, that
18   would change the scope of what you're entitled to and what
19   you should receive.  But that's not where we are right now.
20             THE DEFENDANT:  Your Honor --
21             THE COURT:  Mr. Brown, you cannot interrupt me.
22             So, you know, my focus is on getting you the
23   discovery that's related to the charges that are pending
24   against you right now.
25             And I guess the question, Mr. Orenberg, has he
```

1  received thus far the case-specific discovery that the

2  government has identified?  Has he been able to get any of

3  that yet?

4            MR. ORENBERG:  He has some of the evidence.

5            What Mr. Manzo related to the Court about the

6  recent discovery dump covering the Oath Keepers' case and

7  Mr. Brown.

8            I did receive -- or I gave Mr. Manzo a hard drive,

9  it was copied on to, and I have that hard drive back.  It's

10 my understanding there's approximately 1.4 terabytes of

11 information on that hard drive.

12           Where I am, I guess I need clarity, Mr. Brown

13 needs clarity -- Mr. Manzo, did you say that he can have

14 access to that hard drive in its entirety or is she still

15 going to need supervision regarding the highly sensitive --

16 any documents or materials marked highly sensitive?

17           MR. MANZO:  And I think that's something that I

18 might need to clarify with the jail again, we just got that

19 email last night, about the potential for Mr. Brown to have

20 the hard drive.

21           MR. ORENBERG:  Right.

22           MR. MANZO:  So I can get back to you on that.

23           MR. ORENBERG:  Okay.

24           And, Your Honor, Mr. Manzo and I have been

25 communicating over the past, you know, five, six weeks about

1    this.  And I did receive, from Mr. Manzo, as he referenced,

2    a series of emails that he's had with the jail; I received

3    it from him late yesterday afternoon.  So this is something

4    in progress; we're trying to work on it.

5            Mr. Brown, if I may tell Judge Mehta what you told

6    me, is that it's possible that one or two of his attorneys

7    who are assisting him in the Florida case might be able to

8    assist in this regard; that is, maybe I can send them the

9    hard drive and they can personally visit with Mr. Brown to

10   begin reviewing the contents of the hard drive.  This is

11   something I have to explore or Mr. Brown needs to explore

12   with his attorneys in Florida.

13           THE DEFENDANT:  Yeah, I just want to make a

14   correction.

15           These attorneys are not assisting me in the

16   Florida case.  I have lead counsel assigned to that case.

17   These are attorneys that are directly assisting me in this

18   case.

19           THE COURT:  I'm not sure I quite follow that.

20   I mean, you have representation?

21           THE DEFENDANT:  No, that's not what I said,

22   Your Honor.

23           I said that I have two pro bono attorneys, great

24   Americans, that are assisting at no cost by doing research,

25   preparing documents, keeping tabs on what's going on in the

D.C. case, and they are assisting me as much as they can with limited access to me.

THE COURT:  Well, that raises some other issues that I don't know that I need to deal with today.  But I'm not so sure that the rules of ethics allow lawyers to simply support in the way that you've described without entering appearances in cases.

THE DEFENDANT:  Well, they've been trying to do that, Your Honor, but no one seems to know how to make that happen in this case.

THE COURT:  Make what happen, having them enter an appearance?

THE DEFENDANT:  Having them added as second chairs in this case so they have official access.

So I mean, this has been going on now for 267 days.  And, you know, the American people want to make sure that our justice system is adequately serving those accused of crimes by the Federal Government.

THE COURT:  Well, Mr. Brown, this is the first I'm hearing of anybody else that's assisting you and wanting to enter an appearance.

THE DEFENDANT:  Actually, Your Honor, I mentioned this at the *Faretta* hearing when I became pro bono -- or when I became pro se, I mentioned that I had additional pro bono counsel that was assisting me too.

1          THE COURT:  I stand corrected if I'm

2    misrecollecting, but...

3          Mr. Orenberg, do you know what he's referring to?

4          MR. ORENBERG:  Somewhat, Your Honor.

5          If I may, Mr. Brown, Mr. Brown did relate to me

6    that he does have a pro bono attorney.  He mentioned her

7    name to me.  I have not been contacted by -- I told

8    Mr. Brown have that person contact me if he wanted her to do

9    so, but I have not been contacted.

10          And I stand ready and willing to assist that

11   attorney or any attorney with entering their appearance pro

12   hac vice in this case if that's what Mr. Brown wants.

13          THE DEFENDANT:  So you've not had any contact with

14   either of the two other attorneys, Mr. Orenberg, is that

15   what you're saying?

16          MR. ORENBERG:  No, nobody has contacted -- neither

17   one of them have contacted me directly.

18          THE DEFENDANT:  Because my girlfriend has said

19   that she has sent you the contact information, but I will

20   double-check and ensure that that is a factual statement.

21          THE COURT:  Okay.

22          Well, look, from where I stand, you know, if there

23   is a lawyer, a barred attorney, who is assisting you even as

24   a standby counsel, then I need to be aware of that, I need

25   to know who that person is, and that person, at a minimum,

1   should have an entry of appearance, in my view, as standby

2   counsel.  I've asked Mr. Orenberg to stay on mainly as a

3   facilitator and for no other purpose than that.

4          But if you are receiving legal advice and

5   direction from a barred attorney in a District of Columbia

6   case in this district court, then I need to understand who

7   that person is so that person understands the obligations

8   they have to this Court and to you.  So by the time we're

9   together next, it's my expectation that that issue ought to

10  get resolved.

11         And, Mr. Orenberg, I'll ask you to take the steps

12  that you need to identify who this person is and then have

13  them get in touch with the Court so that I can refer them to

14  Mr. Kramer to figure out whatever arrangements might need to

15  be made for that purpose.

16         MR. ORENBERG:  Yes, Your Honor.

17         THE COURT:  All right.  Look, insofar as where we

18  are, are we still -- Mr. Brown still has an August 1 trial

19  date in his Florida matter; is that right?

20         THE DEFENDANT:  Your Honor, as far as I know, the

21  last time I spoke to my Florida counsel, they had not seen

22  an order establishing that trial date, so maybe that was

23  just a courtroom comment that was made in a status hearing

24  in that case of which none of those I was able to attend.

25  My previous public defender in that case attended all the

1    status hearings.

2         And so it could have just been a reference to a

3    proposed date.  I will double-check.  I should be talking to

4    that attorney today.  I will double-check and see if there

5    has been any order issued for a trial date in that case

6    added to the docket.  So I'm -- certainly, I'm sure we're

7    going to have another status hearing in this case, and so

8    that by that case, I will have that answer for you.

9         THE COURT:  Mr. Manzo, do you have an

10   understanding of what the schedule is in Mr. Brown's case?

11        MR. MANZO:  Your Honor, I do not have any further

12   information.  I understood that the Florida -- the Middle

13   District of Florida dockets cases by the month; so that you

14   don't have a trial date, you have a month date, and my

15   understanding is that it's in an August docketed date.

16        THE COURT:  I see.  Okay.

17        All right.  Well, look, I think that there are two

18   issues that come out of this that we're going to need to

19   grapple with in the coming weeks and months; one is getting

20   this -- if, in fact, Mr. Brown is going to continue to get

21   the second-chair advice from a lawyer, I'd like to have that

22   person identified and have that person enter a notice of

23   appearance, that's one.

24        And then, two, you know, look, to the extent

25   Mr. Brown wishes to have access to Relativity and

1   Evidence.com, you know, we're going to need to figure that

2   out.  And maybe that's going to be a function of, he won't

3   get access to Evidence.com until he arrives here, whenever

4   that may be.  And then insofar as Relativity goes, we'll

5   just have to figure that out.

6            But so, you know, it sounds like he's going to get

7   a big chunk of evidence relating to the Oath Keepers matter

8   in short order and you all are working out the details with

9   respect to that, so we'll certainly have a fair amount of

10  information to have access to between now and the next time

11  we meet.

12           So why don't we do this.  Why don't we set

13  ourselves down for August.  We'll have a sense by then of

14  where Mr. Brown's trial is in Florida.  Why don't we just

15  set something down in late August.  Why don't we do

16  September 1 if that works for everyone.

17           MR. MANZO:  That's good for the government,

18  Your Honor.

19           THE COURT:  Can we say tentatively 10:30 pending

20  availability with Pinellas County.

21           THE DEFENDANT:  One, if I'm still in jail on

22  September 1, certainly I'll be available.  But, of course,

23  my jail calendar does not extend out to September,

24  Your Honor, so I apologize.  But I'm assuming that I will be

25  available.

1          THE COURT:  Okay.

2          Well, look, I think the -- Mr. Orenberg, does that

3    work for you?

4          MR. ORENBERG:  Yes, Your Honor.

5          THE COURT:  Look, the bottom line is obviously if

6    there are developments in Mr. Brown's case in Florida,

7    please let me know.

8          Obviously if there's an acquittal and Mr. Brown is

9    no longer incarcerated, then we need to move quickly to

10   ensure that we can get him up here and get at least our

11   schedule moving toward a trial date in this case.  If there

12   is a trial and there are going to be further proceedings,

13   then I need to know that, too.

14         So, you know, to the extent, Mr. Manzo, you've got

15   contacts with your colleagues in Florida, it may be helpful

16   for you to just -- I'd ask you to just ping them so they can

17   keep you abreast of what's happening in his case so we can

18   get the most recent information in a timely manner, okay?

19         MR. MANZO:  Will do, Your Honor.

20         THE COURT:  Okay.

21         Mr. Brown?

22         THE DEFENDANT:  Your Honor, I do have a couple

23   more questions and comments, if you would, please, sir.

24         THE COURT:  Okay.

25

1    THE DEFENDANT:  We continually refer to the Oath

2  Keepers case, but earlier in this hearing, you referred to

3  the fact that I should not really be preparing for that

4  because it hasn't happened yet.

5    So am I part of the Oath Keepers case of which

6  does include charges that extend beyond the charges I

7  currently face or am I not?

8    Because I have the U.S. prosecutor referring to me

9  being part of the Oath Keepers case and me saying that I

10  would like to prepare for the future eventuality that I be

11  added to additional charges, but yet I have you, Your Honor,

12  saying, well, we'll do that whenever we get there.  So I'm a

13  little bit confused.

14    THE COURT:  Let me just ask Mr. Manzo.

15  Is there -- to the extent that you can share anything,

16  I mean, is there a contemplation here of adding Mr. Brown to

17  either of the two main cases?

18    MR. MANZO:  No, Your Honor, there's not a

19  contemplation that he's going to be added to the

20  September -- at least to the September 26th trial date.

21    THE COURT:  Okay.

22    THE DEFENDANT:  Okay.

23    I'm not concerned about the trial date, I'm

24  concerned about the actual charges in the case, Your Honor.

25  It sounds like a bit weird and vague.

1          THE COURT:  No, I understand what Mr. Manzo is

2   saying.

3          I guess the question, Mr. Manzo, more precise,

4   is there any -- let's put it this way:  Is there any

5   expectation in the immediate future that Mr. Brown would

6   either be added to the indictment in the Rhodes matter or

7   the Crowl matter?

8          MR. MANZO:  I would not want to bind our office to

9   a position, but my understanding is that there's not an

10  expectation that he would be added to either matter in the

11  immediate future.

12         THE COURT:  Okay.

13         So, look, I mean, that's always understandably

14  subject to further investigation and determinations by the

15  government, but, Mr. Brown, at least as of now, it doesn't

16  sound like an intention to add you to either case.

17         I gather you are receiving the evidence relating

18  to those cases because there's some connection between you

19  and those defendants who've been added in those cases --

20  excuse me, charged in those cases.

21         So the short answer to your question is, no, you

22  are not in the Oath Keepers case.

23         THE DEFENDANT:  Okay.  Thank you, Your Honor,

24  because after 18 months of investigation, I would think that

25  the Department of Justice should have a pretty solid

1   foundation for who was or who wasn't involved in that.

2          My next question is, you referenced that we are

3   well ahead of where we should be, but, Your Honor, I've been

4   incarcerated now for 267 days and yet to see any of the

5   sensitive or highly sensitive information.

6          As the defendant in this case, and as an American

7   citizen, that does not seem to me like we are well ahead.

8   It seems to me that we are well behind, because I have yet

9   to be able to not only view the evidence against me but to

10  go over it with any type of assistance of counsel.

11         So I mean, even the six months that Mr. Orenberg

12  was with my case, we've never once gone over a single piece

13  of evidence in this case in order to prepare a defense.  And

14  so --

15         THE COURT:  So I'm not sure what you're referring

16  to, Mr. Brown, when you're suggesting I said we're ahead of

17  where we are.

18         THE DEFENDANT:  Yeah, earlier in this thing, you

19  said that you feel like we're well ahead of where we should

20  be.

21         So maybe I took it the wrong way, but, I mean,

22  certainly I do not feel like that we're well ahead.

23         THE COURT:  I can't recall what you're referring

24  to specifically, Mr. Brown.  But in terms of your access to

25  discovery, it is an ongoing process, it is one that's made

1    more challenging by where you are physically, the fact that

2    you're incarcerated and now the fact that you're proceeding

3    pro se.  So we've got sort of three additional hurdles that

4    we need to overcome.

5              And we're working on that.  I mean, you've heard

6    that Mr. Orenberg is -- you're working with Mr. Manzo to get

7    you this hard drive.

8              And in terms of the case-specific discovery,

9    Mr. Orenberg, that is now in Mr. Brown's possession or

10   should be; is that right?

11             MR. ORENBERG:  Your Honor, I don't have my list in

12   front of me, but Mr. Brown was provided discovery earlier

13   on, other than the hard drive that we've been talking about

14   today.

15             THE DEFENDANT:  I was provided limited discovery

16   that was of a nonsensitive nor non-highly sensitive nature,

17   which I have 35 pages of notes on.  But that's the only

18   discovery, and most of that discovery was only relative to

19   prior to my arrest on September 30th.

20             THE COURT:  All right.  Well, that is the

21   case-specific discovery that you received, Mr. Orenberg?

22             MR. ORENBERG:  Yes, Your Honor.

23             And if the Court -- if I can remind the Court --

24             THE COURT:  I remember you tried -- your

25   investigator tried to gather --

1          MR. ORENBERG:  We thought it was all arranged.

2    My investigator would be able to have sufficient access to

3    share with Mr. Brown the sensitive and highly sensitive case

4    materials.

5          My investigator went down to Pinellas County, and

6    unfortunately it did not work out.  He was not allowed to

7    have the type of access to Mr. Brown which was necessary to

8    show him the sensitive and highly sensitive case material.

9          THE COURT:  So then what's the status of -- maybe

10   I was -- what's the status of the case-specific sensitive

11   material?  Is that -- are we still working on getting

12   Mr. Brown access to that?

13         MR. ORENBERG:  That's my -- yes, Your Honor.

14         And if I understand Mr. Manzo correctly, not only

15   is the additional Oath Keepers evidence but all the case --

16   excuse me, highly sensitive or sensitive case materials are

17   loaded up on this hard drive.

18         THE COURT:  Okay.

19         Is that right, Mr. Manzo?

20         MR. MANZO:  Yes, Your Honor.

21         THE COURT:  Okay.

22         And will what the government considers to be

23   case-specific, will that be segregated in a way on that hard

24   drive that Mr. Brown can --

25         MR. MANZO:  Yes, it's all labeled pretty easily.

1              THE COURT:  Okay.  All right.

2              All right.  So I think that, hopefully, Mr. Brown,

3    answers your question in terms of where things are, and as I

4    said, some of the challenges, but the government and

5    Mr. Orenberg are working on getting you that evidence.

6              THE DEFENDANT:  Your Honor --

7              MR. MANZO:  Could I add one point for the record

8    here?

9              Mr. Brown is not held on this case, he's held on

10   his explosives, his guns and his retention of classified

11   documents cases.

12             THE COURT:  I know.

13             MR. MANZO:  Just so for the record, we have not

14   held him for 200 days.  He's held in a matter in the Middle

15   District of Florida on explosives, guns, and classified

16   documents.

17             THE DEFENDANT:  Well, Your Honor, that's just two

18   separate U.S. governments.

19             I do think that Mr. Manzo is part of the

20   U.S. Government and, so, therefore, I am ipso facto --

21             THE COURT:  Look, I think we all understand why

22   Mr. Brown is where he is and the circumstances.  So I'm not

23   sure it's all that critical.

24             But the bottom line is, you know, Mr. Brown, we're

25   working -- the government is working to get you the

```
1   information.  You've been pro se now for about four weeks.
2         Obviously there were some challenges with
3   Mr. Orenberg's investigator that were unexpected, but the
4   bottom line is, people continue to work to try and get you
5   that information.
6         So let's do this.  It actually would be helpful --
7   and we don't -- it would be helpful if the government and
8   Mr. Orenberg just submit something to me in 30 days.  So by
9   July 22nd, just file a Status Report updating me on
10  Mr. Brown's access to the discovery.  And if it turns out by
11  end of July he still doesn't have access to it, I may call
12  everybody back in to figure out whether court intervention
13  can help along with getting him access to the material,
14  okay?
15        THE DEFENDANT:  Your Honor, would a motion to
16  compel help to facilitate the timeliness of this disclosure
17  of evidence?
18        THE COURT:  Not really, because doing the --
19  they're trying to get you the information as we speak.
20        THE DEFENDANT:  Right.
21        But I mean, it sounds like their solution is that
22  they can load it on a hard drive and get it to me.  That's a
23  pretty low technological barrier that certainly should have
24  been available to the intellectual capacity of the Justice
25  Department nine months ago when I was arrested.
```

1          Not to mention that since --

2          THE COURT:  Hang on.

3          Look, I'm not all that interested, truth be told,

4   in re-litigating what's happening so far.

5          THE DEFENDANT:  Well, you're not the one in jail,

6   Your Honor.

7          THE COURT:  I understand that.  But at least on

8   this charge, you're not in jail on this charge.

9          THE DEFENDANT:  That is the charge I was arrested

10  on, was two counts of misdemeanor.

11         THE COURT:  I understand, but you're not held in

12  this case.  So, you know, that's a distinction, it's an

13  important one.

14         But in any event, the bottom line is, we're going

15  to do what we can, the government is going to do what it

16  can.

17         Mr. Orenberg, you'll work with Pinellas County

18  because it's not like you can just keep the hard drive in

19  your cell, at least I suspect they won't let you do that, so

20  those arrangements need to be made on top of that, okay?

21         So I'll ask counsel to just submit something to me

22  by the 23rd of July that updates me about where things stand

23  in terms of getting -- excuse me, the 22nd of July in terms

24  of getting Mr. Brown access to the hard drive, and we'll see

25  where things are at that point.

1          THE DEFENDANT:  And, Your Honor, I have one more

2     point of housekeeping, if you would, please, sir.

3          THE COURT:  Sure.

4          THE DEFENDANT:  Well, first, I would like to

5     apologize for my frustration in this matter but certainly I

6     would hope that you could understand.

7          But the point of housekeeping I would like to make

8     is that the prosecutors have made multiple comments during

9     the case of not only this trial but also the trial here in

10    the Middle District of Florida that I have been Baker Acted.

11         Now, I have in my possession 118 pages of the

12    Florida statute for Baker Act of which I have never

13    statutorily met the grounds to be considered Baker Acted.

14         So I'm requesting that the Court direct the

15    prosecutors to stop referencing to the fact that I've been

16    Baker Acted because it is factually incorrect, not only the

17    basis of grammar but also of the statutory law in the state

18    of Florida.

19         Because obviously it is demeaning to my character.

20    And since character is going to be major part of this case,

21    I would like to not only them stop referring to me as having

22    been Baker Acted because all cases of which law enforcement

23    was dispatched using the terms Baker Acted were adjudicated

24    in my favor.

25         And then I would like to have those references

1    struck from the record from the past hearings, not only in

2    this case but also in the Middle District of Florida that

3    could -- if that's possible.

4            THE COURT:  Look, I'm not going to strike anything

5    from the record, there's no basis to do that either here,

6    and I certainly have no power to do it in the Middle

7    District of Florida.

8            And, you know, insofar as the government raising

9    this issue, if it's resolved that you have not been subject

10   to that statute in Florida, I don't know why it needs to be

11   discussed any further moving forward in this case.

12           THE DEFENDANT:  Well, because they continue to

13   reference to me as having been Baker Acted when I have not.

14   And they have the exculpatory evidence in the court hearings

15   and the judge rulings and all that.  So I would like them to

16   stop referring to me as being Baker Acted.

17           THE COURT:  Mr. Brown, it certainly didn't come up

18   today, I don't remember whether it came up last time.

19           THE DEFENDANT:  It did.

20           THE COURT:  But it seems to be a settled point,

21   and I don't see any reason why it needs to come up moving

22   forward.

23           THE DEFENDANT:  Thank you, Your Honor.

24           THE COURT:  All right.  So that's our schedule.

25   I'll get a Status Report in about four weeks and then

1   we will reconvene on September 1.

2          I'll exclude time under the Speedy Trial Act

3   through September 1, as Mr. Brown remains outside the

4   jurisdiction held in another matter, and, therefore, the

5   time is automatically excluded under the Speedy Trial Act

6   until we can secure his appearance in this district.

7          All right.  So we'll stand adjourned, and

8   everybody be well, and we will see you all in a couple

9   months.

10          And as I said, you know, if there are developments

11  in Mr. Brown's case before then, please let me know so we

12  can sort of act on the most recent information, okay?

13          THE DEFENDANT:  Thank you, Your Honor.

14          THE COURT:  Thank you, everybody.

15          (Proceedings concluded at 10:06 a.m.)

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__August 5, 2022_____      

                          William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1]  3/2
MR. MANZO: [14]
3/19 5/17 6/3 9/17 9/22
14/11 15/17 16/19
17/18 18/8 21/20 21/25
22/7 22/13
MR. ORENBERG: [11]
9/4 9/21 9/23 12/4
12/16 13/16 16/4 20/11
20/22 21/1 21/13
THE COURT: [49]
THE DEFENDANT:
[34]

**1**

**1.4 [1]**  9/10
**102 [1]**  5/2
**10:06 [1]**  27/15
**10:30 [1]**  15/19
**11200 [1]**  1/17
**118 [1]**  25/11
**1400 [1]**  1/14
**18 [1]**  18/24
**19 [1]**  28/6
**1:00 [1]**  5/24
**1:30 [1]**  5/24

**2**

**200 [1]**  22/14
**20001 [1]**  2/5
**20002 [1]**  1/14
**202 [2]**  1/15 2/5
**2022 [2]**  1/5 28/10
**20852 [1]**  1/18
**21-609 [2]**  1/4 3/3
**22nd [2]**  23/9 24/23
**23 [1]**  1/5
**23rd [1]**  24/22
**24 hours [1]**  5/2
**267 [2]**  11/15 19/4
**26th [1]**  17/20
**2706 [1]**  1/15

**3**

**30 days [1]**  23/8
**30-something [1]**  3/24
**300 [1]**  1/18
**301 [1]**  1/19
**30th [1]**  20/19
**3249 [1]**  2/5
**333 [1]**  2/4
**35 [1]**  20/17
**354-3249 [1]**  2/5

**6**

**609 [2]**  1/4 3/3
**616-2706 [1]**  1/15
**6th [3]**  6/14 7/3 7/15

**8**

**8005 [1]**  1/19

**9**

**984-8005 [1]**  1/19
**9:34 [1]**  1/6

**A**

**a.m [2]**  1/6 27/15
**able [5]**  9/2 10/7 13/24
19/9 21/2
**about [2]**  9/5 9/19 9/25
17/23 17/24 20/13 23/1
24/22 26/25
**above [1]**  28/4
**above-titled [1]**  28/4
**abreast [1]**  16/17
**abundance [1]**  4/1
**access [17]**  4/12 7/4
8/11 9/14 11/2 11/14
14/25 15/3 15/10 19/24
21/2 21/7 21/12 23/10
23/11 23/13 24/24
**accordance [1]**  6/10
**accused [1]**  11/17
**acquittal [1]**  16/8
**act [4]**  25/12 27/2 27/5
27/12
**Acted [7]**  25/10 25/13
25/16 25/22 25/23
26/13 26/16
**actual [1]**  17/24
**actually [2]**  11/22 23/6
**add [3]**  7/23 18/16 22/7
**added [7]**  11/13 14/6
17/11 17/19 18/6 18/10
18/19
**adding [1]**  17/16
**addition [1]**  8/1
**additional [5]**  8/1
11/24 17/11 20/3 21/15
**adequately [1]**  11/17
**adjourned [1]**  27/7
**adjudicated [1]**  25/23
**advice [2]**  13/4 14/21
**after [3]**  4/15 4/19
18/24
**afternoon [1]**  10/3
**again [2]**  7/5 9/18
**against [2]**  8/24 19/9
**ago [1]**  23/25
**agreed [1]**  5/5
**ahead [6]**  8/15 19/3
19/7 19/16 19/19 19/22
**aided [1]**  2/7
**all [30]**
**Allen [2]**  1/16 3/6
**allow [1]**  11/5
**allowed [1]**  21/6
**along [1]**  23/13
**also [6]**  4/4 4/18 5/12
25/9 25/17 26/2
**always [1]**  18/13
**am [4]**  9/12 17/5 17/7
22/20
**Amendment [1]**  8/11
**AMERICA [2]**  1/3 3/3
**American [2]**  11/16
19/6
**Americans [1]**  10/24
**AMIT [1]**  1/10
**amount [1]**  15/6
**another [3]**  3/17 14/7
27/4
**answer [2]**  14/8 18/21

**answers [1]**  10/16
**any [13]**  9/2 9/16 12/11
12/13 14/5 14/11 18/4
18/4 19/4 19/10 24/14
26/11 26/21
**anybody [1]**  11/20
**anything [2]**  17/15
26/4
**aorenberg [1]**  1/19
**apologize [2]**  15/24
25/5
**appearance [6]**  11/12
11/21 12/11 13/1 14/23
27/6
**appearances [3]**  1/12
1/25 11/7
**appearing [1]**  3/7
**applies [1]**  6/9
**approximately [1]**  9/10
**are [41]**
**areas [1]**  5/21
**arranged [1]**  21/1
**arrangements [2]**
13/14 14/20
**arrest [1]**  20/19
**arrested [2]**  23/25 24/9
**arrives [1]**  15/3
**as [29]**
**Aside [1]**  4/24
**ask [5]**  7/15 13/11
16/16 17/14 24/21
**asked [1]**  13/2
**assigned [1]**  10/16
**assist [2]**  10/8 12/10
**assistance [1]**  19/10
**assisting [8]**  10/7
10/15 10/17 10/24 11/1
11/20 11/25 12/23
**assortment [1]**  5/25
**assume [1]**  6/7
**assuming [1]**  15/24
**attend [1]**  13/24
**attended [1]**  13/25
**attorney [6]**  12/6 12/11
12/11 12/23 13/5 14/4
**attorneys [6]**  10/6
10/12 10/15 10/17
10/23 12/14
**audibly [1]**  7/20
**August [5]**  13/18 14/15
15/13 15/15 28/10
**automatically [1]**  27/5
**availability [1]**  15/20
**available [4]**  6/21
15/22 15/25 23/4
**Ave [1]**  1/14
**Avenue [1]**  2/4
**aware [1]**  12/24

**B**

**back [4]**  4/15 9/9 9/22
23/12
**Baker [8]**  25/10 25/12
25/13 25/16 25/22
25/23 26/13 26/16
**barred [2]**  12/23 13/5
**Barrett [1]**  2/4
**barrier [1]**  23/23

**basing [1]**  8/7
**basis [2]**  25/17 26/5
**be [37]**
**became [2]**  11/23
11/24
**because [18]**  4/23 6/6
7/5 7/18 7/22 8/14
12/18 17/4 17/8 18/18
18/24 19/8 23/18 24/18
25/16 25/19 25/22
26/12
**been [19]**  7/14 9/2 9/24
11/8 11/15 12/7 12/9
14/2 14/5 18/19 19/3
20/13 23/1 23/24 25/10
25/15 25/22 26/9 26/13
**before [2]**  1/10 27/11
**begin [1]**  10/10
**behind [1]**  19/8
**being [2]**  17/9 26/16
**believe [3]**  5/6 5/8 8/2
**Bethesda [1]**  1/18
**between [3]**  3/20 15/10
18/18
**beyond [1]**  17/6
**big [2]**  8/6 15/7
**big-picture [1]**  8/6
**bind [1]**  18/8
**bit [2]**  17/13 17/25
**body [1]**  5/23
**body-worn [1]**  5/23
**bono [4]**  10/23 11/23
11/25 12/6
**both [3]**  5/11 5/16 5/17
**bottom [1]**  16/5 22/24
23/4 24/14
**breaks [1]**  5/21
**briefly [1]**  6/17
**BROWN [47]**
**Brown's [8]**  3/15 3/24
14/10 15/14 16/6 20/9
23/10 27/11
**building [1]**  7/23
**burning [1]**  4/25

**C**

**calendar [1]**  15/23
**call [1]**  23/11
**came [1]**  26/18
**camera [1]**  5/23
**cameras [2]**  5/20 5/21
**can [29]**
**can't [1]**  19/23
**cannot [1]**  8/21
**capabilities [2]**  4/6
4/14
**capability [1]**  5/3
**capacity [1]**  23/24
**case [54]**
**case-specific [5]**  9/1
20/8 20/21 21/10 21/23
**cases [9]**  4/3 11/7
14/13 17/17 18/18
18/19 18/20 22/11
25/22
**caution [1]**  4/1
**cell [1]**  24/19

**based [2]**  8/3 22/2
**certainly [9]**  4/1 14/6
15/9 15/22 19/22 23/23
25/5 26/6 26/17
**Certified [1]**  2/3
**certify [1]**  28/2
**CH [1]**  2/4
**chair [1]**  14/21
**chairs [1]**  11/13
**challenges [1]**  6/18
22/4 23/2
**challenging [1]**  20/1
**change [1]**  8/18
**character [2]**  25/19
25/20
**charge [3]**  24/8 24/8
24/9
**charged [2]**  8/16 18/20
**charges [6]**  8/4 8/23
17/6 17/6 17/11 17/24
**check [3]**  12/20 14/3
14/4
**checked [2]**  4/12 4/15
**chunk [1]**  15/7
**circumstances [1]**
22/22
**citizen [1]**  19/7
**claiming [1]**  6/6
**clarify [2]**  6/5 9/18
**clarity [2]**  9/12 9/13
**classified [2]**  22/10
22/15
**colleagues [1]**  16/15
**collected [1]**  7/14
**COLUMBIA [2]**  1/1
13/5
**come [3]**  14/18 26/17
26/21
**comes [1]**  8/17
**coming [2]**  3/17 14/19
**comment [1]**  13/23
**comments [2]**  16/23
25/8
**communicating [1]**
9/25
**compel [1]**  23/16
**computer [1]**  2/7
**computer-aided [1]**
2/7
**concerned [2]**  17/23
17/24
**concerns [1]**  4/24
**concluded [1]**  27/15
**conference [2]**  1/9
3/14
**confused [1]**  17/13
**connected [1]**  4/13
**connection [2]**  7/14
18/18
**considered [1]**  25/13
**considers [1]**  21/22
**conspiracy [2]**  3/23
7/24
**Constitution [1]**  2/4
**contact [3]**  12/8 12/13
12/19
**contacted [4]**  12/7
12/9 12/16 12/17
**contacts [1]**  16/15

**C**

containing [1] 3/21
contemplation [2] 17/16 17/19
contents [1] 10/10
continually [1] 17/1
continue [3] 14/20 23/4 26/12
CONTINUED [1] 2/1
copied [1] 9/9
copy [1] 5/19
correct [1] 28/3
corrected [1] 12/1
correction [1] 10/14
correctly [1] 21/14
cost [1] 10/24
could [7] 5/13 7/17 8/14 14/2 22/7 25/6 26/3
counsel [8] 3/9 10/16 11/25 12/24 13/2 13/21 19/10 24/21
counts [1] 24/10
County [4] 4/6 15/20 21/5 24/17
couple [2] 16/22 27/8
course [1] 15/22
court [13] 1/1 2/2 2/3 9/5 13/6 13/8 13/13 20/23 20/23 23/12 25/14 26/14 28/7
courtroom [1] 13/23
covering [1] 9/6
covers [1] 3/23
COVID [1] 28/6
COVID-19 [1] 28/6
CR [1] 1/4
crimes [1] 11/18
Criminal [1] 3/3
critical [1] 22/23
CRM [1] 1/13
Crowl [1] 18/7
CRR [2] 28/2 28/11
currently [1] 17/7

**D**

D.C [3] 1/5 2/5 11/1
data [1] 5/14
databases [1] 4/24
date [11] 13/19 13/22 14/3 14/5 14/14 14/14 14/15 16/11 17/20 17/23 28/10
day [1] 5/2
days [5] 5/2 11/16 19/4 22/14 23/8
DC [1] 1/14
deal [1] 11/4
defendant [4] 1/7 1/16 3/7 19/6
defendants [2] 6/21 18/19
defender [1] 13/25
defense [5] 3/6 5/19 6/12 8/5 19/13
define [1] 7/18
demeaning [1] 25/19
Department [1] 18/25

**D** (continued)

depends [1] 7/10
described [1] 11/6
details [1] 15/8
determinations [1] 18/14
developments [2] 16/6 27/10
did [8] 3/25 7/2 9/8 9/13 10/1 12/5 21/6 26/19
didn't [1] 26/17
direct [1] 25/14
direction [1] 13/5
directly [4] 4/2 4/19 10/17 12/17
disclosure [1] 23/16
discovery [33] 3/22 4/17 8/23 9/1 9/6 19/25 20/8 20/12 20/15 20/18 20/18 20/21 23/10
discussed [1] 26/11
discussion [1] 6/17
dispatched [1] 25/23
distinction [1] 24/12
district [11] 1/1 1/1 1/11 13/5 13/6 14/13 22/15 25/10 26/2 26/7 27/6
do [23] 4/3 5/3 5/11 6/11 7/5 11/8 12/3 12/8 14/9 14/11 15/12 15/15 16/19 16/22 17/12 19/22 22/19 23/6 24/15 24/15 24/19 26/5 26/6
do you have [1] 14/9
do you know [1] 12/3
docket [2] 7/25 14/6
docketed [1] 14/15
dockets [1] 14/13
documents [5] 5/12 9/16 10/25 22/11 22/16 16/2 17/6 19/7
does [6] 4/2 12/6 15/23 16/2 17/16 19/7
doesn't [3] 6/10 18/15 23/11
doing [2] 10/24 23/18
DOJ [1] 1/13
DOJ-CRM [1] 1/13
don't [15] 3/18 5/10 6/11 7/6 11/4 14/14 15/12 15/12 15/14 15/15 20/11 23/7 26/10 26/18 26/21
done [1] 4/15
double [3] 12/20 14/3 14/4
double-check [3] 12/20 14/3 14/4
down [4] 5/21 15/13 15/15 21/5
drive [20] 3/21 4/2 4/11 4/12 4/14 5/4 9/8 9/9 9/11 9/14 9/20 10/9 10/10 20/7 20/13 21/17 21/24 23/22 24/18 24/24
drives [2] 4/25 5/14

**D** (continued column 3)

dump [1] 9/6
during [2] 25/8 28/5

**E**

earlier [3] 17/2 19/18 20/12
easily [1] 21/25
east [1] 5/24
efforts [1] 4/4
either [7] 4/18 12/14 17/17 18/6 18/10 18/16 26/5
else [1] 11/20
email [2] 1/15 9/19
emails [1] 10/2
end [1] 23/11
enforcement [1] 25/22
ensure [2] 12/20 16/10
entail [1] 7/18
enter [3] 11/11 11/21 14/22
entering [2] 11/7 12/11
entire [1] 8/6
entirety [1] 9/14
entitled [4] 7/16 7/19 8/11 8/18
entries [1] 7/25
entry [1] 13/1
establishing [1] 13/22
ethics [1] 11/5
even [3] 5/5 12/23 19/11
event [1] 24/14
eventuality [1] 17/10
every [1] 7/13
everybody [3] 23/12 27/8 27/14
everyone [1] 15/16
everything [1] 8/12
evidence [18] 6/7 6/9 6/21 6/24 7/5 7/12 7/14 7/19 8/8 9/4 15/7 18/17 19/9 19/13 21/15 22/5 23/17 26/14
Evidence.com [9] 4/21 5/1 5/3 5/4 5/7 5/16 5/18 15/1 15/3
evidenced [1] 7/25
examine [1] 4/23
Excel [1] 5/19
exclude [1] 27/2
excluded [1] 27/5
exculpatory [1] 26/14
excuse [4] 7/9 18/20 21/16 24/23
execute [1] 8/3
expectation [3] 13/9 18/5 18/10
explore [2] 10/11 10/11
explosives [2] 22/10 22/15
extend [2] 15/23 17/6
extent [3] 14/24 16/14 17/15

**F**

face [1] 17/7

**F** (continued)

facilitator [1] 13/3
fact [5] 14/20 17/3 20/1 20/2 25/15
facto [1] 22/20
factual [1] 12/20
factually [1] 25/16
fair [1] 15/9
far [3] 9/1 13/20 24/4
Faretta [1] 11/23
favor [1] 25/24
Federal [1] 11/18
feel [3] 8/10 19/19 19/22
figure [4] 13/14 15/1 15/5 23/12
file [2] 3/24 23/9
files [3] 4/20 4/21 5/7
Firm [1] 1/17
first [3] 8/13 11/19 25/4
five [3] 3/17 8/3 9/25
Florida [17] 10/7 10/12 10/16 13/19 13/21 14/12 14/13 15/14 16/6 16/15 22/15 25/10 25/12 25/18 26/2 26/7 26/10
focus [1] 8/22
follow [1] 10/19
following [1] 8/14
fool [1] 8/2
foregoing [1] 28/3
forget [1] 4/19
forward [2] 26/11 26/22
foundation [1] 14/9
four [3] 8/1 23/1 26/25
front [1] 20/12
frustration [1] 25/5
function [1] 15/2
further [4] 14/11 16/12 18/14 26/11
future [3] 17/10 18/5 18/11

**G**

gather [3] 3/17 18/17 20/25
gave [2] 5/18 9/8
get [18] 7/1 9/2 9/22 13/10 13/13 14/20 15/3 15/6 16/10 16/10 16/18 17/12 20/6 22/25 23/4 23/19 23/22 26/25
getting [9] 4/16 6/24 8/22 14/19 21/11 22/5 22/13 24/23 24/24
gigantic [1] 4/24
girlfriend [1] 12/18
given [1] 3/16
go [1] 19/10
goes [1] 15/4
going [17] 6/8 6/14 9/15 10/25 11/15 14/7 14/18 14/20 15/1 15/2 15/6 16/12 17/19 24/14 24/15 25/20 26/4
gone [1] 19/12

**G** (continued column 4)

good [6] 3/2 3/9 3/10 3/19 4/16 15/17
good morning [2] 3/9 3/10
got [4] 6/25 9/18 16/14 20/3
government [18] 1/13 3/5 6/6 6/20 7/11 7/23 8/3 9/2 11/18 15/17 18/15 21/22 22/4 22/20 22/25 23/7 24/15 26/8
government's [1] 7/4
governments [1] 22/18
grammar [1] 25/17
grapple [1] 14/19
great [1] 10/23
greater [1] 8/17
ground [1] 6/13
grounds [1] 25/13
guess [4] 4/10 8/25 9/12 18/3
guns [2] 22/10 22/15

**H**

hac [1] 12/12
had [5] 6/16 10/2 11/24 12/13 13/21
Hang [1] 24/2
happen [2] 11/10 11/11
happened [1] 17/4
happening [2] 16/17 24/4
hard [22] 3/21 4/2 4/11 4/12 4/14 4/25 5/4 5/14 9/8 9/9 9/11 9/14 9/20 10/9 10/10 20/7 20/13 21/17 21/23 23/22 24/18 24/24
has [14] 4/13 4/14 5/19 6/20 8/25 9/2 9/2 9/4 11/15 12/16 12/18 12/19 13/18 14/5
hasn't [1] 17/4
have [60]
having [4] 11/11 11/13 25/21 26/13
hayfield [1] 5/22
he [19] 4/12 4/22 4/23 5/8 5/9 8/25 9/2 9/4 9/13 10/1 12/6 12/6 12/8 15/2 15/3 18/10 21/6 22/22 23/11
he's [8] 4/15 6/14 10/2 12/3 15/6 17/19 22/9 22/14
hear [1] 3/10
heard [1] 20/5
hearing [10] 3/8 3/20 4/18 4/19 11/20 11/23 13/23 14/7 17/2 28/5
hearings [3] 14/1 26/1 26/14
held [6] 22/9 22/9 22/14 22/14 24/11 27/4
help [2] 23/13 23/16
helpful [3] 16/15 23/6 23/7
her [1] 12/6 12/8

**H**

here [8]  3/14 6/18 15/3
16/10 17/16 22/8 25/9
26/5
highly [8]  5/12 9/15
9/16 19/5 20/16 21/3
21/8 21/16
him [8]  4/16 5/19 10/3
10/7 16/10 21/8 22/14
23/13
his [10]  3/16 4/10 6/6
10/12 13/19 16/17
22/10 22/10 22/10 27/6
holding [1]  3/16
Honor [36]
HONORABLE [1]  1/10
hope [1]  25/6
hopefully [1]  22/2
hours [1]  5/2
housekeeping [2]  25/2
25/7
how [1]  11/9
hurdles [1]  20/3

**I**

I am [2]  9/12 22/20
I apologize [1]  15/24
I believe [2]  5/6 5/8
I can [4]  3/12 9/22 10/8
13/13
I did [3]  7/2 9/8 10/1
I don't [3]  5/10 26/18
26/21
I don't have [1]  20/11
I gave [1]  9/8
I guess [4]  4/10 8/25
9/12 18/3
I have [15]  7/4 9/9 9/24
10/11 10/16 10/23 12/7
12/9 17/8 17/11 19/8
20/17 25/1 25/10 25/12
I just [2]  6/5 10/13
I know [3]  5/10 13/20
22/12
I mean [8]  6/11 7/9
10/20 11/15 17/16
18/13 19/21 23/21
I provided [1]  3/21
I should [2]  14/3 17/3
I think [6]  4/9 6/22 9/17
14/17 16/2 22/21
I told [1]  12/7
I understand [3]  18/1
24/7 24/11
I was [6]  6/14 13/24
20/15 21/10 23/25 24/9
I will [5]  12/19 14/3
14/4 14/8 15/24
I would [2]  25/7 25/25
I'd [2]  14/21 16/16
I'll [5]  13/11 15/22
24/21 26/25 27/2
I'm [23]  6/13 6/15 7/6
7/19 8/5 8/5 8/10 10/19
11/5 11/9 12/1 14/6
14/6 15/21 15/24 17/12
17/23 17/23 19/15
22/22 24/3 25/14 26/4

I'm not sure [1]  10/19
I'm sure [1]  6/13
I've [3]  13/2 19/3 25/15
identified [2]  9/12 14/22
identify [1]  13/12
immediate [2]  18/5
18/11
important [1]  24/13
impossible [1]  4/25
incarcerated [3]  16/9
19/4 20/2
include [2]  7/20 17/6
incorrect [1]  25/16
independently [1]  4/5
index [3]  4/20 5/6 5/18
indexes [1]  6/25
indictment [1]  18/6
information [11]  4/7
9/11 12/19 14/12 15/10
16/18 19/5 23/1 23/5
23/19 27/12
insofar [3]  13/17 15/4
26/8
instance [1]  5/1
intellectual [1]  23/24
intention [1]  18/16
interested [2]  6/24
24/3
Internet [1]  14/13
interrupt [1]  8/21
intervention [1]  23/12
investigation [3]  7/15
18/14 18/24
investigator [4]  20/25
21/2 21/5 23/3
involved [1]  19/1
ipso [1]  22/20
is [71]
Is that right [1]  21/19
is there [4]  17/15 17/16
18/4 18/4
issue [2]  13/9 26/9
issued [1]  14/5
issues [2]  11/3 14/18
it [44]
it would be [2]  4/25
23/7
it's [12]  5/21 5/25 7/22
9/9 10/6 13/9 14/15
21/25 22/23 24/12
24/18 26/9
its [1]  9/14

**J**

jail [7]  4/6 9/18 10/2
15/21 15/23 24/5 24/8
January [2]  6/14 7/15
January 6th [1]  7/15
JEREMY [2]  1/6 3/4
judge [3]  1/11 10/5
26/15
Judge Mehta [1]  10/5
July [4]  23/9 23/11
24/22 24/23
June [2]  1/5 7/3
jurisdiction [1]  27/4

19/15 24/3 26/4
5/12 5/15 5/21 5/25 6/5
6/8 8/13 8/14 9/18
10/13 13/23 14/2 15/5
15/14 16/16 16/16
17/14 22/13 22/17 23/8
23/9 24/18 24/21
justice [1]  11/17 18/25
23/24

**K**

keep [4]  4/10 4/11
16/17 24/18
Keeper [2]  3/22 3/23
Keepers [6]  15/7 17/2
17/5 17/9 18/22 21/15
Keepers' [1]  9/6
keeping [1]  10/25
kind [1]  5/21
know [33]
Kramer [1]  13/14

**L**

labeled [1]  21/25
laptop [1]  4/13
larger [2]  3/23 7/24
last [6]  3/20 4/18 6/17
9/19 13/21 26/18
late [2]  10/3 15/15
later [1]  7/1
law [3]  1/17 25/17
25/22
lawyer [2]  12/23 14/21
lawyers [1]  11/5
lead [1]  10/16
least [7]  4/7 7/1 16/10
17/20 18/15 24/7 24/19
legal [1]  13/4
let [5]  8/13 16/7 17/14
24/19 27/11
let's [2]  18/4 23/6
like [17]  7/5 8/10 14/21
15/6 17/10 17/25 18/16
19/7 19/19 19/22 23/21
24/18 25/4 25/7 25/21
25/25 26/15
limitations [1]  28/7
limited [2]  11/2 20/15
line [4]  16/5 22/24 23/4
24/14
list [10]  20/11
litigating [1]  24/4
little [1]  17/13
load [1]  23/22
loaded [1]  21/17
logistical [2]  5/13 6/18
long [1]  4/11
long-term [1]  4/11
longer [1]  16/9
look [13]  5/23 6/20
8/16 12/22 13/17 14/17
14/24 16/2 16/5 18/13
22/21 24/3 26/4
looking [2]  6/15 7/6
Louis [2]  1/13 3/5
louis.manzo [1]  1/15
low [1]  23/23

**M**

made [7]  4/4 6/21
13/15 13/23 19/25
24/20 25/8
main [1]  17/17
mainly [1]  13/2
major [1]  25/20
make [7]  6/25 7/2
10/13 11/9 11/11 11/16
25/7
manner [1]  16/18
Manzo [19]  1/13 3/5
3/18 6/13 7/3 9/5 9/8
9/13 9/24 10/1 14/9
16/14 17/14 18/1 18/3
20/6 21/14 21/19 22/19
marked [1]  9/16
material [5]  4/1 7/12
21/8 21/11 23/13
materials [2]  9/16 21/4
21/16
matter [12]  3/16 3/23
3/25 13/19 15/7 18/6
18/7 18/10 22/14 25/5
27/4 28/4
may [6]  3/15 10/5 12/5
15/4 16/15 23/11
maybe [5]  10/8 13/22
15/2 19/21 21/9
MD [1]  1/18
me [36]
mean [12]  6/11 7/9
7/10 7/19 10/20 11/15
17/16 18/13 19/11
19/21 20/5 23/21
mechanical [1]  2/7
meet [1]  15/11
MEHTA [2]  1/10 10/5
mention [1]  24/1
mentioned [3]  11/22
11/24 12/6
Merit [1]  2/2
met [1]  25/13
Middle [5]  14/12 22/14
25/10 26/2 26/6
might [3]  9/18 10/7
13/14
minimum [1]  12/25
misdemeanor [2]  8/4
24/10
misrecollecting [1]
12/2
moment [1]  6/19
month [2]  14/13 14/14
months [5]  14/19
18/24 19/11 23/25 27/9
more [7]  4/16 6/21 7/11
16/23 18/3 20/1 25/1
morning [4]  3/2 3/9
3/10 3/19
most [5]  16/18 20/18
27/12
motion [1]  23/15
move [1]  16/9
moving [3]  16/11 26/11
26/21
Mr. [89]
Mr. Brown [45]

Mr. Brown's [8]  3/15
3/24 14/10 15/14 16/6
20/9 23/10 27/11
Mr. Kramer [1]  13/14
Mr. Manzo [17]  3/18
6/13 7/3 9/5 9/8 9/13
9/24 10/1 14/9 16/14
17/14 18/1 18/3 20/6
21/14 21/19 22/19
Mr. Orenberg [17]  3/21
4/4 4/22 5/6 8/25 12/3
12/14 13/2 13/11 16/2
19/11 20/6 20/9 20/21
22/5 23/8 24/17
Mr. Orenberg's [1]
23/3
much [4]  5/13 6/7 7/24
11/1
multiple [1]  25/8
my [26]  6/9 6/12 7/3
7/22 8/5 8/22 9/2 9/10
12/18 13/1 13/9 13/21
13/25 14/14 15/23 18/9
19/2 19/12 20/11 20/19
21/2 21/5 21/13 25/5
25/11 25/19 25/24
My investigator [1]
21/2

**N**

name [1]  12/7
nature [1]  20/16
necessary [1]  21/7
need [17]  6/18 8/15
9/12 9/15 9/18 11/4
12/24 12/24 13/6 13/12
13/14 14/18 15/1 16/9
16/13 20/4 24/20
needle [1]  5/22
needs [5]  8/3 9/13
10/11 26/10 26/21
neither [1]  12/16
never [3]  6/7 19/12
25/12
New [1]  1/14
news [1]  4/16
next [3]  13/9 15/10
19/2
night [1]  9/19
nine [1]  23/25
no [17]  1/4 3/3 4/13
7/11 7/13 7/21 10/21
10/24 11/9 12/16 13/3
16/9 17/18 18/1 18/21
26/5 26/6
nobody [1]  12/16
non [1]  20/16
non-highly [1]  20/16
none [1]  13/24
nonsensitive [1]  20/16
North [1]  1/18
not [53]
note [1]  28/5
notes [1]  20/17
notice [1]  14/22
now [12]  6/24 8/2 8/19
8/24 11/15 15/10 18/15
19/4 20/2 20/9 23/1

**N**

now... [1] 25/11
numerous [1] 7/25
NW [2] 1/14 2/4

**O**

Oath [9] 3/22 3/23 9/6
15/7 17/1 17/5 17/9
18/22 21/15
obligation [1] 7/13
obligations [1] 13/7
obviously [4] 16/5 16/8
23/2 25/19
occurred [1] 28/5
off [1] 8/7
office [1] 18/8
officers [1] 5/24
official [2] 2/3 11/14
okay [23] 3/9 3/10 3/13
3/14 6/2 6/4 9/23 12/21
14/16 16/1 16/18 16/20
16/24 17/21 17/22
18/12 18/23 21/18
21/21 22/1 23/14 24/20
27/12
once [1] 19/12
one [11] 10/6 11/9
12/17 14/19 14/23
15/21 19/25 22/7 24/5
24/13 25/1
ones [1] 5/8
ongoing [1] 19/25
only [10] 7/19 8/2 19/9
20/17 20/18 21/14 25/9
25/16 25/21 26/1
order [4] 13/22 14/5
15/8 19/13
Orenberg [20] 1/16
1/17 3/6 3/21 4/4 4/22
5/6 8/25 12/3 12/14
13/2 13/11 16/2 19/11
20/6 20/9 20/21 22/5
23/8 24/17
Orenberg's [1] 23/3
orenberglaw.com [1]
1/19
other [6] 3/16 3/24
11/3 12/14 13/3 20/13
ought [2] 6/25 13/9
our [4] 11/17 16/10
18/8 26/24
ourselves [1] 15/13
out [12] 4/5 4/12 5/22
13/14 14/18 15/2 15/5
15/8 15/23 21/6 23/10
23/12
outside [1] 27/3
over [3] 9/25 19/10
19/12
overcome [1] 20/4

**P**

pages [2] 20/17 25/11
pandemic [1] 28/6
part [5] 3/25 17/5 17/9
22/19 25/20
partial [1] 4/9
particular [2] 4/23 5/8

past [2] 9/25 26/1
pattern [1] 3/16
PC [1] 1/17
pending [3] 3/16 8/23
15/19
Penellas [1] 4/6
people [2] 11/16 23/4
person [8] 12/8 12/25
12/25 13/7 13/7 13/12
14/22 14/22
personally [1] 10/9
pertain [1] 4/2
physically [1] 20/1
pick [1] 6/9
picking [1] 5/22
picture [1] 8/6
piece [1] 19/12
pieces [2] 6/23 7/19
Pike [1] 1/17
Pinellas [3] 15/20 21/5
24/17
ping [1] 16/16
Plaintiff [1] 1/4
please [6] 7/17 16/7
16/23 25/2 27/11 28/5
point [5] 22/7 24/25
25/2 25/7 26/20
position [2] 5/11 18/9
possession [2] 20/9
25/11
possessions [1] 4/11
possible [2] 10/6 26/3
possibly [1] 6/8
potential [1] 9/19
potentially [1] 7/23
power [1] 26/6
precise [1] 18/3
prepare [2] 17/10
19/13
preparing [3] 8/5 10/25
17/3
pretty [3] 18/25 21/25
23/23
Prettyman [1] 2/4
previous [1] 13/25
printing [1] 4/14
prior [1] 20/19
pro [8] 10/23 11/23
11/24 11/24 12/6 12/11
20/3 23/1
proceeding [1] 20/2
proceedings [5] 1/10
2/7 16/12 27/15 28/4
process [2] 6/11 19/25
produced [1] 2/7
product [1] 5/20
progress [1] 10/4
proposed [1] 14/3
prosecution [1] 8/7
prosecutor [1] 17/8
prosecutors [4] 8/1 8/3
25/8 25/15
provide [3] 4/20 7/11
7/13
provided [4] 3/21 3/22
20/12 20/15
public [1] 13/25

put [1] 18/4
putting [1] 6/19

**Q**

question [5] 8/25 18/3
18/21 19/2 22/3
questions [1] 16/23
quickly [1] 16/9
quite [1] 10/19

**R**

raises [1] 11/3
raising [1] 26/8
random [1] 5/25
rather [1] 7/1
re [1] 24/4
re-litigating [1] 24/4
reach [1] 4/5
ready [1] 12/10
really [2] 17/3 23/18
Realtime [1] 2/3
reason [1] 26/21
reasons [2] 5/11 5/13
recall [1] 19/23
receive [2] 8/19 9/8
10/1
received [3] 9/1 10/2
20/21
receiving [2] 13/4
18/17
recent [3] 9/6 16/18
27/12
recommended [1] 4/20
reconvene [1] 27/1
record [5] 22/7 22/13
26/1 26/5 28/3
recorded [1] 2/7
refer [2] 13/13 17/1
reference [2] 14/2
26/13
referenced [2] 10/1
19/2
references [1] 25/25
referencing [1] 25/15
referred [1] 17/2
referring [5] 5/15 12/3
17/8 19/15 19/23 25/21
26/16
regard [1] 10/8
regarding [1] 9/15
Registered [1] 2/2
relate [1] 12/5
related [4] 3/22 4/3
8/23 9/5
relating [2] 15/7 18/17
relative [1] 20/18
Relativity [5] 4/21 5/7
5/15 14/25 15/4
relevant [1] 7/12
remains [1] 27/3
remember [2] 20/24
26/18
remind [1] 20/23
remotely [1] 28/7
Report [2] 23/9 26/25
Reporter [4] 2/2 2/2
2/3 2/3

representation [1]
10/20
request [2] 6/25 7/3
7/3
requesting [1] 25/14
required [2] 6/22 7/11
research [1] 10/24
resolved [2] 13/10 26/9
respect [1] 15/9
retention [1] 22/10
review [2] 4/16 6/8
reviewing [1] 10/10
Rhodes [1] 18/6
right [16] 7/8 8/9 8/19
8/24 9/21 13/17 13/19
14/17 20/10 20/20
21/19 22/1 22/2 23/20
26/24 27/7
RMR [2] 28/2 28/11
Rockville [1] 1/17
rough [1] 5/20
rule [1] 6/22
rules [1] 11/5
rulings [1] 26/15

**S**

said [11] 5/9 6/20 7/5
7/9 10/21 10/23 12/18
19/16 19/19 22/4 27/10
say [3] 8/14 9/13 15/19
saying [4] 12/15 17/9
17/12 18/2
schedule [3] 14/10
16/11 26/24
scope [1] 8/18
scrap [1] 7/13
se [3] 11/24 20/3 23/1
sealed [1] 7/25
second [2] 11/13 14/21
second-chair [1] 14/21
secure [1] 27/6
securely [2] 4/7 4/8
security [2] 4/24 5/11
seditious [1] 7/24
see [10] 3/15 4/6 4/23
5/7 14/4 14/16 19/4
24/24 26/21 27/8
seem [2] 6/10 19/7
seems [3] 11/9 19/8
26/20
seen [1] 13/21
segregated [1] 21/23
send [1] 10/8
sending [1] 5/4
sense [2] 8/15 15/13
sensitive [13] 5/12
9/15 9/16 19/5 19/5
20/16 21/3 21/3 21/8
21/8 21/10 21/16 21/16
sent [2] 5/6 12/19
separate [1] 22/18
September [8] 15/16
15/22 15/23 17/20
17/20 20/19 27/1 27/3
series [1] 10/2
serving [1] 11/17
set [2] 15/12 15/15

settled [1] 26/20
share [2] 17/15 21/3
she [2] 9/14 12/19
short [2] 15/8 18/21
should [9] 8/19 13/1
14/3 17/13 18/25 19/3
19/19 20/10 23/23
show [1] 21/8
shows [1] 5/20
side [2] 5/24 6/19
simply [1] 10/18
since [4] 4/3 6/13 24/1
25/20
single [1] 19/12
sir [3] 3/11 16/23 25/2
situation [1] 8/6
six [2] 9/25 19/11
Sixth [1] 8/11
Sixth Amendment [1]
8/11
so [66]
So I think [2] 4/15 22/2
So this is [1] 10/3
solid [1] 18/25
solution [2] 4/9 23/21
some [8] 4/16 6/17
8/14 9/4 11/3 18/18
22/4 23/2
something [8] 3/24
8/17 9/17 10/3 10/11
15/15 23/8 24/21
somewhat [2] 4/5 4/7
12/4
sooner [1] 7/1
sort [2] 20/3 27/12
sound [1] 18/16
sounds [3] 15/6 17/25
23/21
speak [1] 23/19
specific [6] 6/23 9/1
20/8 20/21 21/10 21/23
specifically [1] 19/24
Speedy [2] 27/2 27/5
Speedy Trial Act [2]
27/2 27/5
spoke [1] 13/21
stand [5] 12/1 12/10
12/22 24/22 27/7
standby [2] 12/24 13/1
start [3] 3/18 4/16 4/25
state [1] 25/17
statement [1] 12/20
STATES [4] 1/1 1/3
1/11 3/3
status [12] 1/9 3/14
3/20 4/18 4/19 13/23
14/1 14/7 21/9 21/10
23/9 26/25
statute [2] 25/12 26/10
statutorily [1] 25/13
statutory [1] 25/17
stay [1] 13/2
stenography [1] 2/7
steps [1] 13/11
still [7] 3/15 9/14 13/18
13/18 15/21 21/11
23/11
stop [3] 25/15 25/21

**S**

stop... [1] 26/16
storing [1] 4/7
strategy [1] 6/12
strike [1] 26/4
struck [1] 26/1
subject [3] 18/14 26/9 28/6
subjects [1] 3/25
submit [2] 23/8 24/21
sufficient [1] 21/2
suggesting [1] 19/16
Suite [1] 1/18
supervision [1] 9/15
support [1] 11/6
sure [8] 6/13 10/19 11/5 11/16 14/6 19/15 22/23 25/3
suspect [1] 24/19
system [1] 11/17

**T**

tabs [1] 10/25
take [2] 5/2 13/11
taking [1] 8/5
talking [2] 14/3 20/13
technological [2] 23/23 28/7
tell [1] 10/5
tentatively [1] 15/19
terabytes [1] 9/10
term [1] 4/11
terms [6] 19/24 20/8 22/3 24/23 24/23 25/23
Terrific [1] 3/13
than [6] 6/21 7/1 7/11 8/17 13/3 20/13
Thank [5] 3/19 18/23 26/23 27/13 27/14
Thank you [4] 3/19 26/23 27/13 27/14
that [185]
that's [21] 4/13 4/16 7/14 8/19 8/23 9/17 10/21 11/20 12/12 14/23 15/2 15/17 18/13 19/25 20/17 21/13 22/17 23/22 24/12 26/3 26/24
their [4] 4/6 8/7 12/11 23/21
them [11] 4/22 5/9 10/8 11/11 11/13 12/17 13/13 13/13 16/16 25/21 26/15
then [14] 4/22 6/25 12/24 13/6 13/12 14/24 15/4 15/13 16/9 16/13 21/9 25/25 26/25 27/11
there [17] 4/11 5/12 5/25 6/23 12/22 14/4 14/17 16/6 16/11 16/12 17/12 17/15 17/16 18/4 18/4 23/2 27/10
there's [10] 4/1 5/11 6/6 6/17 9/10 16/8 17/18 18/9 18/18 26/5
therefore [3] 22/20

these [3] 5/24 10/15 10/17
they [20] 4/10 6/7 6/8 6/9 6/11 6/11 7/5 7/6 8/12 10/9 11/1 11/1 11/14 13/8 13/21 16/16 23/22 24/19 26/12 26/14
they're [3] 6/22 8/7 23/19
they've [1] 11/8
thing [1] 19/14
things [5] 3/15 5/1 22/3 24/22 24/25
think [13] 4/9 4/15 5/10 6/9 6/22 8/14 9/17 14/17 16/12 18/24 22/2 22/19 22/21
this [46]
This is [1] 3/3
those [10] 4/23 6/19 11/17 13/24 18/18 18/19 18/19 18/20 24/20 25/25
thought [1] 21/1
thousands [1] 6/1
three [1] 20/3
through [3] 6/9 6/18 27/3
thus [1] 9/1
time [9] 3/20 6/8 6/17 13/8 13/21 15/10 26/18 27/2 27/5
timeliness [1] 23/16
timely [1] 16/18
titled [1] 28/4
today [4] 11/4 14/4 20/14 26/18
together [2] 4/5 13/9
told [3] 10/5 12/7 24/3
too [2] 11/25 16/13
took [1] 19/21
top [1] 24/20
touch [1] 13/13
toward [1] 16/11
transcript [1] 1/9 2/7 28/3
transcription [1] 2/7
transfer [1] 5/13
trespassing [1] 8/4
trial [14] 3/17 13/18 13/22 14/5 14/14 15/14 16/11 16/12 17/20 17/23 25/9 25/9 27/2 27/5
tried [2] 20/24 20/25
truth [1] 24/3
try [1] 23/4
trying [3] 10/4 11/8 23/19
turns [1] 23/10
two [9] 8/4 10/6 10/23 12/14 14/17 14/24 17/17 22/17 24/10
type [2] 19/10 21/7

**U**

U.S [2] 17/8 22/18
U.S. [4] 6/6 7/23 8/3 22/20
U.S. Government [4] 6/6 7/23 8/3 22/20
ultimately [1] 8/16
under [3] 7/13 27/2 27/5
understand [8] 6/11 13/6 18/1 21/14 22/21 24/7 24/11 25/6
understandably [1] 18/13
understanding [5] 7/22 9/10 14/10 14/15 18/9
understands [1] 13/7
understood [1] 14/12
unexpected [1] 23/3
unfortunately [1] 21/6
UNITED [4] 1/1 1/3 1/11 3/3
United States of [1] 3/3
until [2] 15/3 27/6
up [6] 3/17 16/10 21/17 26/17 26/18 26/21
updates [1] 24/22
updating [1] 23/9
usdoj.gov [1] 1/15
using [2] 4/15 25/23

**V**

vague [1] 17/25
versus [1] 3/4
via [3] 1/10 3/7 4/12
vice [1] 12/12
videoconference [1] 3/7
videos [3] 5/3 5/4 6/1
view [2] 5/8 5/9 7/4 8/6 13/1 19/9
visibly [1] 7/20
visit [1] 10/9
vs [1] 1/5

**W**

want [5] 6/5 7/1 10/13 11/16 18/8
wanted [6] 4/3 4/23 5/8 5/9 5/23 12/8
wanting [1] 11/20
wants [1] 12/12
was [23] 4/19 6/13 6/14 7/4 9/9 11/25 13/22 13/23 13/24 19/1 19/12 20/12 20/15 20/16 20/18 21/1 21/6 21/7 21/10 23/25 24/9 24/10 25/23
Washington [3] 1/5 1/14 2/5
wasn't [1] 19/1
watch [1] 5/2
watched [1] 5/1
way [4] 11/6 18/4 19/21 21/23

we will [2] 27/1 27/8
we'll [6] 15/4 15/9 15/13 17/12 24/24 27/7
we're [14] 3/14 5/10 8/15 10/4 13/8 14/6 14/18 15/1 19/16 19/19 19/22 20/5 22/24 24/14
we've [5] 3/22 4/4 19/12 20/3 20/13
weeks [3] 3/17 9/25 14/19 23/1 26/25
weird [1] 17/25
well [23] 3/24 5/10 6/16 8/1 8/15 11/3 11/8 11/19 12/22 14/17 16/2 17/12 19/3 19/7 19/8 19/19 19/22 20/20 22/17 24/5 25/4 26/12 27/8
went [1] 21/5
were [5] 5/20 5/25 23/2 23/3 25/23
what [26] 4/6 4/23 6/6 6/12 6/14 7/1 7/6 7/6 7/10 7/18 8/18 8/18 9/5 10/5 10/21 11/11 12/3 12/12 12/15 14/10 18/1 19/15 19/23 21/22 24/15 24/15
what's [5] 10/25 16/17 21/9 21/10 24/4
whatever [1] 13/14
when [5] 11/23 11/24 19/16 23/25 26/13
whenever [2] 15/3 17/12
where [17] 3/15 4/12 5/20 8/15 8/19 9/12 12/22 13/17 15/14 19/3 19/17 19/19 20/1 22/3 22/22 24/22 24/25
whereas [1] 6/14
whether [2] 23/12 26/18
which [9] 3/16 4/19 5/8 13/24 17/5 20/17 21/7 25/12 25/22
who [8] 5/25 10/7 12/23 12/25 13/6 13/12 19/1 19/1
who've [1] 18/19
why [8] 3/18 15/12 15/12 15/14 15/15 22/21 26/10 26/21
will [10] 12/19 14/3 14/4 14/8 15/24 16/19 21/22 21/23 27/1 27/8
William [3] 2/2 28/2 28/11
willing [1] 12/10
wishes [1] 14/25
without [1] 11/6
won't [2] 15/2 24/19
work [7] 5/20 6/18 10/4 16/3 21/6 23/4 24/17
working [8] 5/19 15/8 20/5 20/6 21/11 22/5

works [1] 15/16
worn [1] 5/23
would [24] 4/25 5/2 6/7 7/18 7/18 8/2 8/18 16/23 17/10 18/5 18/8 18/10 18/24 21/2 23/6 23/7 23/15 25/2 25/4 25/6 25/7 25/21 25/25 26/15
writing [1] 7/3
wrong [1] 19/21

**Y**

Yeah [3] 6/3 10/13 19/18
yes [7] 3/12 13/16 16/4 20/22 21/13 21/20 21/25
yesterday [1] 10/3
yet [5] 9/3 17/4 17/11 19/4 19/8
York [1] 1/14
you [90]
you know [2] 6/16 11/16
you'll [1] 24/17
you're [12] 7/16 8/18 12/15 19/15 19/16 19/23 20/2 20/2 20/6 24/5 24/8 24/11
you've [6] 6/24 11/6 12/13 16/14 20/5 23/1
your [43]
Your Honor [36]

**Z**

Zaremba [3] 2/2 28/2 28/11
ZOOM [1] 1/10