Use Tab key to move from field to field on this form.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  1:21-cr-00609

JEREMY BROWN
           (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Dan Eckhart, FL Bar No. 0488674
(Attorney & Bar ID Number)

Dan Eckhart Law
(Firm Name)

200 E. Robinson St., Ste. 1150
(Street Address)

Orlando            FL            32801
(City)            (State)         (Zip)

352 255 5004    407 276 0500
(Telephone Number)