NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.    Criminal Number  1:21-cr-00609

JEREMY BROWN
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

David R. Bigney, FL Bar No. 132454
*(Attorney & Bar ID Number)*

Bigney Law Firm
*(Firm Name)*

215 E. Livingston Street
*(Street Address)*

Orlando           FL           32801
*(City)*        *(State)*      *(Zip)*

407.425.6068
*(Telephone Number)*