UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 21-CR-00609(APM) |
| ) | |
| v. ) | Judge Amit P. Mehta |
| ) | |
| JEREMY BROWN ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel respectfully move the Court to be substituted as the attorneys of record for Defendant Jeremy Brown. The undersigned were recently retained by Mr. Brown and are admitted to practice before the United States Court for the District of Columbia and are members in good standing with the Florida Bar. Attorney Orenberg, who is CJA counsel, would be relieved of any further responsibility for the case.

Respectfully submitted,

By:  /s/ *Dan Eckhart*  /s/ *David Bigney*
DAN ECKHART, Esq.  DAVID BIGNEY, Esq.
FL Bar No. 488674  FL Bar No: 132454
200 E. Robinson St., Ste. 1150  215 East Livingston Street
Orlando, FL. 32801  Orlando, Florida, 32801
dan@daneckhartlaw.com  dbigney@bigneylaw.com
(407) 276-0500  (407) 425-6068

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the Electronic Case Filing (ECF) System.

By:  /s/ *Dan Eckhart*  /s/ *David Bigney*
DAN ECKHART  DAVID BIGNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEREMY BROWN )<br>)<br>) | Case No. 21-CR-00609 (APM) |

### ORDER FOR SUBSTITITION OF COUNSEL

Upon consideration of the Defendant's Motion of Substitution of Counsel, it is hereby

### ORDERED

that the Motion be **GRANTED** and that attorneys Dan Eckhart and David Bigney be substituted as the attorneys of record and attorney Orenberg is relieved of his duties as CJA counsel.

**SO ORDERED**

_____   _____
DATE                                                          **HONORABLE AMIT P. MEHTA**
                                                                        **UNITED STATES DISTRICT JUDGE**