# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 21-CR-00609 (APM) |
| v. ) | |
| JEREMY BROWN ) | |

## ORDER FOR SUBSTITITION OF COUNSEL

Upon consideration of the Defendant's Motion of Substitution of Counsel, it is hereby

### ORDERED

that the Motion be **GRANTED** and that attorneys Dan Eckhart and David Bigney be substituted as the attorneys of record and attorney Orenberg is relieved of his duties as CJA counsel.

**SO ORDERED**

_____  _____
DATE                                                        **HONORABLE AMIT P. MEHTA**
                                                                     **UNITED STATES DISTRICT JUDGE**