IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-00609-APM |
| v. | : | |
| JEREMY BROWN, | : | |
| Defendant. | : | |

## STATUS REPORT

At the request of the court, the United States provides the following information concerning the defendant's pending matter in the Middle District of Florida, where he is currently detained. Defendant Brown is set to proceed to trial on December 5, 2022. Defendant Brown has also retained new attorneys for the District of Columbia case. The undersigned attorney is currently in trial before your honor, but will make every effort possible to produce a full updated copy of the discovery in the Brown case, and the related matter of US v. Rhodes, to new defense counsel within the week.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/_____

1

Louis Manzo
Special Assistant United States Attorney
MA Bar No. 688337
Ahmed M. Baset
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530