UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case No. 21-CR-00609(APM) |
| v. | ) ) | **Judge Amit P. Mehta** |
| **JEREMY BROWN** | ) ) ) ) | |

## MOTION FOR ADDITIONAL TIME TO RESPOND

The undersigned counsel, Dan Eckhart, respectfully moves the Court for an additional (10) ten days to respond to the United States' Motion For Joinder of Cases For Trial. Dkt. 32. The Motion was filed on March 1, 2023 and a response is due before March 15, 2023. Mr. Bigney is out of the country and returns March 13th and the undersigned will be on vacation with his family from March 13th to March 17th (Spring Break for schools in Florida). The undersigned consulted with AUSA Kate Rakoczy on she had no objection to the relief requested.

Respectfully submitted,

By:  /s/ *Dan Eckhart*                    /s/ *David Bigney*
     DAN ECKHART, Esq.              DAVID BIGNEY, Esq.
     FL Bar No. 488674                  FL Bar No: 132454
     200 E. Robinson St., Ste. 1150  215 East Livingston Street
     Orlando, FL. 32801                 Orlando, Florida, 32801
     dan@daneckhartlaw.com      dbigney@bigneylaw.com
     (407) 276-0500                        (407) 425-6068

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the Electronic Case Filing (ECF) System.

By:  /s/ *Dan Eckhart*                    /s/ *David Bigney*
     DAN ECKHART                       DAVID BIGNEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JEREMY BROWN** | ) <br> ) Case No. 21-CR-00609 (APM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER FOR ADDITIONAL TIME TO RESPOND

Upon consideration of the Defendant's Motion For Additional Time to Respond, it is hereby

### ORDERED

that the Motion be **GRANTED** and the Defendant has until March 25, 2023 to respond the United States' Motion For Joinder of Cases For Trial.

**SO ORDERED**

_____  
DATE

_____  
**HONORABLE AMIT P. MEHTA**  
**UNITED STATES DISTRICT JUDGE**