UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY BROWN,<br><br>              Defendant. | No. 1-21-cr-609-APM<br><br>Hon. Judge Amit P. Mehta |

### ORDER

Upon consideration of the *Defendant's Emergency Motion to Remain in the Citrus County, Florida, Jail, Pending Trial*, it is hereby:

**ORDERED**, that the United States Marshals Service shall Continue to Confine Mr. Brown at the Citrus County, Florida, Jail pending trial and the Defendant's Motion is **GRANTED.**


**SO ORDERED**                                                            **Hon. Judge Amit P. Mehta**
                                                                  **UNITED STATES DISTRICT JUDGE**