IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                                 Case No.:  1:21-cr-00609-APM-1

JEREMY BROWN.
_____/

## NOTICE OF APPEARANCE
## OF COUNSEL

TO:    ANGELA CAESAR, CLERK

    You are hereby notified that I, Maria T. Rodriguez, appear for the Defendant in the above entitled action and file this Notice of Appearance today per the Court's directive.

                                                                        */S/ Maria T. Rodriguez*

                                                                        Maria T. Rodriguez

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance of Counsel has been furnished via Electronic Filing to AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 17th day of May, 2023.

                                                                        */S/ Maria T. Rodriguez*

                                        Maria T. Rodriguez, Attorney at Law
                                        P.O. Box 2176
                                        Tarpon Springs, FL 34688
                                        Tel:  (727) 238-2342
                                        Fla. Bar No.:  168180 / US FL MD AND SD
                                        Email:  attorneymariar@aol.com