## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-609 (APM) |
| : | |
| JEREMY BROWN, : | |
| : | |
| Defendant. : | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Alexandra S. Hughes, Assistant United States Attorney, as co-counsel for the United States in the above-captioned case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:  /s/ *Alexandra S. Hughes*
ALEXANDRA S. HUGHES,
D.C. Bar. No. 1531596
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7793
Alexandra.Hughes@usdoj.gov