IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   Case No.:  1:21-cr-00609-APM-1

v.

JEREMY BROWN.
_____/

**MOTION FOR AN EXTENSION OF TIME TO FILE**

COMES NOW Jeremy Brown, via undersigned counsel, and moves this Honorable Court to extend the time to file Federal Rule of Criminal Procedure 12(b)(3)(A)(D) motion(s) from June 26th, 2024 to July 11th, 2024 and as grounds for the extension states as follows:

1. Trial is scheduled in this matter for September 4th, 2024.

2. Counsel has been awaiting Defendant's response Brief out of the 11th Circuit Court of Appeals in Case No. 23-11146-HH.

3. Appellate counsel for Mr. Brown has filed three continuance requests in the 11th Circuit Court in which to file his response brief.   Defendant's brief is now due July 3rd, 2024.

4. It is necessary for defense counsel to review Defendant's reply brief out of the 11th Circuit Court of Appeals so as to prepare a Rule 12 suppression motion in this matter.

5. Counsel continues to recuperate throughout the month of June.

6. No prejudice will come to Defense or Government with the granting of a short extension of time in which to file Rule 12 motion(s).

7. The Government is unopposed to this request for an extension of time to file Rule 12 motion(s) from June 26th, 2024 to July 11th, 2024.

8. Defense counsel and Government agree that if a suppression motion requires hearing that said suppression motion be heard at trial readiness on August 29th, 2024 as opposed to July 25th, 2024.

9.  Counsel for Jeremy Brown asserts this Motion for Extension of Time to File is filed in good faith and not for any purpose of frustration or undue delay.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Unopposed Motion for Extension of Time to File from June 26th, 2024 to July 11th, 2024 and enter its Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to File has been furnished via Electronic Filing to Louis Manzo, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 25th day of June, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180
US FL MD, US FL SD, AND US DC
Email:  attorneymariar@aol.com