IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           Case No.:  1:21-cr-00609-APM-1

v.

JEREMY BROWN.
_____/

## **MOTION FOR AN EXTENSION OF TIME TO FILE (UNOPPOSED)**

COMES NOW Jeremy Brown, via undersigned counsel, and moves this Honorable Court to extend the time to file Federal Rule of Criminal Procedure 12(b)(3)(A)(D) motion(s) from July 11th, 2024 to July 18th, 2024 and as grounds for the extension states as follows:

1. Trial is scheduled in this matter for September 4th, 2024.

2. Counsel has been awaiting Defendant's response Brief out of the 11th Circuit Court of Appeals in Case No. 23-11146-HH.

3. This Court entered its Minute Order on June 26th, 2024 granting an extension of time to file a suppression motion in this matter from June 26th, 2024 to July 11th, 2024 due to the appellate reply brief out of the 11th Circuit Court of Appeals being due on July 3rd, 2024 after a third extension request was granted to appellate counsel.  (See attached 11th Circuit Court of Appeals Docket for Case No. 23-11146).

4. Appellate counsel for Mr. Brown filed his fourth continuance request in the 11th Circuit Court on July 3rd, 2024 in which to file his response brief.  Appellate counsel will now be filing Defendant's response brief on July 15th, 2024 as confirmed by his office on July 8th, 2024.

5. It is necessary for defense counsel to review Defendant's reply brief out of the 11th Circuit Court of Appeals so as to properly prepare a Rule 12 suppression motion in this matter and/or a stay.

6. No prejudice will come to Defense or Government with the granting of a short extension of time in which to file Rule 12 motion(s) to July 18th, 2024.

7. The Government is unopposed to this request for an extension of time to file Rule 12 motion(s) from July 11th, 2024 to July 18th, 2024.

8. Defense counsel and Government agree that if a suppression motion requires hearing that said suppression motion be heard at trial readiness on August 29th, 2024 as opposed to July 25th, 2024.

9. Counsel for Jeremy Brown asserts this Motion for Extension of Time to File is filed in good faith and not for any purpose of frustration or undue delay.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Motion for Extension of Time to File from July 11th, 2024 to July 18th, 2024 and enter its Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to File has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Eli Ross, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 9th day of July, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180
US FL MD, US FL SD, AND US DC
Email: attorneymariar@aol.com