If you view the [ Full Docket ] you will be charged for 3 Pages $0.30

**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 23-11146<br>USA v. Jeremy Brown<br>**Appeal From:** Middle District of Florida<br>**Fee Status:** Fee Paid | **Docketed:** 04/10/2023 |

**Case Type Information:**
   **1)** Criminal
   **2)** Direct Criminal
   **3)** -

**Originating Court Information:**
   **District:** 113A-8 : 8:21-cr-00348-SCB-SPF-1
   **Court Reporter:** Claudia Margaret Fry
   **Court Reporter:** Tana J. Hess
   **Court Reporter:** Rebekah Lockwood
   **Court Reporter:** Melissa Pierson
   **Court Reporter:** David Walker-Collier
   **Sentencing Judge:** Susan C. Bucklew, Senior U.S. District Court Judge
   **Date Filed:** 10/19/2021
   **Date NOA Filed:**
   04/09/2023

| | | |
|---|---|---|
| 01/19/2024 | 37 | Received paper copies of EAppendix filed by Appellee USA. 1 VOLUMES - 2 COPIES [Entered: 01/23/2024 01:50 PM] |
| 01/23/2024 | 38 | *MOTION for extension of time to file reply brief to 03/07/2024 filed by Jeremy Brown. Motion is Unopposed. [38]* [23-11146] (ECF: Michael Ufferman) [Entered: 01/23/2024 05:15 PM] |
| 01/23/2024 | 39 | *ORDER: Motion for extension to file reply brief filed by Appellant Jeremy Brown is GRANTED by clerk [38]. Reply brief due on 03/07/2024.* **Any request for a second or subsequent extension of time shall be subject to 11th Cir. R. 31-2(d).** *[Entered: 01/24/2024 08:48 AM]* |
| 03/07/2024 | 40 | *MOTION for extension of time to file reply brief to 04/22/2024 filed by Jeremy Brown. Motion is Unopposed. [40]* [23-11146] (ECF: Michael Ufferman) [Entered: 03/07/2024 01:05 PM] |
| 03/08/2024 | 41 | ORDER: The motion for an extension of time to and including April 22, 2024 to file Appellant's reply brief is GRANTED. [40] ELB (See attached order for complete text) [Entered: 03/08/2024 03:51 PM] |
| 04/22/2024 | 42 | *MOTION for extension of time to file reply brief to 06/03/2024 filed by Jeremy Brown. Motion is Unopposed. [42]* [23-11146] (ECF: Michael Ufferman) [Entered: 04/22/2024 12:28 PM] |
| 04/25/2024 | 43 | ORDER: The motion for an extension of time to and including June 3, 2024 to file Appellant's reply brief is GRANTED. [42] ELB (See attached order for complete text) [Entered: 04/25/2024 09:22 AM] |
| 06/03/2024 | 44 | *MOTION for extension of time to file reply brief to 07/03/2024 filed by Jeremy Brown. Motion is Unopposed. [44]* [23-11146] (ECF: Michael Ufferman) [Entered: 06/03/2024 04:47 PM] |
| 06/11/2024 | 45 | ORDER: The motion for an extension of time to and including July 3, 2024 to file Appellant's reply brief is GRANTED. [44] ELB (See attached order for complete text) [Entered: 06/11/2024 08:46 AM] |
| 07/03/2024 | 46 | *MOTION for extension of time to file reply brief to 07/15/2024 filed by Jeremy Brown. Motion is Unopposed. [46]* [23-11146] (ECF: Michael Ufferman) [Entered: 07/03/2024 10:49 AM] |

**PACER Service Center**

**Transaction Receipt**

07/08/2024 09:10:45

| **PACER Login:** | attorneymariar | **Client Code:** | |
|---|---|---|---|
| **Description:** | Case Summary | **Search Criteria:** | 23-11146 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |