IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                Case No.:  1:21-cr-00609-APM-1

v.

JEREMY BROWN.
_____/

### MOTION FOR AN EXTENSION OF TIME TO FILE (UNOPPOSED)

COMES NOW Jeremy Brown, via undersigned counsel, and moves this Honorable Court to extend the time to file Federal Rule of Criminal Procedure 12(b)(3)(A)(D) motion(s) from July 18th, 2024 to July 22nd, 2024 and as grounds for the extension states as follows:

1. Trial is scheduled in this matter for September 4th, 2024.

2. The Court granted defense a short extension from July 11th to July 18th to file the motion as the reply brief in the Middle District was due July 15th.

3. Counsel has had the flu since Monday and has not been able to attend local hearings.  Nor has counsel had the opportunity to visit Mr. Brown at Citrus Correctional to finalize the motion(s).

4. Counsel will schedule visitation with Mr. Brown for this weekend and will file the motion(s) on Monday, July 22nd, 2024.

5. No prejudice will come to Defense or Government with the granting of a short extension of time in which to file Rule 12 motion(s) to July 22nd, 2024.

6. The Government is unopposed to this request for an extension of time to file Rule 12 motion(s) from July 18th, 2024 to July 22nd, 2024.

7. Defense counsel and Government agree that if a suppression motion requires hearing that said suppression motion be heard at trial readiness on August 29th, 2024.

8. Counsel for Jeremy Brown asserts this Motion for Extension of Time to File is

filed in good faith and not for any purpose of frustration or undue delay.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Motion for Extension of Time to File (Unopposed) from July 18th, 2024 to July 22nd, 2024 and enter its Order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to File has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Eli Ross, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 17th day of July, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180
US FL MD, US FL SD, AND US DC
Email:  attorneymariar@aol.com