

STATE OF FLORIDA
# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

www.flgov.com
850-717-9418

**RON DESANTIS**
GOVERNOR

January 29, 2024

▮

St. Petersburg, FL 33710

Re:   Public Records Request

Greetings,

    The Governor's Office of Open Government is in receipt of your request for records, a copy of which is enclosed for your reference.

    If there is a fee associated with your request, you will be provided with a fee estimate for your review. Thank you for contacting the Executive Office of the Governor.

                                      Sincerely,

                                      Office of Open Government
                                      Executive Office of the Governor

# Thompson, Isabel

| | |
|---|---|
| **From:** | Online, Dynamics |
| **Sent:** | Saturday, January 27, 2024 7:57 AM |
| **To:** | Desantis.OpenGovernment |
| **Subject:** | New PR Request added from Web   tag: EOG:000087678 |
| **Categories:** | Open PRR |

A new request has been added on the web site:

Description:
I am requesting all the following documents that were in existence during the above timeframe: a copy of the extradition warrant signed by Governor DeSantis and the supporting documentation authorizing the federal government to take Jeremy Brown into custody on September 30, 2021, in Tampa, Florida, based on an Information signed by a federal magistrate in the District of Columbia for allegedly committing two non-violent misdemeanors; any correspondence, in any format, received from the federal government, its agencies, and its agents pertaining to Mr. Brown's extradition; any correspondence, in any format, from any person in the Executive Branch of the State of Florida sent to any agent of the federal government pertaining to Mr. Brown's extradition; any intra department/agency communications, in any format, between officials and or employees of the Executive Branch pertaining to Mr. Brown's extradition; any correspondence, in any format, sent to Sheriff Chad Cronister or any other representative of the Hillsborough County Sheriff's Office from any person in the Executive Branch pertaining to the extradition of Jeremy Brown; and any correspondence, in any format, received from Sheriff Chad Cronister or any other representative of the Hillsborough County Sheriff's Office pertaining to the extradition of Jeremy Brown.

---------------------------

Click to access record in Dynamics

First Name:
Last Name:
Email:

1

# From Desantis . . . Fw: Atty. Maria T. Rodriguez / Time Sensitive

| | |
|---|---|
| From | attorneymaria▮ |
| To | chris.hedges▮ |
| Date | Wednesday, April 10th, 2024 at 11:42 AM |

see email below.

Maria T. Rodriguez, Esq.
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: ▮

**CONFIDENTIALITY NOTE:**
Unauthorized interception, use, and disclosure of this message is a violation of the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2707-2709. This message may also be protected by the attorney-client and/or attorney work product privileges. Any disclosure, copying, distribution or use of confidential information contained in or attached to this message is strictly prohibited by anyone other than the intended recipient of this message. Please notify us immediately if you have received this message in error. There is no intent on the part of the sender to waive any privilege that may attach to this communication and no transmission of underlying code or metadata is intended. Thank you for your cooperation.

----- Forwarded Message -----
**From:** Desantis.OpenGovernment ▮
**To:** 'attorneymaria▮
**Sent:** Wednesday, April 10, 2024 at 09:44:39 AM EDT
**Subject:** RE: Atty. Maria T. Rodriguez / Time Sensitive

Good morning,

The Governor's Office has no responsive records for this request. Thank you for contacting the Office of Open Government.

Sincerely,

Office of Open Government

**From:** attorneymaria▮
**Sent:** Tuesday, April 9, 2024 11:40 AM
**To:** Desantis.OpenGovernment ▮
**Subject:** Atty. Maria T. Rodriguez / Time Sensitive

Good morning:

My name is Maria T. Rodriguez and I represent Jeremy Brown in his federal District of Columbia case. The purpose of this communication is to follow-up on the Public Records Request made January 27th, 2024 reference Jeremy Brown in which your office responded on January 29th, 2024 **(EOG: 000087678).**

Pursuant to your January 29th correspondence, you were to advise if there is a fee associated with the request and that a fee estimate would be provided for review.

As a significant period of time has transpired, I am demanding your Office provide the information requested on January 27th, 2024 at earliest.

If you need anything further from me, do not hesitate to respond to this email.

Thank you,

Maria T. Rodriguez, Esq.

P.O. Box 2176

Tarpon Springs, FL 34688

▉▉▉▉▉▉▉▉

FBN:   168180 / U.S. District of Columbia

**CONFIDENTIALITY NOTE:**
Unauthorized interception, use, and disclosure of this message is a violation of the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2707-2709. This message may also be protected by the attorney-client and/or attorney work product privileges. Any disclosure, copying, distribution or use of confidential information contained in or attached to this message is strictly prohibited by anyone other than the intended recipient of this message. Please notify us immediately if you have received this message in error. There is no intent on the part of the sender to waive any privilege that may attach to this communication and no transmission of underlying code or metadata is intended. Thank you for your cooperation.
Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.