IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                  Case No.:  1:21-cr-00609-APM-1

v.

JEREMY BROWN.

_____/

## NOTICE OF ADDITIONAL EXHIBITS

**COMES NOW Jeremy Brown**, via undersigned counsel, and files this Notice of Additional Exhibits to the Motion for Stay of Proceedings (Temporary) filed July 22nd, 2024 (ECF #61) as follows:

1. The Motion for Stay of Proceedings (Temporary) (ECF #61) included an attached proposed Motion to Suppress.

2. The Motion to Suppress included Exhibits A and D but not Exhibit B – Affidavit for Search Warrant and Exhibit C – NTOC/FBI Assessment.

3. Said Exhibits are attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Additional Exhibits has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Eli Ross, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 24th day of July, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180
US FL MD, US FL SD, AND US DC
Email:  attorneymariar@aol.com