

FD-1036 (Rev 10-16-2009)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
**Import Form**

**Form Type:** FD-71A - Guardian Complaint Form          **Date:** 01/13/2021

**Title:** U Jeremy Michael Brown Recruiting Members and Planning for Civil War in Tampa, FL (TP).

**Approved By:** SHANNON KELLY H

**Drafted By:** SHANNON KELLY H

**Case ID #:** ▮▮▮▮▮▮   (U) Jeremy Michael Brown Recruiting Members and Planning for Civil War in Tampa, FL (TP).

**Synopsis:** U DOCUMENT SYNOPSIS CREATED ON 01-13-2021 04:13 PM--SEE GUARDIAN 690384_TP FOR CURRENT ASSESSMENT DATA.
On 11/18/2020, at 1:04 PM ▮▮▮▮▮▮ cellular telephone number ▮▮▮▮▮▮, date birth ▮▮▮▮▮▮, residential address ▮▮▮▮▮▮ called the FBI National Threat Operations Center (NTOC) to report Jeremy Brown, date of birth 10/01/1974, telephone number 813-860-4564, address 4804 10th Ave. South, Tampa, FL 33619, Twitter usernames, JMB5GirlDaddy and BrownUSCongress, for recruiting people and planning for a civil war.

▮▮▮▮▮▮ provided the following information:

On 11/17/2020, Brown had a talk with ▮▮▮▮▮▮, about bringing the RV to the property of ▮▮▮▮▮▮, telephone number ▮▮▮▮▮▮. Brown had told the ▮▮ how he was wanting to put cameras up on the property and have people to the property so Brown could interview them. ▮▮▮▮ believes Brown could be apart of the Oath Keepers or the proud boys; however not sure which one. While Brown was talking to ▮▮▮▮, he was trying to recruit him as well.

After ▮▮▮▮ heard what Brown was planning, he stated this was not going to happen due to not knowing these strangers coming to the property, as the property is very secluded. ▮▮▮▮ believes Brown has been

UNCLASSIFIED//FOUO



UNCLASSIFIED//FOUO

Title: U Jeremy Michael Brown Recruiting Members and Planning for Civil War in Tampa, FL (TP).
Re: ▮▮▮▮▮▮▮, 01/13/2021

doing zoom calls and Brown knows there will be a Civil War soon.

▮▮▮ stated Brown is ex-military, former Congress Candidate, and has been Baker Acted a couple of times because he was suicidal. He does have several weapons, and were taken away from him a couple of times. ▮▮▮ believes he has AK 15s and Pistols.

Brown has had zoom calls with people online about this.

▮▮▮ has had to file a restraining on Brown and has tried to tell ▮▮▮ who is dating Brown what ▮▮▮ sees.

▮▮▮▮▮ would like their identities to be protected as ▮▮▮ believes Brown is not stable.

Database queries:

A LexisNexis Accurint query for (813) 860-4564 revealed Jeremy Michael Brown, date of birth 10/01/1974, telephone number 813-442-8375, residential address 4804 10th Ave. S, Tampa, FL 33619.

An Open Source query for Twitter Usernames JMB5Girldaddy and BrownUSCongress revealed positive matches of showing the profile pages.

An NCIC query for Jeremy Michael Brown and date of birth 19741001 revealed inconsistencies in NCIC and based on the information it may or may not be him.

A Guardian and Sentinel queries for Jeremy Michael Brown and date of birth 10/01/1974 revealed zero results.

A DIVS queries for Jeremy Michael Brown and date of birth 10/01/1974 revealed two results, could be positive results.

A Guardian, Sentinel, and DIVS queries for 813-860-4564 revealed zero results.

DISC-01181



UNCLASSIFIED//FOUO

Title:  U Jeremy Michael Brown Recruiting Members and Planning for Civil War in Tampa, FL (TP).
Re: ███████████, 01/13/2021

A Guardian, Sentinel, and DIVS queries for ███████ and date of birth ███████ revealed zero results.

A Guardian query for ███████ revealed zero results.

A Sentinel query for ███████ revealed two results, both in the Tampa Field Office.

A DIVS query for ███████ revealed five results with text only.

**Enclosure(s):** Enclosed are the following items:
1. U Twitter for Jeremy Michael Brown- username BrownUSCongress.PNG
2. U Contents of Submission
3. U Twitter for Jeremy Michael Brown - user name JMB5Girldaddy.PNG
4. U Jeremy Brown social media
5. U Picture

◆◆

DISC-01182

UNCLASSIFIED//FOUO

Generated: 01/13/2021 4:13 PM EST

### Incident Summary

(U) Jeremy Michael Brown Recruiting Members and Planning for Civil War in Tampa, FL (TP).

 CTD

| | |
|---|---|
| Jeremy Michael Brown<br>HQ-CTD-492-II-21<br>(U//FOUO) Anti-Government or Anti-Authority Violent Extremism | Status: Closed (on 01/13/2021)<br>No identified threat to national security was found at this time. If further information is received, this assessment may be re-opened in accordance with DIOG Section 5. |

(U) Jeremy Michael Brown (Approx. Age 46)
Subject Type: Main
Locations: (U) 4804 10th Ave South Tampa Florida 33619-___
Other
4804 10th Ave South Tampa, Florida 33619-___
NaNNaN
Contact Information: (U) 8138604564
Attachments: Brown_DL_690384 TP_1605884462438.png (77.9 KB)
Picture



### Program Measures

| Draft Measure | Action Measure | 180 Day Measure |
|---|---|---|
| N/A | N/A | 9 |

### Mitigation

| | |
|---|---|
| | |

 Counterterrorism

Type 1/Type 2

Threat to Life:
Report Type: Other
Program: DTOS/DTOU
Management
Observed: 11/18/2020 01:04:49 PM
Time Zone: GMT -05:00
Receipt Method: Telephone
eGuardian ID: DCFBIWAE1-2020-33411
Field Office:
Assigned Squad:
Approver(s):
Report Creator:
Report Owner:
Authorized
Purpose: To determine if any credible threat exists in light of new information obtained on captioned subject.
Sentinel Case:

### Baseline Collection Database/Resource Queries

| Date Last Checked | Database |
|---|---|
| 11/23/2020 | BaseJumper |
| 11/23/2020 | CHS Check (CFU) |
| 11/23/2020 | DIVS |
| 11/23/2020 | DWS |
| 11/23/2020 | DaLas |
| 01/05/2021 | Guardian |
| 11/23/2020 | NetTalon |
| 12/09/2020 | Other |
| 11/23/2020 | Photographic Web Sites |
| 11/23/2020 | Sentinel |
| 01/11/2021 | Social Media |

Baseline Compliant ☐

### Baseline Collection Plan - Authorized Methods Utilized

| Date Last Checked | Technique Utilized |
|---|---|
| 01/05/2021 | Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel. |
| 01/13/2021 | Administrative note for informational purposes. |
| 12/09/2020 | Interview or request information from members of the public and private entities. |
| 01/11/2021 | Use online services and resources (whether nonprofit or commercial). |

Baseline Compliant

UNCLASSIFIED//FOUO

(U) On 11/18/2020, at 1:04 PM ███████████████████ cellular telephone number ███████████ date birt ███████████ ███████ called the FBI National Threat Operations Center (NTOC) to report Jeremy Brown, date of birth 10/01/1974, telephone number 813-860-4564, address 4804 10th Ave. South, Tampa, FL 33619, Twitter usernames, JMB5GirlDaddy and BrownUSCongress, for recruiting people and planning for a civil war.

███████ provided the following information:

On 11/17/2020, Brown had a talk with ███████ about bringing the RV to the property of ███████ telephone number ███████ Brown had told the ██ how he was wanting to put cameras up on the property and have people to the property so Brown could interview them. ███████ believes Brown could be apart of the Oath Keepers or the proud boys; however not sure which one. While Brown was talking to ███████ he was trying to recruit him as well.

After ███████ heard what Brown was planning, he stated this was not going to happen due to not knowing these strangers coming to the property, as the property is very secluded. ███████ believes Brown has been doing zoom calls and Brown knows there will be a Civil War soon.

Boyce stated Brown is ex-military, former Congress Candidate, and has been Baker Acted a couple of times because he was suicidal. He does have several weapons, and were taken away from him a couple of times. ███████ believes he has AK 15s and Pistols.

Brown has had zoom calls with people online about this.

███████ has had to file a restraining on Brown and has tried to tell ███████, who is dating Brown what Boyce sees.

███████ would like their identities to be protected as ███████ believes Brown is not stable.

Database queries:

A LexisNexis Accurint query for (813) 860-4564 revealed Jeremy Michael Brown, date of birth 10/01/1974, telephone number 813-442-8375, residential address 4804 10th Ave. S. Tampa, FL 33619.

An Open Source query for Twitter Usernames JMB5Girldaddy and BrownUSCongress revealed positive matches of showing the profile pages.

An NCIC query for Jeremy Michael Brown and date of birth 19741001 revealed inconsistencies in NCIC and based on the information it may or may not be him.

A Guardian and Sentinel queries for Jeremy Michael Brown and date of birth 10/01/1974 revealed zero results.

A DIVS queries for Jeremy Michael Brown and date of birth 10/01/1974 revealed two results, could be positive results.

A Guardian, Sentinel, and DIVS queries for 813-860-4564 revealed zero results.

A Guardian, Sentinel, and DIVS queries for ███████ and date of birth ███████ revealed zero results.

A Guardian query for ███████ revealed zero results.

A Sentinel query for ███████ revealed two results, both in the Tampa Field Office.

A DIVS query for ███████ revealed five results with text only.

**Subjects**

(U) Jeremy Michael Brown (Approx. Age 46)
Subject Type:    Main
Locations:       (U) 4804 10th Ave South Tampa Florida 33619- ___

UNCLASSIFIED//FOUO

Other
4804 10th Ave South
Tampa, Florida 33619-___
NaNNaN

Contact Information: (U) 8138604564

Attachments: (U) Brown_DL_690384_TP_1605884462438.png (77.9 KB)
Picture

Witnesses

Witness Type: Private Citizen
Contact Information:



Witness Type: Private Citizen
Locations:

Contact Information:

(U) Untitled
Other

NaNNaN



Contents of Submission

Twitter for Jeremy Michael Brown- username BrownUSCongress.PNG

Twitter for Jeremy Michael Brown - user name JMB5Girldaddy.PNG

(U) Incident additional information

Description: Submitting Organization Details
ORI: DCFBIWAE1
Name: National Threat Operations Center
Phone: Local FBI Office
Email: Contact Local FBI Office
Phone 2: 304-625-0990
Phone 3: DCFBIWAE1
Agency Name 1: Federal
Agency Name 2: Contact Local FBI Office
Agency Name 3: National Threat Ops. Center
Street Number: 1000
Street Name: Custer Hollow Road
City: Clarksburg
State: WV
Country: USA
Zip Code: 26306

Incident Author Information
ORI: DCFBIWAE1
Email: mhostutler@fbi.gov
Email: mhostutler@fbi.sgov.gov

DISC-01185

UNCLASSIFIED//FOUO

Last Name: Hostutler
First Name: Megan

Police Report: PALM:51868beb-6de1-45ed-b8ee-265393c65d92.637413245626293781
Created Timestamp: 2020-11-18T14:29:24.196
Modified Timestamp: 2020-11-18T14:29:24.195

Status: Approved
History:
11/18/2020 02:36:34 PM Imported note from EGUARDIAN      eG eGuardian ( GMU /SAR )

### (U) Brown, Jeremy
Description: Birth Date Range Begin: 1974-OCT-1

Status: Approved
History:
11/18/2020 02:36:34 PM Imported note from EGUARDIAN      eG eGuardian ( GMU /SAR )

### (U) Selected NTOC/TIPS Field Office/Squad for Routing
Description: Selected Field Office/Squad: CJIS/D1-NTOC
Status: Approved
History:
11/18/2020 02:36:34 PM Imported note from EGUARDIAN      eG eGuardian ( GMU /SAR )

### (U) Incident Behaviors from eGuardian
Description: Other
Status: Approved
History:
11/18/2020 02:36:34 PM Imported note from EGUARDIAN      eG eGuardian ( GMU /SAR )

### (U//FOUO) Baseline Checks - Jeremy Michael Brown
Authorized Method: Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.
Databases checked: BaseJumper, CHS Check (CFU), DaLas, DIVS, DWS, Guardian, NetTalon, Other, Photographic Web Sites, Social Media, Sentinel
Description: On 11/23/20 IA Sarah Gustafson conducted baseline checks on Jeremy Michael Brown with the following results:

Basejumper - negative

CHS check - negative

DaLas - negative

Guardian -

DIVS - several bank CTRs and SAR.

NetTalon (OnDec) - negative

Sentinel - several matching docs, unknown match

DWS - negative

Social Media - Twitter - JMB5GirlDaddy directs users to his "Official Campaign Twitter," @BrownUSCongress. Facebook account link to facebook.com/JeremyBrownForCongress. See attached Word document.

Status: Completed
Attachments: (U) Social_Media_-_Jeremy_Brown_690384_TP_1606280889907.docx (2965.7 KB)
Jeremy Brown social media

History:
11/23/2020 03:24:56 PM Created Note: Baseline Checks - Jeremy Michael Brown      SARAH GUSTAFSON ( TAMPA /TP-5 )

4

DISC-01186

(U) Attempted interview of Jeremy Brown.

Authorized Method: Administrative note for informational purposes.

Description: On December 4, 2020, Task Force Agent (TFA) Brett Lindsey and TFA Paul Ura attempted to interview Jeremy Michael Brown at the address listed on his Driver License at 4804 10th Ave S, Tampa, FL 33619. Agents were greeted by homeowner Tylene Aldridge. Aldridge provided that Brown did not live there and she had not seen Brown for quite a while. Additionally, Aldridge stated that Brown only comes around once in a while and has she no contact information for Brown. TFAs provided Aldridge a business card should she speak with Brown in order to have Brown contact agents.

Investigation continues.

Status: Completed

History:
12/04/2020 09:10:16 AM Created Note: Attempted interview of Jeremy Brown.    BRETT LINDSEY ( TAMPA /TP C )

(U//FOUO) Department of Defense (DoD) Database Checks

Authorized Method: Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.

Databases checked: Other

Description: On 9 December 2020, TFO Jess Bidlack conducted various DoD databases checks for records/information matching identifiers of Brown. The databases queried and their corresponding results were as follows:

DoD Person Search: Brown had a file on record within DPS that listed the following highlighted information:

- DoD EDI: 1057683976
- Email: jeremy.michale.brown.fl@gmail.com
- Home Phone: 813-860-4564
- Work Phone: 813-258-6666
- Home Address: 4804 10th Ave S., Tampa, FL
- Service Affiliation: US Army
- Status: Retired
- Date of Status: 1 November 2012
- Rank: E8 / Msgt

Military Information Recruiting Suite (MRIS): Brown had a file within MRIS. The file listed Brown serving in the US Army from 27 October 1992 - 31 October 2012. Brown received an honorable discharge at the end of his service.

Defense Criminal Index of Investigations (DCII): Brown had a single record related to his background security investigation in 1992.

Defense Personnel Records Information Retrieval System (DPRIS): Selected records were reviewed for Brown in DPRIS. Records revealed that Brown served in the US Army and Special Forces. Brown held several MoS including 18B (Infantry), 18E (SF Comms) and 18Z. Brown had service training as a Ranger, Airborne, Jump Master, and Pathfinder. During his active duty service Brown served approximately 2 years and 3 months overseas including Afghanistan, Iraq, Bolivia, Columbia and Malaysia. Brown received an honorable discharge at the end of his service.

Defense Biometrics Identification System (DBIDS) - MacDill AFB only: Brown had an active file within DBIDS. As a retiree, Brown would have access to military installations. Brown had last accessed MacDill AFB in Tampa at the end of November.

Status: Completed

History:
12/09/2020 02:31:00 PM Created Note: Department of Defense (DoD) Database Checks    JESS BIDLACK ( TAMPA /TP-CRISIS )

(U) New Information Provided by NTOC

Authorized Method: Access/examine FBI/DOJ records, and obtain information from FBI/DOJ personnel.

UNCLASSIFIED//FOUO

| | |
|---|---|
| Databases checked: | Guardian |
| Description: | On 01/04/2021, SSA Shannon received an email from NTOC indicating that additional information was received regarding BROWN, as outlined below. SSA Shannon deemed it appropriate to re-open this assessment for re-interview of BROWN in light of concerns about potential threats to the Electoral Certification. |

On 01/04/2021, at 3:29:39 PM Eastern Time, ▇▇▇▇▇▇▇▇▇ date of birth ▇▇▇▇▇▇, Cell telephone number (813) 690-9615, ▇▇▇▇▇ called the FBI NTOC to report additional information regarding Jeremy Michael Brown, date of birth 10/01/1975, preparing for a civil war in Tampa, FL.

▇▇▇▇▇ provided the following information.

▇▇▇▇▇ wished to remain anonymous. Brown has been attempting to recruit individuals for a potential civil war and has created new accounts on Wickr, account name ggsol, and Signal, account name ggsol, for the purpose of recruiting. Brown has travelled to Washington, D.C. and is attempting to recruit individuals before attending a political event on 01/06/2020. Brown is allegedly travelling with firearms. Brown is with his girlfriend, Tylene Aldride. ▇▇▇▇▇▇▇▇▇▇ Brown is driving a black and silver, 40 foot long, 2008 Fleetwood Revolution RV, and Aldridge is driving a silver, 2014-2015 Honda Odyssey. ▇▇▇▇ couldn't specify any particular criminal activity that Brown was planning to engage in while in D.C. Brown and Aldridge are staying at an unspecified location ten miles outside of D.C. and have posted on Wickr and Signal asking people to meet them.

| | |
|---|---|
| Status: | Approved |
| History: | 01/05/2021 01:29:30 PM Created Note: New Information Provided by NTOC |

### (U) Social media recheck - Jeremy Michael Brown

| | |
|---|---|
| Authorized Method: | Use online services and resources (whether nonprofit or commercial). |
| Databases checked: | Social Media |
| Description: | On 1/11/21, IA Gustafson conducted a re-check of Jeremy Michael Brown's social media accounts with the following results: |

Twitter - @JMB5girlDaddy - appears to have been deleted/deactivated.

Twitter - @BrownUSCongress - appears to have been deleted/deactivated.

Facebook - facebook.com/JeremyBrownForCongress - still active account, but appears to not be used. Most recent post is from June 2020.

Searches of Twitter, Instagram, Facebook for other accounts belonging to Jeremy Michael Brown were met with negative results.

The websites mentioned in the updated portion of the Guardian, Wickr and Signal, are encrypted communication sites vs. social media.

Status: Approved

History:
01/11/2021 07:48:59 PM Created Note: Social media recheck - Jeremy Michael Brown — SARAH GUSTAFSON ( TAMPA /TP-5 )
01/11/2021 07:57:47 PM Recall note — S▇▇ GUSTAFSON ( TAMPA /TP-5 )
01/11/2021 07:59:58 PM Submit note for approval — ▇▇▇▇ ( ▇▇▇ )
01/12/2021 09:59:57 AM Approve note — ▇▇▇▇ ▇ANNON ( ▇ IFA ▇

### (U) Social Media Checks and recommend closing.

| | |
|---|---|
| Authorized Method: | Administrative note for informational purposes. |
| Description: | Sarah Gustafson, FBI Intelligence Analyst conducted social media checks for Jeremy Brown and found Brown had deleted his Twitter (as stated in the interview) and nothing new has been posted on Facebook. |

DISC-01188

UNCLASSIFIED//FOUO

There is no evidence to suggest Brown entered the Capitol at the time and as such it is recommended that the Guardian be closed.

**Status:** Approved

**History:**

| | | |
|---|---|---|
| 01/13/2021 09:01:15 AM | Created Note: Social Media Checks and recommend closing. | BRETT LINDSEY ( ... ) |
| 01/13/2021 04:11:44 PM | Approve note | KELL... |

### Interview

### Subject Interview(s)

**Interviewed:** Yes

#### (U) Interview of Jeremy Michael Brown.

**Authorized Method:** Interview or request information from members of the public and private entities.

**Description:** Jeremy Michael Brown, date of birth (DOB) 10/01/1974, home address as 4804 10th Ave South, Tampa, FL 33619. Jeremy Brown was interviewed at 1600 E 8th Ave, Tampa, FL. After being advised of the identity of the interviewing Agents and the nature of the interview, Brown provided the following information:

On December 09, 2020, JTTF TFA S/A Brett Lindsey and TFA S/A Paul Ura conducted an interview of Jeremy Brown at 1600 E 8th Ave, Tampa, FL. Agents explained to Brown that information was received regarding social media posts he made regarding recruiting people for a potential civil war. Camp stated that he has posted online but didn't recall any specific tweets about civil war. Brown did state that had recently deleted his Tweeter account. Brown stated that he has not posted or spoken with anyone regarding recruiting people for a civil war. Brown stated that he is retired US Military and was in the Special Forces. Brown provided that he is currently in a custody battle with his ex-wife over custody of his five daughters. Brown stated that his ex-wife has made false claims in the past and he wouldn't put it past her to have made these claims. Additionally, Brown provided that he had run for Florida Congress and has had several run-ins with Antifa members as a result. Brown stated that he has no intentions to harm anyone nor himself. Brown also provided that he has no intention to start any conflicts nor does he belong to any hate groups or groups that want to overthrow the government.

As such, agents recommend closing the Guardian.

**Status:** Completed

**History:**

| | | |
|---|---|---|
| 12/09/2020 12:58:10 PM | Created Note: Interview of Jeremy Michael Brown. | BRETT LINDSEY ( ... ) |

### Referrals

**Has this matter been referred to OGA/State/Local?** No

### Disposition

#### (U) Disposition

**Assessment Subfile Number:** [redacted]

**Note:** No threat to national security at this time, based on likely domestic disputes that led to false allegations against the subject. In addition, allegations largely appear to constitute First Amendment protected activity. Therefore this incident is being closed.

**Disposition:** No identified threat to national security was found at this time. If further information is received, this assessment may be re-opened in accordance with DIOG Section 5.

**CBP Notifications:** No

7

DISC-01189

UNCLASSIFIED//FOUO

It is noted that the individual or group identified during the Assessment does not warrant further FBI investigation at this time. Any dissemination of information from this Assessment regarding the individual or group identified must include an appropriate caveat with the shared information. It is recommended that this Assessment be closed.

## Workflow

| Date/Time | Action | Assigned By / Assigned To |
|---|---|---|
| 11/18/2020 02:36:34 PM | Imported Incident from EGUARDIAN | Assigned By: eG eGuardian (GMU /SAR)<br>Assigned To: (CJIS /D1-NTOC) |
| 11/18/2020 02:36:34 PM | Submitted Imported Incident | Assigned By: eG eGuardian (GMU /SAR)<br>Assigned To: (CJIS /D1-NTOC) |
| 11/18/2020 02:36:34 PM | Incident assigned for pre-assessment | Assigned By: eG eGuardian (GMU /SAR)<br>Assigned To: MEGAN HOSTUTLER (CJIS /D1-NTOC) |
| 11/18/2020 03:03:51 PM | Incident submitted from pre-assessment | Assigned By: MEGAN HOSTUTLER (CJIS /D1-NTOC)<br>Assigned To: (CJIS /D1-NTOC) |
| 11/18/2020 05:07:30 PM | Reserve Incident | Assigned By: JEFFREY MILLER (CJIS /D1-NTOC)<br>Assigned To: (CJIS /D1-NTOC) |
| 11/18/2020 05:07:58 PM | Incident transferred<br>Jeremy Michael Brown Recruiting Members and Planning for Civil War in Tampa, FL (TP). | Assigned By: JEFFREY MILLER (CJIS /D1-NTOC)<br>Assigned To: (TAMPA) |
| 11/18/2020 06:08:20 PM | Incident assigned | Assigned By: JEFFREY SUTTON (TAMPA /TP-SSJ)<br>Assigned To: (TAMPA /TP-5) |
| 11/19/2020 12:44:04 PM | Incident assigned for pre-assessment<br>Pre-assessment only at this time. Please reinterview complainant to clarify any threat indicators, and conduct logical checks. | Assigned By: KELLY SHANNON (TAMPA /TP-5)<br>Assigned To: BRETT LINDSEY (TAMPA /TP-5) |
| 12/15/2020 09:29:28 AM | Incident submitted from pre-assessment | Assigned By: BRETT LINDSEY (TAMPA /TP-5)<br>Assigned To: (TAMPA /TP-5) |
| 12/17/2020 09:51:08 AM | Change incident program<br>Changing program to CT based on alleged militia affiliation of the subject. | Assigned By: KELLY SHANNON (TAMPA /TP-5)<br>Assigned To: (TAMPA /TP-5) |
| 12/17/2020 10:00:18 AM | Closed as Information Only | Assigned By: KELLY SHANNON (TAMPA /TP-5)<br>Assigned To: (TAMPA /TP-5) |
| 01/05/2021 01:15:38 PM | Incident reopened | Assigned By: KELLY SHANNON (TAMPA /TP-5)<br>Assigned To: PAUL URA (TAMPA /TP-5) |
| 01/06/2021 01:11:36 PM | Reassign user | Assigned By: KATIE HILL (TAMPA /TP-5)<br>Assigned To: BRETT LINDSEY (TAMPA /TP-5) |
| 01/13/2021 09:01:46 AM | Incident submitted for closure | Assigned By: BRETT LINDSEY (TAMPA /TP-5)<br>Assigned To: (TAMPA /TP-5) |
| 01/13/2021 04:13:19 PM | Incident Closed<br>Incident is being closed consistent with justification outlined in the disposition of this Incident. Subject may be recontacted in the future for potential intelligence or the Guardian will be reopened if further derogatory information is identified. | Assigned By: KELLY SHANNON (TAMPA /TP-5)<br>Assigned To: (TAMPA /TP-5) |

DISC-01