IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   Case No.: 1:21-cr-00609-APM-1

v.

JEREMY BROWN.
_____/

## NOTICE OF CORRECTION

**COMES NOW Jeremy Brown**, via undersigned counsel, and files this Notice of Correction to the Motion for Stay of Proceedings (Temporary) filed July 22nd, 2024 (ECF #61) as follows:

1. The Motion for Stay of Proceedings (Temporary) (ECF #61) included an attached proposed Motion to Suppress.

2. The Motion to Suppress includes Exhibit B – 'Affidavit for Search Warrant', however, the uploaded and filed Exhibit B only erroneously contained the Application for a Search Warrant for Brown's *phone*.

3. The attached Exhibits B (1 and 2) 'Application and Affidavit for Search Warrant' is the correct Application and Affidavit for the Search Warrant in its entirety (bifurcated only due to maximum upload capacity per file on Pacer).

4. Said Exhibit B (1 and 2) is attached hereto and is the correct Exhibit B referred to in the proposed Motion to Suppress attached to the Motion for Stay of Proceedings (Temporary) (ECF #61) .

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Correction has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Eli Ross, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 31st day of July, 2024.

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180
US FL MD, US FL SD, AND US DC
Email: attorneymariar@aol.com