**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:21-CR00609-APM** |
| v. | : | |
| | : | |
| **JEREMY BROWN,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE REGARDING THE USE OF EVIDENCE UNDERLYING THE DEFENSE'S MOTION TO SUPPRESS**

The government provides notice that, at trial, it will not admit evidence obtained from a law enforcement search on the defendant's residence on September 30, 2021. This evidence includes physical evidence seized from the defendant's residence and vehicles, and digital evidence from the defendant's cellphone. While the government does not concede the legal arguments in the defendant's motion to suppress (ECF 61, Ex. 1.), after reassessing the totality of the evidence in this case, the government determined that the evidence derived from the September 30, 2021, search is not necessary to prove the charges beyond a reasonable doubt. Accordingly, the government will not present this evidence in the interests of judicial economy.

The government reserves the right to admit the referenced evidence on rebuttal should the government need to rebut the defendant's evidence. The government will be prepared to litigate this issue with the Court at the appropriate time, if necessary.

Therefore, the government requests the Court deny the defendant's motion to suppress as moot.

                                                 Respectfully submitted,
                                                 MATTHEW M. GRAVES
                                                 United States Attorney
                                                 DC Bar No. 481052

By:     /s/ *Eli J. Ross*
            Eli J. Ross
            Assistant United States Attorney
            IL Bar No. 6321411
            U.S. Attorney's Office for the District of Columbia
            601 D Street, N.W.
            Washington, D.C. 20530
            Phone: (202) 297-1515
            Email: Eli.Ross@usdoj.gov

*/s/ Rebekah Lederer*

REBEKAH LEDERER
Pennsylvania Bar No. 320922
Assistant United States Attorney
U.S Attorney's Office for District of Columbia
601 D St. N.W
Washington, DC 20530
Tel. No. (202) 252-7012
rebekah.lederer@usdoj.gov