## Consent to Video Trial

I, Jeremy Brown, after consultation with my counsel, Maria Rodriguez, have decided to ~~9th~~ consent to trial by video teleconferencing in order to maximize access to my attorney, discovery in question, access to witness in my favor and reduce financial strain on me and those involved as well as minimize the need for the Courts resources. In conjunction with this waiver of presence pursuant to Rule 43(b)(2) I further waive my Right to a Jury Trial and request to proceed with a Bench Trial on the 2 charged misdemeanor counts.

_Jeremy Brown_
US Special Forces Master Sergeant (Ret.)

Aug 7th, 2024
DATE