UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-609 (APM) |
| v. : | |
| : | |
| JEREMY BROWN, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S CLARIFICATION OF ECF NO. 68**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this clarification of ECF No. 68 (Government's Response to Defendant's Motion to Conduct Trial via Zoom and Order Defendant Remain at Citrus Correctional in Florida). The government does not oppose proceeding by way of bench trial on September 6, 2024. For the reasons set forth in ECF No. 68, the government only opposes the request to conduct the bench trial via videoconference/Zoom.

Therefore, the Court should deny the defendant's request to proceed with trial via videoconference/Zoom and order the defendant to remain at the Citrus Correctional Facility and proceed, in-person, by way of jury or bench trial, on September 4, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Eli Ross*
Eli Ross
Assistant United States Attorney
Bar No. IL 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Tel No. (202) 297-1515
Eli.Ross@usdoj.gov

1

/s/ Rebekah Lederer
REBEKAH LEDERER
Pennsylvania Bar No. 320922
Assistant United States Attorney
U.S Attorney's Office for District of Columbia
601 D St. N.W
Washington, DC 20530
Tel. No. (202) 252-7012
rebekah.lederer@usdoj.gov