IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                                  Case No.: 1:21-cr-00609-APM-1

v.

JEREMY BROWN.
_____/

## DEFENSE MOTION IN LIMINE

COMES NOW Jeremy Brown, via undersigned counsel, and moves this Court to prohibit Government from introducing evidence pursuant to Rule 403 as follows:

1. Trial is scheduled for September 4th, 2024.

2. Brown has opted for a video bench trial pursuant to Federal Rule of Criminal Procedure 43(b)(2) and filed an Emergency Motion on August 8th (ECF # 67) of which the Court has not yet ruled upon after entering a Minute Order on August 12th requesting clarification of the Government's Response.

3. Government filed their Notice Regarding the Use of Evidence that they will not be utilizing any evidence obtained by the D.C. Search Warrant in this case, digital or otherwise, in their case in chief (ECF # 66). Defense seeks to prohibit Government from introducing 404(b) evidence (Brown's Objection ECF #     ).

4. Defense also seeks to exclude Government's proffered 404(b) evidence under Rule 403 as, even if the evidence is somehow relevant, its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, undue delay, and a waste of time.

5. Government seeks to introduce evidence 'outside of the evidence of Brown's conduct on January 6th: 1) statements by Brown and other members and affiliates of the Oath Keepers that reflected an intent to forcibly oppose the results of the election; and 2) evidence that Brown and certain other members and affiliates of the Oath Keepers transported weapons to the Washington, D.C., area for January 6.' Said evidence is not intrinsic nor is it inextricably

    intertwined with the crime as charged.

6. The probative value of this evidence is substantially outweighed by the danger of unfair prejudice (Defendant is not charged with seditious conspiracy), confusion of the issues (this is a two-count trespass case and Government is intending to introduce other Oath Keeper evidence not at issue), causing an undue delay and a waste of time.

7. Defense will be objecting contemporaneously, if appropriate, to any Government evidence not obtained via the Search Warrant Rule they seek to introduce at bench trial.

8. Defense reserves the right to file additional limines upon any Government evidence not reviewed with Brown. Defense presently does not have the ability to communicate with Brown since early August 15th, 2024.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Limine has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Eli Ross, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 18th day of August, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180
US MDFL, US SDFL, AND US DC
attorneymariar@aol.com