IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                           Case No.:  1:21-cr-00609-APM-1

     v.

JEREMY BROWN.
_____/

## NOTICE OF APPEAL

**Defendant Jeremy Brown** gives Notice that he appeals to the U.S. Court of Appeals for the

District of Columbia Circuit the Minute Order entered August 6th, 2024 denying Defendant's Motion to

Stay Proceedings Temporarily (ECF # 61).

Dated:  August 20th, 2024                           Respectfully Submitted,

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180
US MD FL; US SD FL, US DC
Email:  attorneymariar@aol.com