IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                          Case No.:  1:21-cr-00609-APM-1

v.

JEREMY BROWN

_____/

## NOTICE OF NON-JURY BENCH TRIAL

**PLEASE TAKE NOTICE** that Trial scheduled in this matter for September 4th, 2024 will be a non-jury bench trial:

1. Brown's executed waiver of jury trial is attached to the Emergency Motion to Conduct via Zoom  (ECF # 67).

2. On August 20th, 2024, Counsel was able to confirm, after a status conference with the Court, that Defendant continues to waive his right to a jury trial opting for a non-jury bench trial.

3. Government is unopposed to a non-jury bench trial in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Eli Ross, AUSA, and Kathryn Racowzsky, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties listed on this 21st day of August, 2024.

*/S/ Maria T. Rodriguez*
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  168180
US FL MD, US FL SD, AND US DC
Email:  attorneymariar@aol.com