UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-609-APM |
| | : | |
| JERMEY BROWN, | : | |
| Defendant. | : | |

## NOTICE OF STATEMENTS BY THE GOVERMENT

On August 29, 2024, the Court ruled the following statements from a Florida Oath Keeper Signal Chat by the defendant (red) and his co-conspirators (yellow) preceding January 6, 2021, are admissible by the government at trial:

| |
|---|
| Adding Oath Keeper Jeremy Brown Tampa retired Special Forces |
| I look forward to getting read on as quickly as possible. Seems we have a bit of a situation…lol. |
| I have been weighing the pros and cons of attending rallies, but tactically I think we need to remain in limited footprints in public, as I fear these rallies will be targets of AgiProp/FalseFlags. As much as I hate it, those on the front with signs will likely be cannon fodder. I believe we need to be ready on a short fuse for QRF/MEDEVAC/MASCAS as well as be Task Organized in the event of Emergency Response/Counter Assault. Being the FNG, I am not sure where we are in this Operational Timeline, but I think we have limited time. |
| Has there been any coordination with other Patriots (3%ers, Proud Boys, SFA Chapters, American Legion/VFW Post)? I assume everyone is at some level of organizing, but deconfliction as coordination will be key. |
| Gentlemen, we need to track the election drama but also see through the trash. We need to track international military activity. It is my professional assessment that this Marxist/Color Revolution is merely a precursor for a larger conventional military operation against the US. If anyone has good sources or assets in these areas, we need to look at the big picture. If we are going to serve as the Defense Force for the Republic, we need to stay a safe striking distance from these "HOT SPOTS". |
| We all need to start thinking about people in groups.<br>1) Opposition: known and unknown Anti-American<br>2) Assets: people with Deep State Access & Placement (A&P) but are sympathetic<br>3) Auxiliary: uninvolved and neutral on surface, but willing to help clandestinely. Mostly passive.<br>4) Fighters: us. Willing to kiss the kids on the forehead and rollout.<br>All groups are needed, so we can't belittle those who just want to sit back. Find a roll for everyone. Someone may not want to fight, but they might let use use their land or fill water cans without reporting us. This is what I mean. |

| |
|---|
| In honor of POTUS' call for Patriots on Jan 6th, here is the question:<br><br>https://youtu.be/BN1WwnEDWAM<br><br>I know my answer. Who needs a ride? |
| GROUND FORCE ONE and our 8pax Van will be available for transportation. DM me if you want a ride. |
| I think he wants us at Congress, as that is the day they count the EC Votes. |
| I train in ATT with a couple of cops great people, family people empathetic guys. I am for constitutional policing, now those fucking goons that follow orders and brake their oaths, fuck you, their are no more that pussies that will be no more than meat shield for the left. They are on the wrong side of history and they will pay a big price for it!! |
| Anyone advising AGAINST the Insurrection Act in the last phases of an Insurrection, IS THEMSELVES part of the Insurrection. PERIOD. Take notes. |
| Exactly we failed to this point to be a well regulated militia. We cannot fail letting these chicoms getting in to office! |
| We need to have a call about DC . After Christmas . I'll set it up but only for those going . |
| I turned GROUND FORCE ONE in for maintenance this morning at Gander RV in BARTOW. Depending on when it is complete, based on what they find, we will be clear to depart. I would like to host a F2F planning meeting for at a minimum those that need a ride, but I think it should be for ALL who are planning to go to DC. CALLS and SIGNAL CHATS are NOT secure. I live in Tampa near downtown and have plenty of room for campers, RVs, tents and parking if anyone wishes to sleep over. We also have 2 spare rooms and an open living room. As we say in Ranger Battalion, "How many OathKeepers can you fit in your house? ONE MORE!" I suggest this weekend, but it can be anytime. |
| Ladies and Gentlemen, I would suggest painting any primary weapons you plan to fight with for these reasons:<br><br>1) Paint helps to protect key external parts from corrosion from the elements.<br>2) Camouflage. As a Special Operations Sniper, one of the easiest ways to spot a target is a distinct BLACK hunk of metal slung across center mass. Change environment, change color and pattern.<br>3) reduces ALL shiny points that could reflect and give away location at extreme distances.<br><br>Just recommendations. |
| Time to Rise!<br><br>https://theresistance.video/watch?id=5fec6ee4795db01df74c9ef5 |
| GROUND FORCE ONE Departure Plan:<br><br>If you can, come to my house anytime Saturday. You can stop by and drop stuff off, or stay the night. This way we can load plan, route plan, and conduct PCIs (Pre Combat Inspections).<br><br>I would LIKE to depart by 0645 on Sunday morning, Jan 3rd. Push through to the NC linkup on the 3rd, RON |

> (Rest Over Night) there, then push to DC on the 4th. This will give us the 4th/5th to set up, conduct route recons, CTR (Close Target Reconnaissance) and any link ups needed with DC elements.
>
> If you need to be picked up, then we will work that into route plan and will provide exact pickup time by Saturday evening. Please have EVERYTHING ready once we arrive. It will be an ERO (Engine Running Onload).
>
> IF YOU ARE RIDING WITH ME, dm me with your plan to come here or be picked up. I will send address via the dm.
>
> I am willing to make adjustments all the way up until we pass your ass headed north, but it is now time to shit or get on someone else's pot. READY? GO!!!

> I'm afraid to start another fight...lol
>
> I don't look at things that way. I look at things from an "if this, then this".
>
> If they overturn the fake Biden win, there will be Leftist Violence Units deployed. China will decouple from the US Dollar and proclaim their new cryptocurrency as the new world currency and the UN, World Economic Forum and IMF will support it. This will collapse the US Economy. Then, once Military and LEO resources are maxed out due to the Leftist Guerrilla, China, Russia and Iran will launch Military Operations from Canada, Mexico and the Islands.
>
> If Biden holds on, COVID will be used to bring them in as "UN Assistance". And additional Bioweapons attacks under the cover of COVID".
>
> In my professional opinion.

The Court ruled the following statements are inadmissible:

> Hey kid out of everyone in this chat . You have the best opportunity to go. You've got your whole life ahead of you to fight for . We are older maybe have 20-30 years left. Plus they'll kill us first . You however are here for another 50-60 . This should mean more to you than all of us . If work wont let you off quit. I told my boss I'm going and if you fire me I understand . But I don't have a choice!!! He said give em hell !Don't come in here spreading all the patriotic bullshit and when the time comes to fight , give us the I gotta work excuse .
> This is the future of our country ! This is your children and your children's children! If Trump losses were toast ! The country is down the shitter and Chicoms win.
> There's a time to talk and a time to fight . Nows the time to fight . Show up scream yell support trump and protect Patriots . It's time for all of us to do a gut check and be ready . Is DC the Alamo no it may not be , but it's our last chance at stopping the takeover .
> Really our last other than insurrection act and no one thinks he will do it . We have to have a loud voice and be ready for the battle that may come .

> We have 10-12 staying there . So it's gonna be a WILD time in DC we gotta get the crowd going during the day . I think we get everyone up good and close to the Capitol bldg so they can here is inside . Then at night well whatever happens happens .

> https://www.naturalnews.com/2020-12-25-prepare-for-war-expect-all-hell-to-break-loose.html

| |
|---|
| Great article to post here Cat Daddy<br>Time for a gut check from everyone in this room . If this is our course where do you fit in . This is where we are , we have been invaded . Patriots are going to stand and we have to lead them!<br>Make sure you are really ready not just talking ! The country is gonna need us ! |
| We need to wait patiently and then be the leaders |
| "if this election situation is not resolved on January 6th, all hell is going to break loose across America."  So, "resolved" which way?  (imho) either way is going to set it off! |
| He is being advised to wait till the 6th in reliance on Congress. His "legal advisors" are NOT actually advising him (not laying out all his actual options like a real staff member should, and then let him decide).<br><br>They are instead acting as if his only option is to hope Congress does the right thing - which is extremely unlikely.<br><br>I'm working to get him to see other options and put them on the table. |
| I think Congress will screw him over.   The only chance we/he has is if we scare the shit out of them and convince them it will be torches and pitchforks time is they don't do the right thing.<br><br>But I don't think they will listen. |
| It's not a fools errand.  It has benefits regardless of outcome and regardless of what we then do.<br><br>Trump needs to know we support him in using the Insurrection Act.<br><br>And that needs to be the message - If Congress rubber stamps an unconstitutional fraud, President Trump must defend the Constitution and we URGE him to use the Insurrection Act to do so.<br><br>And we will support him with our boots on the ground nationwide and we will protect him, and assist him.<br><br>He needs to know that to his bones.  We need to make it clear.<br><br>And we need to have that message echoing off every roof top from now till that day.<br><br>Focus like a laser on it. |
| And he needs to know that if he fails to act, then we will.   He needs to understand that we will have no choice. |
| There's multiple teams on the field<br>The Patriots, the Politicos in Congress,<br>The anarchists, etc.<br>But the biggest and baddest team is the Patriots as in we the people. It's our job to reverse that election and get the true winner back and do that by any means necessary while Trump still controls the Military. And particularly special Forces the wild card on the field could be the proud boys. |

Respectfully submitted,

|  |  |
|---|---|
|  | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | */s/ Eli Ross*<br>Eli Ross<br>Assistant United States Attorney<br>Bar No. IL 6321411<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Tel No. (202) 297-1515<br>Eli.Ross@usdoj.gov |