IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    Case No.:  1:21-cr-00609-APM-1

v.

JEREMY BROWN.
_____/

## EMERGENCY MOTION TO CONTINUE TRIAL

COMES NOW Jeremy Brown, via undersigned counsel, and moves this Honorable Court on an emergency basis to continue Trial now scheduled for September 4th, 2024 with new and sufficient grounds and states as follows:

1. A non-jury Trial is set in this matter for September 4th, 2024.

2. Defense attempted to have the two-count misdemeanor Trial conducted via videoconference (Zoom with sharescreen) pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure as a video bench trial (ECF # 67) with Defendant remaining in Citrus Correctional after the Court's denial of Defendant's Motion for Stay.

3. This good faith request for a Zoom bench trial was made due to counsel's recent health condition and, importantly, so as to not disrupt communications between attorney and client for the 14 – 17 days prior to trial readiness on this two-count misdemeanor case.

4. Defense also moved to continue trial on August 29th, 2024 at trial readiness after spending time with Brown at the D.C. jail as Government's Trial Exhibits needed to be continued to be reviewed with Brown as well as Abrams and Mendoza's *Jencks* and *Giglio* materials. Albeit disclosed timely by Government in August pursuant to the Court's Order, the material is voluminous and defense counsel and Brown were unable to review while Brown was in transit to D.C.. Jencks material is critical for purposes of cross-examination and must be allowed to be carefully examined by the defense prior to trial.

5. The Court denied defense's August 29th Motion to Continue as counsel was to spend the remainder of days to trial visiting and preparing with Brown at the DC correctional facility. Jencks materials/transcripts would take Brown over 110 hours to read the over 4,000 pages attributed to Mendoza and Abrams *Jencks* materials alone.

6. Several of Government's exhibits as uploaded and downloaded onto a portable hard drive cannot open and therefore cannot be reviewed at the jail facility (there is no internet capabilities, ie, view from usafx, inside the facility, no printing, etc. making all review exceptionally time-consuming).

7. Defense counsel, having gone in and out of the DC jail on numerous occasions since arriving in DC, has now become suddenly ill aggravating her heart condition as well.

8. Brown has only one defense attorney in this matter and defense relies on the defense counsel illness case of *USA v. Young-Bey,* 2023 WL, 4706122 (D.C. 2023) citing to *United States v. Burton*, 584 F.2d 485 (D.C. Cir. 1978) ("stripping away the opportunity to prepare for trial is tantamount to denying altogether the assistance of counsel for the defense") in making this request for a continuance.

9. Defense seeks bench trial in this two count misdemeanor case be rescheduled to a date in the future which will accommodate the Court, Government and defense.

10. Counsel will avail herself to appearing telephonically before the Court at 9:30am on September 4th, 2024 if necessary.

11. This continuance is requested in good faith and not for any purpose of frustration or undue delay.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Emergency Motion to Continue Trial, schedule a new Trial date, and enter its Order accordingly.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency Motion to Continue Trial has been furnished via Electronic Filing to Eli Ross, AUSA, Rebekah Lederer, AUSA, Kathryn Racozsky, AUSA, and all other parties listed on this 3rd day of September, 2024.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel: (727) 238-2342
Fla. Bar No.: 168180
MD FL; SD FL; DC
attorneymariar@aol.com