UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CASE NO. 1:21-cr-609 (APM)** |
| ) | |
| **JEREMY BROWN,** ) | |
| ) | |
| Defendant.   ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The Clerk of Court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in the above styled case under the status of "retained" as pro bono counsel for

**DEFENDANT JEREMY BROWN**

September 9, 2024                         Respectfully Submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 9th day of September 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.