UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                              ) | CASE NO. 1:21-cr-609 (APM) |
| ) | |
| **JEREMY BROWN,**               ) | |
| ) | |
| **Defendant.**                  ) | |

### DEFENDANT'S OPPOSED MOTION TO CONTINUE TRIAL

Comes now the Defendant, JEREMY BROWN, and pursuant to the local Court Rules respectfully moves this Court to vacate his trial's scheduled start date of December 17, 2024, as well as the associated dates in the above-captioned matter for pretrial filings and production in ECF No. 88. He requests that the Court set a trial date for 3 – 7 February 2025 given the Court's and parties' availability (with the undersigned having a trial involving co-defendants from March 3 - 14, 2025 that requires immersion and travel by the last week of February 2025); and for the parties and Court to set the Pretrial Conference by remote Zoom during the period of January 23-24, 2025 as available for the parties and Court, with adjusted pretrial filings such as motions in limine and responses, exhibit lists, bench instructions or amendments; and other requirements to be due during the period of January 14 - 17, 2025. The Government opposes this motion. Mr. Brown provides the following in support:

The undersigned was admitted to the hospital CCU during the period of October 11-17, 2024, for a life-threatening medical emergency. A restricted/sealed filing will be separately provided to the Court. Medical explanation was already provided to the government. Her primary care doctor's letter advises against any travel outside her primary care provider and specialist network from November 2024 through January 2025, with any travel in January 2025 to be only

for essential reasons and for a very short period (such as for being a health care proxy for a family member where time is not adjustable).

Mr. Brown is incarcerated among the general population in the D.C. jail, with conditions that are below the standards of federal facilities such as the one he was moved out of in Florida for trial in D.C. He wants his trial to proceed as soon as possible but consents to the time needed for his attorney to be able to effectively represent him. The undersigned attempted since the end of October to find an attorney acceptable to Mr. Brown who would defend the two misdemeanors. At one point she thought it possible to still travel, but given continued medical appointments, tests, and assessments – as well as precautions she must take – and where the government indicated it will take at least two days for its case in a bench trial for two misdemeanors, such travel is not possible in December 2024. The negative impacts of the medical emergency also extended to decreased productive work time in all her cases, with a period of inability to work. The impact in this case has been for pretrial filings and defense preparation, and the inability to meet with Mr. Brown at the D.C. jail. This medical situation was unforeseeable, not due to any negligence or action by the undersigned, and the request here is not dilatory or meant to delay proceedings.

## CONCLUSION

WHEREFORE, for good cause shown and any reasons the Court sees fit, including the health and safety of the undersigned, where a trial date continuance does not prejudice any party, the Court should issue the proposed Order granting this motion, with the December 6, 2024, Pretrial Conference converted to a Zoom status conference to confirm dates, and the trial date rescheduled to the first week or second week of February 2025. The Court should issue a Minute Order directing that any government Response in opposition, given that it had notice for some time and continued its opposition only due to past continuances, is due by November 26, 2024.

| | |
|---|---|
| November 22, 2024 | Respectfully Submitted,<br>/s/ *Carolyn A. Stewart*<br>Carolyn A. Stewart, D.D.C. Bar No. FL-0098<br>Defense Attorney<br>Stewart Country Law PA<br>1204 Swilley Rd.<br>Plant City, FL 33567<br>Tel: (813) 659-5178<br>Email: Carolstewart_esq@protonmail.com |

**Certificate of Service**

I hereby certify on the 22nd day of November 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.

3